**EXHIBIT LIST INDEX:**

| Exhibit No. | Description |
|---|---|
| 1 | Schedule and List of Speakers of Various International Kashmir Peace Conferences organized by Kashmiri American Council, Washington, D.C. |
| 2 | Conference Reports; International Kashmir Peace Conferences organized by Kashmiri American Council |
| 3 | Conference Declarations of Various International Kashmir Peace Conferences organized by Kashmiri American Council, Washington, D.C. |
| 4 | Text; 17 United Nations Security Council & the United Nations Commission for India and Pakistan (UNCIP) resolutions |
| 5 | Briefing Papers for the Bush and Obama Administrations by Dr. Syed Ghulam Nabi Fai, Kashmiri American Council, Washington, D.C. |
| 6 | Conference Speeches of Dr. Syed Ghulam Nabi Fai, International Kashmir Peace Conferences organized by Kashmiri American Council, Washington, D.C. |
| 7 | Articles written by Dr. Syed Ghulam Nabi Fai, Kashmiri American Council, Washington, D.C. |
| 8 | Papers by Dr. Syed Ghulam Nabi Fai, Kashmiri American Council, Washington, D.C. |
| 9 | Correspondence with Officials within the United States and Abroad, by Dr. Syed Ghulam Nabi Fai, Kashmiri American Council, Washington, D.C. |
| 10 | Defendant's letter to the Honorable Liam O'Grady |
| 11 | Letters written on behalf of Syed Ghulam Nabi Fai |
| 12 | Table 31A, Sourcebook of Federal Sentencing Statistics, FY 2010 |
| 13 | Table 31B, Sourcebook of Federal Sentencing Statistics, FY 2010 |