# EXHIBIT 1

# Schedule
## and
## List of Speakers

## Of Various

# International Kashmir Peace Conferences

## Organized by

## Kashmiri American Council Washington, D.C.

# Eleventh International Kashmir Peace Conference

Capitol Hill, Washington, D.C.
Thursday, July 29, 2010
(Capitol Hill) Cannon House Office Building, Room 345
(Metro: Capitol South on Orange & Blue Lines)

8.30 a.m.        Registration

9.30 a.m.        Inauguration:   Members of Congress

Chair:        Dr. Karen Parker
              Chairperson, Association of Humanitarian Lawyers

Welcome:      Dr. Ghulam Nabi Fai, Executive Director, Kashmiri American
              Council/Kashmir Center, Washington

Messages from world dignitaries:     Dr. Farhan Chak, University of Qatar, Doha

Session # 1

India – Pakistan Peace Process: Various Perspectives

Speakers:

Mr. Ved Bhasin          Editor-in-Chief, Kashmir Times, Jammu
Ms. Rita Manchanda                  South Asia Forum for Human Rights, Nepal
Amb. Hussain Haqqani     Pakistani Ambassador to the United States
Ms. Victoria Schofield    Writer & Author, England
Mirwaiz Umar Farooq         Chairman, All Parties Hurriyet Conference
Dr. Maleeha Lodhi      Former Pakistani Ambassador to the United States

11.30 a.m.      Session # 2
India-Pakistan Relations:
Breaking the Deadlock over Kashmir

Chair:   Mr. Zahid G. Mohammad, Author & Writer

Speakers:

Amb. Kuldip Nayar        Former Indian High Commissioner to the U.K.
Mr. Mohammad Afzal Sindhu        State Minister of Law & Justice, Islamabad
Professor Stanley Wolpert     University of California, Los Angeles

Senator Mushahid Hussain          Secretary General, PML - Q
Amb. Yusuf Buch                        Former Senior Advisor to the UN Secretary General
Raja Farooq Haider          Prime Minister, Azad Kashmir

1.00 p.m.   Lunch break (Lunch will be served at Cannon Caucus Room 345)

2.00 p.m.   Session # 3

The Impasse over the Kashmir Issue: The Human Rights Dimension

Chair:                    Mr. Ejaz Sabir, Attorney-at-Law

Speakers:

Dr. Karen Parker    UN Delegate, Intl. Edu. Development
Dr. Attiya Inaytullah                  Member, Pakistan National Assembly
Mr. Zahid G. Mohammad          Author & Writer, Srinagar
Barrister Majid Tramboo   Executive Director, Kashmir Center, Brussels
Dr. Muhammad A Dar          Barberton Hospital, Ohio
Prof. Angana Chatterji   Co-Chair, Intl. Tribunal on Kashmir
"Militarized Governance in Indian-administered Kashmir"

3.30 p.m.   Session # 4

Kashmir Issue: Its Impact on Regional & International Security

Chair:   Mr. Sareer Fazili, Esq. Member, Board of Directors, KAC

Speakers:

Ambassador Munir Akram   Former Pakistani Ambassador to the UN
Dr. Rodney Jones          President, Policy Architecture Intl.
Justice Rajinder Sachar       Former, Chief Justice, Delhi High court
Mr. Ahmer Bilal Soofi   President, Research Society of International Law, Lahore
Dr. Haley Duschinshi          Deptt. Of Anthropology, Ohio University
Dr. Bruce Hoffman          Dept. of Sociology, Ohio State University

5.30 p.m.       Concluding remarks:

          Raja Farooq Haider, Prime Minister, Azad Kashmir

***********************************************************************

2

Association of Humanitarian Lawyers
&
Kashmiri American Council/Kashmir Center

invite you to attend the

# Tenth International Kashmir Conference
"Kashmir Dispute: Regional & International Dimensions"

### Thursday, July 23rd, 2009
Capitol Hill
Cannon House Office Building, Room 345
(Independence Ave & New Jersey Ave)
(Nearest Metro: Capitol South, Orange/Blue lines)
Registration on 23rd at 8.00 a.m.

### Friday 24th 2009
Rayburn, Gold Room, Room 2168
(Independence Ave & New Jersey Ave)
(Nearest Metro: Capitol South, Orange/Blue lines)
Registration on July 24th starts at 9.00 a.m.

Speakers:

Raja Zulqarnain, President, Azad Kashmir;
Dr. Maleeha Lodhi, Former Pakistani Ambassador to the United States;
Ambassador Munir Akram, Former Pakistani Ambassador to the United Nations;
Amb, Husain Haqqani, Pakistani Ambassador to the United States;
Ms. Siddharth Varadarajan, The Hindu, New Delhi;
Senator Mushahid Hussain, Secretary General, PML-Q, Islamabad;
Mr. Gautam Navlakha, Editor, Economic & Political Review, New Delhi;
Mr. Tapan Bose, Film Maker & Peace Activist, New Delhi;
Prof. (Dr.) Angana Chatterji, Indian-American, San Francisco;
Mr. Ved Bhasin, Editor, Kashmir Times, Jammu;
Mr. Jatinder Bakhshi, Chairman, Committee for the Return of Kashmiri Migrants
(Pandits), Jammu;
Ms. Harinder Baweja, Founding Editor, Tehelka, New Delhi;
Dr. Richard Shapiro, Institute of Integral Studies, California;
Amb. (Ms.) Meera Shankar, Indian Ambassador to the United States (Invited);
Dr. Khalid J. Qazi, Sister's Hospital, Buffalo, New York;

1

Dr. Idrisa Pandit, Canada;
Dr. Rodney Jones, Policy Architect Internaitonal;
Mr. David Wolfe, Expert, Conflict Resolution & Post-Conflict Reconstruction;
Dr. Hameeda Bano, University of Kashmir, Srinagar;
Mr. Manzoor Ahmed Dar, Jammu Kashmir High Court Bar Association;
Professor Ghulam Rasool Malik, University of Kashmir, Srinagar;
Chaudhry Abdul Majid, President, PPP, AJK;
Mr. Mohammad Saleem Bhat, Deputy Speaker, AJK Assembly;
Raja Mohammad Siddique, Minister, AJK;
Dr. Muhammad Najeeb Khan, AJK Assembly;
Ms. Noreen Arif, Minister, AJK;
Ms. Naheed Tariq, AJK Assembly;
Mr. Zahid G. Mohammad, Greater Kashmir, Srinagar;
Syed Ghulam Mustafa Shah, MNA-PPPP;
Sardar Ayaz Sadiq, MNA, PML-N;
Mr. Mohammad Ismail Khan, Writer & Author, Northern Areas;
Professor Nazir A. Shawl, Executive Director, Justice Foundation/Kashmir Center, London;
Barrister Majid Tramboo, Executive Director, ICHR / Kashmir Center, Brussels;
Ms. Victoria Schofield, Author & Writer, England;
Amb. Yusuf Buch, Former Senior Advisor, UN Secretary General;
Dr. Karen Parker, Chairman, Association of Humanitarian Lawyers, California;
Prof. Wasiullah Khan, Chancellor, East West University, Chicago;
Mr. Ershad Mahmud, Author & Writer;
Dr. Ghulam N Mir, President, World Kashmir Freedom Movement;
Dr. Khawaja Ashraf, Pakistani American Congress, California;
Mr. Lateef Akbar, Minister, Azad Kashmir;
Prof. Faizanul Haq, University of Buffalo, New York;
Mr. Ali S. Khan, Executive Director, Kashmiri Scandinavian Council, Oslo;
Mr. T. Kumar, Amnesty International;
Mr. Luv Puri, Columbia University;
Professor Bishnu Poudel, President Emeritus, National Advisory Council for South Asian Association, Washington, D.C.


*Admission to the Conference is free but registration is required*


Registration Form

Tenth International Kashmir Peace Conference
Thursday, July 23rd & Friday, July 24th 2009
Registration starts at 8.oo a.m. on 23rd & at 9.00 a.m. on 24th
E-mail: kashmirconference@yahoo.com or
Call KAC at 202-607-6585 / 202-628-6789 / 202-628-6788
Fax: 202-393-0062 or 703-295-8683

Name ..........................................

Address ...............................................................................

Organization ..................................................................

Tel: (     ) ........................................... Fax: (       ) ...............................

E-mail: .....................................

Yes, I would like to attend the Conference on Thursday, July 23rd 2009 ----------

Yes, I would like to attend the Conference on Friday, July 24th 2009 --------------

Important: Please note that participants other than invited out of town speakers will have to make their own hotel reservation and no letter will be issued to international participants for visa purposes unless they are officially invited as a speakers.

Friday, July 30, 2009
Rayburn House Office Building, Gold Room # 2168
(Metro: Capitol South on Orange & Blue Lines)


09.00 a.m.       Session # 5

Kashmir Dispute: Peoples' Aspirations, Innovative Models & Fresh Options.

Chair:     Mr. Ved Bhasin, Editor-in-Chief, Kashmir Times

Speakers:

Mr. Muzzammil Thakur        London, England
Professor Richard Shapiro        California Institute of Integral Studies
Pandit Jatinder Bakhshi            J&K Forum for Peace & Reconciliation
Dr. Farhan Chak        Intl. Affairs Program, Qatar University, Doha
Mr. Sareer Fazili, Esq.        Board Member, Kashmiri American Council


10.30 a.m.       Session # 6

Kashmir: A Way Forward

Chair:   Dr. Karen Parker & Sareer Fazili, Esq.

Theme presentations: (10 minutes each)

Professor Stanly Wolpert, University of California, Los Angeles
Professor Joseph E. Schwartzberg, Distinguished International Emeritus Professor
Ambassador Kuldip Nayar, Former Indian High Commissioner to the U.K.
Ambassador Maleeha Lodhi, Former Pakistani Ambassador to the United States
Ambassador Yusuf Buch, Former Senior Advisor to the UN Secretary General

Discussant: (6 minutes each)

Mr. Ved Bhasin        Editor-in-Chief, Kashmir Times, Jammu
Professor Angana Chatterji        Scholar activist
Professor Nazir A. Shawl        Justice Foundation/Kashmir Center, Washington
Justice Rajinder Sachar        Former Chief Justice Delhi High Court
Mr. Jatinder Bakhshi        J&K Forum for Peace & Reconciliation
Dr. Attiya Inaytullah        Member, Pakistan National Assembly
Mr. Zahid G. Mohammad        Columnist & Author
Ms. Victoria Schofield        Author & Writer
Senator Mushahid Hussain        Pakistan Muslim League- Q

Mr. Mohammad Aslam Khan       DCM, Embassy of Pakistan
Barrister Majid Tramboo      Kashmir Center, Brussels
Professor Faizanul Haq      University of Buffalo, New York
Ms. Rita Manchanda      South Asia Forum for Human Rights
Mr. Mohammad Afzal Sindhu      Minister of Law & Justice, Islamabad
Prof. Hafeez Malik      Prof. of Political Science, Villanova University
Professor Maqsood Jafri      Kashmir Dialogue Forum, USA
Senator (Dr.) Akbar Khawaja      Pakistan Peoples Party
Mr. Ali S. Khan      Executive Director, Kashmiri Scandinavian Council
Mr. Mohammad Afzal Bhat      President, Islamabad Press Club
Dr. Richard Shapiro      California Institute of Integral Studies
Dr. Farhan Chak      Deptt. Of Intl. Relations, University of Qatar, Doha
Ahmer Bilal Soofi, Esq.      President, Research Society of Intl Law
Mr. Raja Farooq Haider      Prime Minister, Azad Kashmir


1.30 p.m.     Lunch Break (Lunch will be served at Rayburn Gold Room)

2.30 p.m.   Observations & Discussion: (5 minutes each)

Prof. (Dr.) Imtiaz Khan,      George Washington University
Mr. Shaheen Khalid Bhat      Chairman, Kashmir Mission, USA
Mr. Javaid Rathore      Peoples Party of Pakistan, Azad Kashmir
Mr. Mumtaz Wani      Attorney-at-Law
Professor (Mrs.) Shamim Shawl      Scholar-activist
Prof. Wasiullah Khan      Vice Chancellor, East West University, Chicago
Dr. Mohammad Hafeez Javaid      South Bend, Indiana
Ms. Atiqa Akbar Khan      Principal, New Jersey
Mr. M Khawaja Ashraf      Pakistani American Congress, California
Mr. Raja Muzzafar      Jammu Kashmir Liberation Front
Mr. Zareef Khan      JK Muslim Conference
Mr. Ehtisham Kayani      Kashmiri Youth
Sardar Niaz Hussain      President, Jammu Kashmir Peoples Party, USA
Sardar Ishaq Sharief      Jammu Kashmir Liberation Front
Mr. Zubair Khan      Jammu Kashmir Muslim Conference
Hafiz Mohammad Sabir      Leader, Kashmiri American community
Mr. Tahir Iqbal      Jammu Kashmir Peoples Party
Mr. Malik Nadeem Abid      New York
Mr. Liaqat Kiyani      Azad Kashmir Peoples Party
Sardar Sawar Khan      Peoples Muslim League, Azad Kashmir

4

# Ninth International Kashmir Peace Conference
# Capitol Hill, Washington, D.C.

### Thursday, July 31, 2008
### Rayburn House Office Building, B 338

| | |
|---|---|
| 8.30 a.m. | **Registration** |
| 9.00 a.m. | **Inauguration** |

**Chair:**

> **Dr. Ghulam Nabi Fai**
> **Executive Director**
> **Kashmiri American Council/Kashmir Center**

**Congressional hosts:**

> **Congressman Pitts (R-PA)**
> **Congresswoman Clark (D-NY)**
> **Congressman Moran (D-VA)**

**09.30 a.m.**   **Session # 1**
**India-Pakistan Peace Process:**
**Various Perspectives**

**Chair:**

Ms. Karen Parker, Esq.
Chairperson, Association of Humanitarian Lawyers.

## Speakers:

| | |
|---|---|
| Ms. Karen Parker, Esq. | Chairperson, Association of Humanitarian Lawyers |
| Mr. Bharat Bhushan | Senior Journalist & Writer, New Delhi |
| Mr. Ahsan Iqbal | Federal Minister of Education, Islamabad |
| Amb. Hussain Haqqani | Pakistani Ambassador to the United States |
| Ms. Farzana Raja | Member, Pakistan National Assembly |
| Mirwaiz Umar Farooq | Chairman, All Parties Hurriyet Conference |

**11.00 a.m.**        **Session # 2**
                      **India-Pakistan Relations:**
                      **Breaking the Deadlock over Kashmir**

**Chair:**            Prof. Richard Shapiro, California Institute of Integral
                      Studies

**Speakers:**

Dr. Rodney Jones,                    President, Policy Architects International

Senator (Ms) Aneesa Zeb Tahirkheli   Senate of Pakistan

Justice Rajinder Sachar              Former Chief Justice, New Delhi High
                                     Court

Dr. Hameeda Bano                     Department of English, University of
                                     Kashmir, Srinagar

Professor Nazir A. Shawl             Executive Director, Justice
                                     Foundation/Kashmir Center, London

Amb. Yusuf Buch,                     Former Senior Advisor to the United
                                     Nations Secretary General

**1.00 p.m.  Lunch break**

**2.00 p.m.  Session # 3**
        **Kashmir: Dimensions in Human Rights &**
    **Justice**

**Chair:**            Mr. Jatender Bakhshi, President, J&K
                      Forum for Peace & Reconciliation

**Speakers:**

Prof. Angana Chatterji,              Scholar-activist

Maj. General ® Jamshaid Ayaz Khan,   President, Institute of Regional studies,
                                     Islamabad

Ms. Victoria Schofield               Author & Writer, London

2

| Dr. Taqdis Geelani | President HOPE & AJK University |
| Mr. Ved Bhasin | Editor-in-Chief, Kashmir Times, Jammu |
| Mr. Zahid G. Mohammad | Columnist & Author |
| Mr. Farooq Ahmed Tahir | Deputy Speaker, Azad Kashmir Assembly |
| Dr. Waleed Rasool | Center for Peace & Conflict Resolution, AJK University |
| Barrister Majeed Tramboo | Executive Director, ICHR/Kashmir Center, Brussels |

## 4.30 p.m.  Concluding remarks:

Dr. Farhan Chak, Durham University, England

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Friday, August 1, 2008
## (Please note that the conference on Friday will take place at a different location)

**1111 Sixteenth Street, N.W. Suite 700, Washington, D.C. 20036**
**Inter-section of 16th Street & L Street, N.W.**
**(Nearest Metro: Farragut West on Orange/Blue Lines and**
**Farragut North on Red Line)**

**09.00 a.m.**      **Session # 4**
**Resolving Kashmir Dispute:**
**Learning From Various Models**

**Chair:**      Barrister Majeed Tramboo, Executive Director, Kashmir Center, Brussels

**Speakers:**

| | |
|---|---|
| Mr. Wajahat Qazi | Author & Free Lance writer |
| Pandit Jatinder Bakhshi | President, J&K Forum for Peace & Reconciliation |
| Mr. Zahid G. Mohammad | Columnist, Writer, Srinagar |
| Ms. Karen Parker, Esq. | Chairperson, Association of Humanitarian Lawyers |
| Dr. Hameeda Bano | Deptt of English, Kashmir University, Srinagar |
| Dr. Waleed Rasool | Department of Conflict Resolution, AJK University |

**10.30 a.m.**      **Session # 5**
**CBM's Between India & Pakistan:**
**Impact on Kashmir**

**Chair:**      Prof. Nazir Shawl, Executive Director, Justice Foundation, London

**Speakers:**

4

| | |
|---|---|
| Professor Bishnu Poudel | President Emeritus, National Advisory Council for South Asian Affairs |
| Mr. Altaf Qadri | Jammu Kashmir Liberation Front |
| Ms. Victoria Schofield | Author and writer, London |
| Mr. Zahoor Wani | Attorney-at-law |
| Mr. M. Ismail Khan | Expert on Media, Public Policy and Development, Skardu, Northern Areas |
| Dr. Taqdees Gilani | Department of English, AJK Kashmir |
| Mr. Ahsan Iqbal | Federal Minister of Education, Islamabad |
| Dr. Ghulam N. Mir | President, World Kashmir Freedom Movement |

**12.00 p.m.**   **Lunch Break**

**01.30 p.m.**   **Session # 6**

## Kashmir: A Way Forward

**Chair:**   Mr. Ved Bhasin, Editor-in-Chief, Kashmir Times

**Speakers:**

| | |
|---|---|
| Prof. Richard Shapiro | California Institute of Integral Studies, San Francisco, California |
| Senator, Muhammad Said | Senate of Pakistan |
| Mr. Bharat Bhushan, | Journalist and Writer |
| Ms. Farzana Raja | Member, Pakistan National Assembly |
| Senator, Liaquat Ali Bangulzai | Senate of Pakistan |
| Amb. Yusuf Buch | Former Senior Advisor to the UN Secretary General |
| Senator Aneesa Zeb Tahirkheli, | Senate of Pakistan |
| Mr. Farooq Ahmed Tahir | Deputy Speaker, Azad Kashmir Assembly |

5

Mr. Raja Muzaffar                          Jammu Kashmir Liberation Front

## 3.00 p.m.          Session # 7

## Respondents

**Chair:**     Mr. Zahid G. Mohammad, Columnist

Justice Rajinder Sachar,            Former Chief Justice of New Delhi

Gen. Jamshaid Ayaz Khan           President, Institute of Regional studies, Islamabad

Mr. Muhammad Malik,              Free Kashmir campaign

Prof. Wasiullah Khan               Vice Chancellor, East West University, Chicago

Prof. Angana Chatterji             Scholar-activist

Dr. Farhan Chak                  Durham University, England

Dr. M Khawaja Ashraf              Pakistani American Congress, California

Sardar Niaz                     Jammu Kashmir Peoples Party

Sardar Ishaq                    Jammu Kashmir Liberation Front

Dr. Nisar Choudhary              Pakistani American Congress

Sardar Irshad Khan               Jammu Kashmri Peoples Party

Mr. Javaid Rathore               Peoples Party of Pakistan

Mr. Tahir Iqbal                  Jammu Kashmir Peoples Party

Hafiz Mohammad sabir             Brooklyn Community Center

Mr. Malik Nadeem Abid            Kashmir Mission

## 5.00 p.m.          Conclusion

Mr. David Wolfe,     South Asia International Human Security, Emerging Markets and
                     Risk Management Specialist.

# Seventh International Kashmir Peace Conference

**Rayburn House Office Building, Room 2168 [Gold Room]**

**Thursday, July 26th 2007**

8.00 a.m. – 9.00 a.m.      **Registration**

9.00 a.m. – 9.05.a.m.      **Welcome:**   Dr. Ghulam Nabi Fai, Executive Director, Kashmiri American Council / Kashmir center

9.05 a.m. – 10:00 a.m.      **Inauguration:**
**Remarks by Members of Congress**

10.00 a.m. – 11.30 a.m.

**"India-Pakistan Peace Process: Various Perspectives"**

**Chair:**
**Speakers:**

Mr. Laar Mart, Former Prime Minister of Estonia
Sardar Attique Ahmed Khan, Prime Minister, Azad Kashmir
Dr. Rodney Jones, President Architecture International
Prof. Kamal Chenoy, Jawahar Lal Nehru University, New Delhi
Amb. Mahmud Ali Durrani, Pakistan's Ambassador to the United States
Amb. Yusuf Buch, Former Senior Advisor to the UN Secretary General
Ms. Sherry Rehman, Member, Pakistan National Assembly

11.30 a.m. – 1. 00 p.m.

**"CBM's Between India & Pakistan: Impact on Kashmir"**

**Chair:**      Sareer Fazili, Esq.

**Speakers:**

Mr. Praful Bidwai, Journalist & Writer, New Delhi
Mr. Yasin Malik, Chairman, Jammu Kashmir Liberation Front
Prof. Emilio Asti, Catholic University, Rome, Italy
Dr. Attia Inaytullah, Member, Pakistan National Assembly
Professor Angana Chatterji, California University

**1.00 p.m. – 2.00 p.m.**

**LUNCH at Rayburn, Room 2168 [Gold Room]**

**2.00 p.m. – 3.30 p.m.**

**"Resolving Kashmir Dispute: Learning From Various Models"**

**Chair:**

**Speakers:**

Dr. Ghulam N. Mir, President, World Kashmir Freedom Movement
Mr. Ved Bhasin, Editor-in-Chief, Daily Kashmir Times, Jammu
Amb. Dennis Kux, Woodrow Wilson Center for Intl. Scholars
Barrister Majeed Tramboo, Executive Director, Kashmir Center, Brussels
Mr. Jatinder Bakshi, Chairman, Committee for the Return of Pandits
Mirwaiz Umar Farooq, Chairman, All Parteis Hurriyet Conference, Srinagar

**3.30 p.m. – 5.00 p.m.**

**"Kashmir: Human Rights Dimension"**

**Chair:**      Dr. Karen Parker, Association of Humanitarian Lawyers

**Speakers:**

Mr. Lars Rise, Former Member of Norwegian Parliament
Prof. Nazir Shawl, Executive Director, Kashmir Center, London
Mr. T. Kumar, Amnesty International
Mr. Akbar Ibrahim, Minister, Azad Kashmir Assembly
Mr. Zahid Mohammad, Author, writer and Columnist, Greater Kashmir

**5.00. p.m.**

**Concluding remarks:**

**Sponsors:**   Association of Humanitarian Lawyers &
Kashmiri American Council/Kashmir Center, Washington, D.C.

**RSVP:**   David Wolfe at kashmirconference@yahoo.com or Tel; 202-628-6789 /
Fax: 202-393-0062 / 703-295-8683

# 1st Latin American International Kashmir Conference Begins at Montevideo, Uruguay

Montevideo, Uruguay.  July 31st, 2007.  The 1st Latin American International Kashmir Conference begins today at Montevideo, Uruguay, co-sponsored by the College of International Relations Professionals at Univesity of Uruguay.  Scholars, diplomats and intellectulas from various countries are participating in this unique conference. Dr. Ghulam Nabi Fai, Executive Director, Kashmiri American Council Kashmir Center said that Uruguay being the land of democracy, a country that upholds the human rights in all international fora, and President of Mercosur (Common South Market) makes it unique place to have this first internaitonal conference.  He said that Ambassadfor Paysee Reyes of Uruguay as teh President of the Security Council during its 1251st meeting on November 5, 1965 said that the dispute betwen India and Pakistan over the State of Jammu and Kashmir involves people who make up 1 one fourth of the populaiton of the world.  Therefore, Kashmir issue concerns teh whole fo Asia.
Ambassador Reyes further said that in his view, India and Pakistan should three commitments to resolve the issue fo Kashmir, (i). Ceasefire, 8ii) withdrawal of troops, (iii) final setteelement of the Kashmri dispute.

Dr. Fai said that the words of this Uruguayan visionary is as applicable today as it was in 1965.

Those who are invited to present the scholarly papers in the conference include:

Sardar Attique Ahmed Khan, Prime Minister of Azad Kashmir
Mr. Jatender Bakshi, Chaiamn, Committe for the Return of Pandists
Mr. Ved Bhasin, Editor in Chief, Kashmri Times
Prof. Angana Chatterji, University fo Integral Studies, California
Mr. Zahid G. Mohamamd, Columnist, Greater Kashmir
Professor Diego Rsquder, University of teh Oriental Republic of Uruguay and catholic University
General Mr. Ricardo Galarza, former Chief of UNMOGIP, Uruguay
Amb. Naeemullah Khan Yusufzai, Charged Affairs, Argentina
Professor Mari Emilia Corter, Salvador Unviersity, Buenos Aires, Argentina
Professor Maira Vieira, University of Rio Grandfe do Sul, Brazil
Dr. Susana >Mangana, Autonomous University of Madrid, Spain
Dr. Ekaterina Lensou, European Humanities University, Minsk, Belarus

Many other Members of Parliament, representatives of teh civil society and media are attending the conference.

# Sixth International Kashmir Peace Conference

### Capitol Hill, Washington , D.C.
### Rayburn House Office Building, Room 2168 [Gold Room]

### Thursday, July 20th 2006

**8.00 a.m. – 9.00 a.m.**  **Registration**

**9.00 a.m. – 9.05.a.m.**  **Welcome:**  Dr. Ghulam Nabi Fai, Executive Director, Kashmiri American Council / Kashmir center

**9.05 a.m. – 10:00 a.m.**  **Inauguration:**

**Chair:**  Dr. Karen Parker, Chairperson, Association of Humanitarian Lawyers

Hon'ble Senator Harkin, Democrat from Iowa
Hon'ble Congressman Pitts Republican, Pennsylvania
Hon'ble Congressman Burton , Republican, Indiana
Hon'ble Congressman Jackson-Lee, Democrat, Texas
Hon'ble Congressman McCotter, Republican, Michigan
Hon'ble Rohrabacher, Republican, California
Hon'ble Rahall, Democrat, West Virginia

**10.00 a.m. – 10.10 a.m.**  **Award Ceremony for the Winners of the 1st International Essay Contest on Kashmir :**

Host:  Congressman Joseph Pitts

**Award recipients:**

Mr. Amit Chakraborty of India
Ms. Gazala Akhil Paul of India
Mr. Hyder Syed of United States

**10.10 a.m. – 11.40 a.m.**

**" Kashmir : New Hopes and Aspirations"**

1

**Chair:**       Amb. Mahmud Ali Durrani

**Speakers:**

Prof. Kamal Chenoy, Jawahar Lal Nehru, New Delhi
Mr. Mowahid Hussain Shah, Senior Advisor to the Chief Minister of Punjab
Amb. Salman Haidar, Former Foreign Secretary of India
Amb. Yusuf Buch, Former Senior Advisor to the UN Secretary General
Prof. Robert Wirsing, Prof. of International Security, Honolulu
Mr. Yasin Malik, Chairman, Jammu Kashmir Liberation Front
Sardar Mohammad Anwar Khan, President Azad Kashmir

**11.40 a.m. – 1. 10 p.m.**

### Is Self-Governance a means towards Self-Determination?

**Chair:**       Sareer Fazili, Esq.

**Speakers:**

Amb. John McDonald, President, Institute of Multi-track Diplomacy
Mr. Shahid Malik, Member, British House of Commons, London
Mr. Praful Bidwai, Journalist & Writer, New Delhi
Mr. Talaat Hussain, Aaj Television, Islamabad
Congressman Gregory Meek, Democrat from New York
Mr. Ved Bhasin, Editor-in-Chief, Kashmir Times, Jammu
Barrister Majeed Tarmboo, Executive Director, Kashmir Center , Brussels

**1.10 p.m. – 2.10 p.m.**

### LUNCH at Rayburn, Room 2168 [Gold Room]

**2.10 p.m. – 3.40 p.m.**

### Demilitarization: First step towards setting a stage for settlement

**Chair:**       Prof. Faizan-ul Haq

**Speakers:**

Dr. Ghulam N. Mir, President, World Kashmir Freedom Movement
Ms. Anuradha Jamwal, Executive Editor, Kashmir Times, Jammu

Amb. Teresita Schaffer, Center for Strategic & International Studies
Prof. Mumtaz Ahmed, Professor of Political Science, Virginia
Mr. Gautam Navlakha, Journalist & Writer, New Delhi
Dr. Parvaiz Iqbal Cheema, Islamabad
Sardar Attique A. Khan, President, Muslim Conference, Azad Kashmir

**3.40 p.m. – 5.10 p.m.**

### Kashmir: Human Rights Dimension.

**Chair:**       Dr. Karen Parker, Association of Humanitarian Lawyers

**Speakers:**

Mr. Lars Rise, Former Member of Norwegian Parliament
Dr. Angana Chatterki, Prof. of Security Studies, San Francisco
Mr. Ejaz-ul Haq, Federal Minister of Pakistan
Prof. Ashraf Saraf, All parties Hurriyet Conference
Prof. Nazir Shawl, Executive Director, Kashmir Center , London
Mr. Kumar Wanchoo, Human Rights Activist, Srinagar , Kashmir
Ms. Marjan Lucas, The Hague

**5.10. p.m.**

**Concluding remarks:**   David Wolfe, Government
Relations Liaison, Kashmiri American Council

**Sponsors:**   Association of Humanitarian Lawyers
                        &
                    Kashmiri American Council/Kashmir Center, Washington , D.C.

**RSVP:**       David Wolfe at
mailto:kashmirconference@yahoo.comkashmirconference@yahoo.com or Tel; 202-628-6789 / Fax: 202-393-0062

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# Kashmir Roundtable
## Holiday Inn Capitol
## 550 C Street, S.W. Washington , D.C. 20024.

Friday, July 21st 2005

3

**[No admission without registration]**

8.00 a.m.   **Registration**

9.00 a.m.   **Welcome:**   Dr. Ghulam-Nabi Fai
                         Executive Director, Kashmiri American Council/Kashmir
                         Center

              9.05 a.m.          **Presentations by the
              winners of the 1st. International Essay  Contest
              on Kashmir**

**Chair:**   Mr. Ved Bhasin & Dr. Mumtaz Ahmad [Represnting panel of judges]

Speakers:   Mr. Amit Chakraborty of India
              Ms. Gazala Akhil Paul of India
              Mr. Hyder Syed of the United States

10.00 a.m.   **"Kashmir: New Hopes and Aspirations"**

**Chairs**: Dr. Karen Parker & Sareer Fazili, Esq.

**Theme presentations:**
[10 minutes each]

Mr. Ved Bhasin, Editor-in-Chief, Kashmir Times, Jammu
Dr. Pervaiz Iqbal Cheema, Qaid-e-Azam University , Islamabad
Mr. Gautam Naulakha, Journalist & Writer, New Delhi
Prof. Robert Wirsing, Honolulu , Hawaii
Mr. Praful Bidwai, Journalist & Writer, New Delhi
Sardar Anwar Khan, President, Azad Kashmir
Dr. Mumtaz Ahmad, Professor of Political Science, Virginia
Mr. Yasin Malik, Chairman, Jammu Kashmir liberation Front
Prof. Kamal Chenoy, Jawahar Lal Nehru University , New Delhi
Mr. Talaat Hussain, Aaj Television, Islamabad

# Responses:
[8 minutes]

Amb. Yusuf Buch, Former Senior Advisor to the UN Secretary General
Barrister Majeed Tramboo, Executive Director, Kashmir center, Brussels
Amb. Teresita Schaffer, Center for Strategic & International Studies
Prof. Ashraf Saraf, All Parties Hurriyet Conference
Pir Aftab Hussain Shah Jillani, PPPP, Islamabad

4

Professor Nazir Shawl, Justice Foundation, London
Mr. Kumar Wanchoo, Human Rights Activist, Srinagar , Kashmir
Dr. Angana Chatterji, Professor of Security studies, San Francisco
Amb. Mohammad Aslam Khan, DCM Pakistan Embassy
Mr. Shahid Malik, M.P. British House of Commons
Mr. Ajaz ul Haq, Federal Minister of Pakistan , Islamabad
Sardar Attique Ahmed Khan, President, Muslim Conference, Azad Kashmir
Mr. Jatender Bakshi, Jammu Kashmir Institute for Peace, Justice & Development
Mr. Mowahid Hussain Shah, Special Advisor to Chief  Minister of Punjab
Prof. Wasiullah Khan, Chancellor, East-West University , Chicago .
Dr. Khawaja Ashraf, San Francisco
Ms. Annie Paradise, California Institute of Integral Studies
Mr. Tahir Aziz, Justice Foundation, London

## Remarks:
[7 minutes]

Ms. Anuradha Jamwal, Executive Editor, Kashmir times, Jammu
Prof. Faizan Haq, Secretary General, Pakistani American Congress
Dr. Ghulam N. Mir, World Kashmir Freedom Movement
Ms. Marjan Lucas, The Hague
Mr. Lars Rise, Former Member of Norwegian Parliament
Amb. John McDonald, Institute of Multi-Track Diplomacy, Washington , D.C.

**Comments from the floor**:  By permission of the Chair.

5.00 p.m.  **Concluding remarks**:

*****************************

# Registration Form
*Click Here to download registration form*
E-mail: Kashmirconference@yahoo.com or gnfai2003@yahoo.com
Call KAC at 202-628-6789 / 202-607-6585 / Fax: 202-393-0062 or 703-295-8683

5

# Fifth International Kashmir Peace Conference

http://www.kashmiri.com/conference.asp
Capitol Hill, Washington , D.C.
(Cannon Caucus Room # 345)
(Independence Avenue & New jersey Avenue)
Thursday, July 14th, 2005

# "The Kashmir Dispute and Building a Peaceful South Asia "

| | |
|---|---|
| **8.00 a.m.** | **Registration** |
| **9.00 a.m.** | **Inauguration** |
| | **Welcome :**  Dr. Ghulam Nabi Fai |
| | Ms. Karen Parker, Esq. |
| | **Remarks:**  Congressional Hosts |
| **9.30 a.m.** | **First Session** |

## India – Pakistan Relations: Breaking the Deadlock over Kashmir

**Moderator:**   Khalid J. Qazi, M.D.

**Speakers:**

**Amb. Jehangir Karamat , Pakistan Ambassador to the U.S.**
**Prof. Stanley Wolpert, Department. of History, UCLA**
**Mr. Ejazul Haq, Member, National Assembly**
**Mr. Gautam Navlakha, Economic & Political Weekly, New Delhi**
**Sardar Sikander Hayat Khan, Prime Minister, Azad Kashmir**

**11.00 a.m.**          **Second Session**

## Resolving Kashmir Conflict: Alternative Models

**Moderator:**   Mr. Sareer Fazili, Esq.

**Speakers;**

**Amb. Riaz Khokhar, Former Pakistan's Foreign Secretary**
**Dr. Subramanum Swamy, President, All India Janata party**
**Mr. Makhdoom Faisal Hayat Khan, Minister, Kashmir Affairs**
**Prof. Robert Wirsing, Department. Of Regional Studies, Honolulu**
**Amb. Yusuf Buch, Former Advisor to the UN Secretary General**

**12.30 p.m. 1.30 p.m. Lunch break [Lunch will be at Cannon Caucus Room # 345]**
**1.30 p.m.**          **Third Session**

## Kashmir Centric  "CBM's: Help or Hindrance"

**Moderator:**   Mr. Farooq Siddiqui

**Speakers:**

**Dr. P. Ambegaonkar, President, Bridging Nations, Washington , D.C.**
**Dr. Ghulam N. Mir, President, World Kashmir Freedom Movement**
**Dr. Douglas Johnston, President, International Center for Religion & Diplomacy**
**Sardar Attique Ahmed Khan, President, AJK Muslim Conference**
**Barrister  Majeed Tramboo, Executive Director, Kashmir Center , Brussels**

**3.00 p.m.**          **Fourth Session**

## Kashmir : Human Rights Dimension

**Moderator:**   Mr. Shah Ghulam Qadir

**Speakers:**

Dr. Vijay Sazawal, Indo-American Kashmir Forum [ Kashmir : A Way Forward]

Dr. Hameeda Banu, Department. of English, Kashmir University

Ms. Karin Parker, Association of Humanitarian Lawyers

Sheikh Tajamul ul Islam, Editor, Kashmir Media Service

Mr. Lars Rise, member, Norwegian Parliament

Mr. T. Kumar, Amnesty International

Dr. Khalid J. Qazi, Sister's Hospital, Buffalo

Prof. Nazir Shawl, Kashmir Center , London

5.00 p.m.

**Concluding Remarks:**

# Fifth International Kashmir Peace Conference

## [ Kashmir Round-table]

http://www.kashmiri.com/roundtable.asp

## " Kashmir : Exploring Possible Options"

Capitol Hill, Washington , D.C.

Rayburn House Office Building

(Gold Room # 2168)

{

*Independence Avenue*

*&*

*First Street*

*}*

**Friday, July 15th, 2005**

| | | |
|---|---|---|
| **8.00 a.m.** | **Registration** | |
| **9.00 a.m.** | **Remarks:**   Dr. Ghulam Nabi Fai | |
| **9.10 a.m.** | **Theme Paper presentation:** | |
| | **Moderator:**   Ms. Karen Parker, Esq. | |
| | Association of Humanitarian Lawyers | |
| | 1. | Dr. Robert Wirsing, Honolulu , Hawaii |
| | 2. | Dr. Stanley Wolpert, UCLA |
| **9.50 a.m.** | **Respondents [5 minutes each]** | |
| | 1. | Amb. Riaz Khokhar, Former Foreign secretary |
| | 2. | Mr. Gautam Navlakha, Economic & Political weekly |
| | 3. | Dr. Douglas Johnston, President, ICRD |
| | 4. | Dr. Vijay Sazawal, Indo American Kashmir Forum |
| | 5. | Mr. Lars Rise, Norwegian Parliament |
| | 6. | Mr. T. Kumar, Amnesty International |
| | 7. | Barrister Majeed Tramboo, Kashmir center, Brussels |
| | 8. | Dr. Subramanium Swamy, All India Janata Party |
| | 9. | Sardar Sikendar Hayat Khan, AJK Prime Minister |
| | 10. | Mr. Khalid Hasan, Daily Times |

2

11.     Mr. Makhdoom Syed Faisal Saleh Hayat, Minister of Kashmir Affairs
12.     Mr. Liaqat Baloch, Member, National Assembly
13.     Senator Aslam Buledi
14.     Mr. Ejazul Haq, Member, National Assembly
15.     Mr. Muhammad Sadiq, DCM
16.     Sardar Attique A. Khan, AJK Muslim Conference
17.     Prof. Nazir A. Shawl, Kashmir Center , London
18.     Dr. Hameeda Banu, Kashmir university
19.     Amb. Yusuf Buch, Former Advisor, UN Secretary General
20.     Mr. Farooq Siddiqi, Jammu Kashmir Liberation Front
21.     Mr. Muhammad Matloob, AJK Council
22.     Mr. Mumtaz Hussain Naqvi, AJK Council
23.     Mr. Muhammad Najeeb Khan, AJK Council
24.     Mr. Faridullah Khan
25.     Mr. Sareer, Fazili, Esq., Kashmiri American Council
26.     Mr. Bob Giuda, Member, New Hampshire Assembly
27.     Mr. Faiz Rehman, Executive Director, PALC
28.     Prof. Wasiullah Khan, President, P.A.C.
29.     Dr. Faizanul Haq, secretary General P.A.C.
30.     Mr. Raja Muzaffar, JKLF
31.     Hafiz Sabir, Kashmir Community Leader
32.     Shaikh Tajamul ul Islam, Kashmir Media Service

| | |
|---|---|
| 11.30 a.m. | General Discussion and floor participation |
| 1.00 p.m. | Lunch at the Gold Room # 2168 |
| 2.00 p.m. | General Discussion and floor participation |
| 4.00 p.m. | Recommendations and conclusion |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Registration Form

http://www.kashmiri.com/register.pdf

## Thursday, July 14th 2005 & July 15th
## Registration begins at 8.00 a.m.
### Call Misbah at KAC Tel: 202- 628- 6789 or fax at 703-295-8683

Or E-mail: kashmirconference@yahoo.com

Yes, I would like to attend the Kashmir Conference on Thursday July 14, 2005

Yes, I would like to attend the Roundtable Discussion on Friday, July 15th 2005

Name ................................................................................................

Address................................................................ ..............................

Tel: ................................................ .........Fax: ................................................

Organization ................................................................................................

E-mail address: ................................................................................................

# 3rd International Kashmir Peace Conference



## "Peace Initiative in South Asia: The Issue of Kashmir"

**Featured Speaker:**
**Nobel Peace Prize Winner H.E. Minister Jose Ramos-Horta\* of the Democratic Republic of Timor-Leste**

### Rayburn House Office Building
**Rooms B308, B309, B310**
**(Nearest Metro: Capitol South, Blue/Orange Line)**

### Friday, September 24th, 2004

### Registration: 8:00 am

> *Our mutual purpose is to develop forward-looking strategies to resolve the Kashmir crisis rather than merely blaming one position or the other for the situation. The conference will work to obtain a firm commitment from the speakers to focus on practical steps to resolve the situation rather than for the parties to point fingers in blame.*

### Speakers:
**India:** Mr. H. D. Devegowda\*, Former Prime Minister of India; Mr. I. K. Gujral\*; Prof. Bharat Karnad; Ms. Nitya Ramakrishnan; Dr. Surjit S. Bhalla; Mr. Dileep Padgaonkar\*; Mr. Ved Bhasin.

**Pakistan:** Mr. Gauhar Ayub Khan; Ms. Nasim Zehra; Mr. Hamid Nasir Chattha; Mr. Liaqat Baloch; Mr. Makhdoom Amin Faheem; Mr. Sardar Talib Hassan Nakai.

**Kashmir:** Mr. Syed Ali Geelani; Mr. Mohamamd Yasin Malik; Mirwaiz Umar Farooq; Mr. Shabir A. Shah; Dr. Hameeda Bano; Barrister Sultan Mehmood Chaudhry; Mr. Shah Ghulam Qadir; Mr. Farooq Siddiqi.

**United States:** Dr. Robert G. Wirsing; Prof. Marvin G. Weinbaum; Mr. Brian Cox; Mr. Anatol Lieven\*; Ms. Karen Parker; Amb. Yusuf Buch; Amb. Akbar S. Ahmed; Mr. Khalid Hasan; Dr. Ghulam Nabi Mir.

**Europe:** Barrister Majeed Tramboo, Brussels; Prof. Nazir Shawl, London; Lord Nazir Ahmed, London; Dr. Jeffery Kile, London; Ali S. Khan, Oslo. (\*to be confirmed).

**Admission is free. Registration is required.**
Please call Andrea @ Kashmiri American Council
Tel: 202-628-6789 / Fax:  202-393-0062 / 703-295-8683
Email: kashmirconference@yahoo.com  or  gnfai2003@yahoo.com

# Second International Kashmir Peace Conference
### Peace Initiative in South Asia: The Issue of Kashmir
### Congressional Rayburn House Office Building
### B338, B339, B340
### Capitol Hill, Washington, D.C.

# Program

### Friday, September 24, 2004

8.00 a.m. – 9.00 a.m.        **Registration**

9.00 a.m. – 10.00 a.m.       **Inaugural Session**

Dr. Ghulam Nabi Fai
Ms. Karen Parker
Hon. Congressman Joseph Pitts
Hon. Congressman Dan Burton
Hon. Congressman Major Owens
Hon. Congressman Jim Moran
Other Members of Congress
Message from Hon. Chandra Shekhar, Former Prime Minister of India [Andrea Eichman]

10.00 a.m. – 11.15 a.m.      **First Session**

**"The Kashmir Conflict: Creative Approaches."**

Moderator:     Ghulam N. Mir, M.D.

Speakers:

Dr. Robert G. Wirsing
Professor, Department of Regional Studies, Honolulu

Prof. Bharat Karnad
Research Professor, Centre for Policy Research, New Delhi

Mr. Gohar Ayub Khan
Former Foreign Minister of Pakistan

Mr. Yusuf Buch
Former Advisor to the United Nations Secretary General

Dr. Ghulam N. Mir
President, World Kashmir Freedom Movement

| | |
|---|---|
| 11.15 a.m. – 12.30 p.m. | **Second Session** |

**"India-Pakistan Dialogue: The Issue of Kashmir"**

Moderator:    M. Akram Dar, M.D.

Speakers:

Ms. Nitya Ramakrishnan
Advocate, Supreme Court of India

Barrister Sultan Mehmood Chaudhry
Former Prime Minister of Azad Kashmir

Ms. Nasim Zehra, Fellow
Fellow, Harvard University Asia center, Cambridge

Ms. Karen Parker, J.D.
Chairman, Association of Humanitarian Lawyers

Lord Nazir Ahmed
Member, British House of Lords, London

| | |
|---|---|
| 12.30.m. – 1.45 p.m. | **Lunch Break** |
| 1.45 p.m. – 2.15 p.m. | **Third Session** |

**Key-note Speaker**

Moderator:    Dr. Ghulam Nabi Fai

Hon. Jose Ramos-Horta, Nobel Laureate
Foreign Minister of East Timor.

| | |
|---|---|
| 2.15 p.m. – 3.30 p.m. | **Fourth Session** |

**"Self-Determination, War on Terror and Kashmir."**

Moderator:     Barrister Abdul Majeed Tramboo

Speakers:

Amb. Akbar S. Ahmed, American University

Professor Marvin G. Weinbaum, Middle East Institute

Ms. Pushpa Iyers, George Mason University

Mr. Khalid Hasan, Journalist, Daily Times

Mr. Umar Ghuman
Member, Pakistan National Assembly

Mr. Ved Bhasin, Editor-in-Chief, Kashmir Times

Barrister Abdul Majeed Tramboo
Executive Director, Kashmir Center, Brussels.

| | |
|---|---|
| 3.30 p.m. – 5.00 p.m. | **Fifth Session** |

**"Kashmir Conflict: Nuclear and Economic Dimensions."**

Moderator:     Mr. Farooq Siddiqi

Speakers:

Mr. Hamid Nasir Chattha
Chairman, Pakistan Parliamentary Kashmir Committee

Dr. Surjit S. Bhalla
Managing Director
Oxus Research & Investments, New Delhi

Sardar Mohamamd Anwar Khan
President, Azad Kashmir

3

Mr. Brian Cox
Vice President
International Center for Religion and Diplomacy

Ms. Marjan Lucas
Persistence in Peace, The Hague

Prof. Nazir A. Shawl
Executive Director, Kashmir Center, London, U.K.

Mr. Farooq Siddiqi
Jammu Kashmir Liberation Front

5.00 p.m.                    **Conclusion**

Aimen Mir, J.D.

**Vote of thanks**

Aejaz Dar, J.D.

# Kashmir Round-Table Discussion
## Holiday Inn
### 415 New Jersey Avenue, N.W.

### Saturday, September 25, 2004

| | |
|---|---|
| 8.00 a.m. – 9.00 p.m. | **Registration** |
| 9. 00 a.m. 12.00 a.m. | **First Session** |

**"The Kashmir Dispute:
Objectives and Terms of Negotiations"**

Moderator:     Dr. Ghulam N. Mir

**Introduction of the Topic**:

Mr. Yusuf Buch
Former Advisor to the UN Secretary General

**Speakers:**

Mr. Jose Ramos-Horta
Foreign Minister of East Timor

Sardar Mohammad Anwar Khan
President, Azad Kashmir

Lord Nazir Ahmed
Member, British House of Lords

Mr. Makhdoom Amin Faheem
Former Federal Minster of Pakistan

Prof. Bharat Karnad
Center for Policy Studies, New Delhi

Mr. Liaqat Baloch
Member, Pakistan National Assembly

Mr. Shah Ghulam Qadir
Chairman, Kashmir Institute of Intl. Studies

Mr. Farooq Rehmani
Convener, All Parties Hurriyet Conference

Mr. Farooq Siddiqi, JKLF

### Interventions:

Dr. Surjit S. Bhalla
Director, Oxis Research & Investment, New Delhi

Mr. Hamid Nasir Chattha
Chairman, Pakistan parliamentary Kashmir Committee

Mr. Gohar Ayub Khan
Former Foreign Minister of Pakistan

Sardar Amjad Yousuf
Peoples Party

## Audience participation and recommendations

| | |
|---|---|
| 12.00 a.m. 1.00 p.m. | **Lunch** |
| 1.00 p.m. – 4.00 p.m. | **"Kashmir:  A Way Forward"** |

Moderator:    Barrister Majid Tramboo

### Introduction of the Topic:

Mr. Ved Bhasin
Editor-in-Chief, Kashmir Times

### Speaker:

Dr. Robert Wirsing
Prof, Department of Regional Studies, Honolulu

Ms. Nitya Ramakrishnan
Advocate, Supreme Court of India

Sardar Talib Hasan Nikai
Member, Pakistan National Assembly

6

Mr. Mehmood Saghar
Vice President, JKDFP

Mr. Robert Giuda
New Hampshire Legislature

Khalid Hasan
Journalist, Daily Times

Ms. Nasim Zehra, Journalist

### Intervention

Ms. Marjan Lucas
Persistence in Peace, The Hague

Mr. Nisar Ghuman
Lancaster, Pennsylvania

Mr. Lateef Akbar
Peoples Party

Mr. Raja Muzzafar
Senior Vice President, JKLF

Mr. Mohammad Ghalib
President, Thereek-e-Kashmir, London

Syed Ali Reza
Kashmir Center, Brussels

## Audience Participation and Recommendations

4.00 p.m.                    ### Conclusion

Dr. Ghulam Nabi Fai

### Vote of Thanks

Muzzammil Thakur

# Program

### International Kashmir Peace Conference

### Beyond the Blame Game:
### Finding Common Grounds for Peace & Justice in Kashmir

### Capitol Hill, Washington, D.C.
### Room 345 Cannon House Office Building

### Thursday, July 24, 2003

| | |
|---|---|
| Registration | 8.00 a.m. - 9.00 a.m. |
| Inaugural session: | 9.00 a.m. - 9.30 a.m. |
| Moderator: | Dr. Ghulam Nabi Fai |
| **Inaugural remarks**: | Hon'ble Senator Tom Harkin<br>Hon'ble Congressman Joseph Pitts |
| First session: | 9.30 a.m. to 11.00 a.m. |

### "Kashmir: Regional and International Dimensions"

Moderator:              Karen parker, J.D.

1.    H.E. Mr. Ashraf J. Qazi, Pakistani Ambassador to the United States
2.    Prof. Rajmohan Gandhi, South Asian & Middle Eastern Studies, Champaign, IL
3.    Sardar Abdul Qayyum Khan, former Prime Minister of Azad Kashmir

Second session:         11.00 a.m. to 12.30 p.m.

### "Kashmir: India-Pakistan Relations"

Moderator:              Khalid J. Qazi, M.D.

1.    Mr. Subramaniam Swamy, former Federal Minister of Commerce, Law & Justice, India
2.    Mr. Mushahid Hussain, former Federal Minister of Pakistan
3.    Hon'ble Mr. Lars Rise, Member, Norwegian Parliament, Oslo
4.    Dr. Tanweer Mir, Professor of Medicine, Long Island, New York***

Third session                12.30 p.m. - 2.30 p.m.

**Luncheon speakers: "Kashmir: A Way Forward"**

Moderator:                            Dr. Theodore Wright

1.     Mr. Ina'mul Haq, former Foreign Minister of Pakistan
2.     Dr. Douglas Johnston, President, International Center for Religion and Diplomacy
3.     Dr. Pushpa Iyer, Institute of Conflict Analysis and Resolution, George Mason University
4.     Mr. Yusuf Buch, former Advisor to the United Nations Secretary General

Fourth session               2.30 - 4.15 p.m.

Moderator:                            Mr. Sareer Fazili, J.D.

**"Prospects For the Future: Alternative Scenarios for Resolving the Kashmir Problem"**

1.     Dr. (Mrs.) Attiya Inayatullah, former Federal Minister of Pakistan
2..    Professor Raju Thomas, Marquette University, Wisconsin
3.     Professor Stanley Wolpert, UCLA, author of "Gandhi" & "Jinnah"
4.     Dr. Ayyub Thakur, President, World Kashmir Freedom Movement, London

Fifth Session                4.15 p.m. - 6.15 p.m.

**"The Human Rights Dimension of the Kashmir Problem"**

Moderator:               Moderator:     Mr. Bob Giuda, Deputy Leader, New Hampshire House of Representatives

1.     Mr. Ved Bhasin, Editor-in-Chief, Kashmir Times, Jammu
2.     Ms. Karen Parker, Chairman, Association of Humanitarian Lawyers, San Francisco, California
3.     Mr. T. Kumar, Amnesty International, Washington, D.C.
4.     Mr. Ali Hassan, Asia Watch Division of Human Rights Watch, New York
5.     Abdul Majeed Tramboo, International Council of Human Rights, London, U.K.

The following organizations are the co-sponsors of the Conference:

i.     San Francisco-based "Association of Humanitarian Lawyers".
ii.    Washington-based "Kashmiri American Council"

E-mail:       kashmirpeace_conference@yahoo.com / kac@kashmiri.com



**KASHMIRI-
AMERICAN
COUNCIL**

Program

## "Peace Moves in South Asia: Different Perspectives

United Methodist Office for the United Nations, 777 UN Plaza
New York, New York
[Boss Room on 8th floor]
1.00 p.m. – 4.00 p.m.

| | |
|---|---|
| 12.30 – 1.00 p.m. | Registration |
| 1.00 – 1.30 p.m | Lunch |
| 1.30 – 1.35 p.m. | Welcome remarks:   Dr. Ghulam Nabi Fai |
| | Executive Director, Kashmiri American Council |
| 1.35 – 3.00 p.m. | "Peace Moves in South Asia: Different Perspectives" |

Moderator: Dr. Khalid J. Qazi, Professor of Medicine, State University of Buffalo, New York

**Speakers:**

Amb. Teretsita Schaffer, Director, South Asia Program, Center for Strategic & International Studies (CSIS), Washington, D.C.

Professor Maya Chadda, Professor of Political Science, William Peterson University, New Jersey, (Indian-American)

Ms. Karen Parker, J.D. UN Delegate, International Educational Development

Professor Saeed Shafqat, Qaid-e-Azam Distinguished Professor at Columbia University, (Pakistani-American)

Mr. M. Yusuf Buch, former senior advisor to the UN Secretary General (Kashmiri-American)

| | |
|---|---|
| 3.00 – 3.45 p.m. | Question and Answer session |
| 3.45p.m. | Vote of thanks: Dr. Farooque Khan, Professor Medicine, New York |

**Sponsored by:**
The Association of Humanitarian Lawyers (AHL)
Kashmiri American Council (KAC)

733 -15th Street, N.W.
Suite 1100
Washington, DC 20005
Phone: (202) 628-6789
Fax:    (202) 393-0062
E-mail: nchang9999@aol.com
kac@kashmiri.com
websitehttp://www.kashmiri.com

1