# EXHIBIT 9

# *Correspondence*

## *With*

## *Officials within the United States and Abroad*

*Dr. Ghulam Nabi Fai*

## *Kashmiri American Council*
## *Washington, D.C.*



EMBASSY OF THE
UNITED STATES OF AMERICA
The Ambassador
Islamabad

February 27, 1991

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri-American Council
733 15th Street, N.W.
Washington, D.C.  20005

Dear Dr. Fai:

I am responding to your letter of January 22 in which you
discuss my letter to AJK President Sardar Qayyum last
November.  Due to mail delays associated with the war in the
Gulf, your letter was received here on February 24.

First, let me explain that the President of AJK, or someone
associated with him, apparently chose to make my letter
public.  I wrote a serious letter explaining United States
Government policy in reply to a serious letter from President
Qayyum.  It was certainly not a propaganda exercise on my part,
and if my letter was made public by someone and then used for
propaganda purposes I regret that this was done.  The
statements made in that letter reflect official State
Department policy which is part of the public record, not my
personal opinion.  They also reflect a realistic approach to an
ultimate resolution to this issue.

As I stated, the United States officially characterizes Kashmir
as disputed territory.  It does not accept India's contention
that the United Nations resolutions no longer apply, and that
Kashmir is an integral part of India.  Your letter overlooks
this point.  Our policy is that any resolution of the problem
must take into consideration the needs of all affected parties,
inlcuding India, Pakistan, Muslim Kashmiris and non-Muslim
Kashmiris.  We have urged India and Pakistan many times to
resolve their differences over Kashmir bilaterally and
peacefully in the spirit of the 1972 Simla agreement which
calls for them to discuss Kashmir with a view to resolving the
dispute over it.  We have also urged the government of India to
make every effort to establish a dialogue with Kashmiri leaders
to regenerate a democratic process by which Kashmiris can
express their will in free and fair elections, and to take into
account their views on the future of Kashmir.

The U.S. continues to be seriously concerned about the excessive use of force and reported human rights violations committed by both the Indian security forces and armed militants in India-held Kashmir.  We reject the use of indiscriminate violence by both militants and security forces, and we deplore the loss of life in Kashmir.  We also continue to urge the Indian government to permit international human rights advocacy groups to visit India to examine the human rights situation.  I am enclosing, for your information, exerpts relating to Kashmir from the State Department 1990 Human Rights Report for India.

I appreciate your taking the time to express your views on the Kashmir situation to me.

Sincerely,

Robert B. Oakley

Enclosure

THE WHITE HOUSE

WASHINGTON

December 27, 1993

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri-American Council
Suite 1100
733 15th Street, N.W.
Washington, D.C.  20005

Dear Ghulam:

Thank you so much for your kind words about my recent speech to the United Nations General Assembly.

I share your belief that, in order to face the dilemmas of a post-Cold War global landscape, we all must look closely at our policies with regard to human rights.  I am confident that we can bring about changes that are consistent with what the U.N. founders envisioned.

I look forward to working with you and others to help bring peace to Kashmir, and I appreciate your input.

Sincerely,

Bill Clinton

SA Press Guidance
January 6, 1994

## KASHMIR: PRESIDENTIAL LETTER
## TO KASHMIRI-AMERICAN COUNCIL

Q: Is there any comment on President Clinton's letter to Dr. Fai of the Kashmiri-American Council?

A: -- THE LETTER REFLECTS THE CONSISTENT STAND THAT THE ADMINISTRATION HAS TAKEN ON KASHMIR, NAMELY THAT THE UNITED STATES WISHES TO SEE A PEACEFUL RESOLUTION OF ALL ISSUES BETWEEN INDIA AND PAKISTAN, INCLUDING KASHMIR.

-- TO THAT END, THE U.S. IS WILLING TO ASSIST INDIA AND PAKISTAN TO REACH AND IMPLEMENT AGREEMENTS IF THEY BOTH SO DESIRE. HOWEVER, WE DO NOT SEE OURSELVES IN A MEDIATOR'S ROLE.

Q: Does the letter reflect a heightened concern by the United States about the human rights situation in Kashmir?

-- WE HAVE CONSISTENTLY EXPRESSED OUR CONCERN OVER HUMAN RIGHTS ABUSES COMMITTED BY THE INDIAN SECURITY FORCES AS WELL AS ARMED MILITANTS.

-2-

-- WE RAISE THESE CONCERNS WITH INDIA
REGULARLY, FRANKLY, AND IN THE SPIRIT
OF FRIENDSHIP.

-- WE HAVE BEEN URGING THAT THE RIGHTS
ENSHRINED IN THE INDIAN CONSTITUTION BE
PROTECTED FULLY IN PRACTICE, INCLUDING
IN THOSE AREAS WHERE SECURITY FORCES
ARE ENGAGED IN COUNTER-INSURGENCY
ACTIVITIES.

-- IN THE LAST YEAR THE GOVERNMENT OF
INDIA HAS HELD DISCUSSIONS WITH
AMNESTY INTERNATIONAL AND THE ICRC,
AND PRIME MINISTER RAO AND THE INDIAN
PARLIAMENT HAVE CREATED A NATIONAL
HUMAN RIGHTS COMMISSION.

-- WE WELCOME THESE STEPS AND HOPE THAT
THEY WILL LEAD TO FURTHER PROGRESS IN
INDIAN HUMAN RIGHTS PRACTICES.

-3-

Q: Does the letter reflect a change in U.S. policy on the status of Kashmir?

A: -- NO.  AS WE HAVE NOTED CONSISTENTLY SINCE 1947, THE U.S. BELIEVES THE ENTIRE GEOGRAPHIC AREA OF THE FORMER PRINCELY STATE OF JAMMU AND KASHMIR IS DISPUTED TERRITORY.

-- THE U.S. BELIEVES THE BEST WAY TO RESOLVE THE DISPUTE OVER KASHMIR IS THROUGH DIRECT DISCUSSIONS BETWEEN THE GOVERNMENTS OF INDIA AND PAKISTAN AS ENVISAGED IN THE SIMLA AGREEMENT, TAKING INTO ACCOUNT THE WISHES OF THE PEOPLE OF KASHMIR.

-4-

Q: When you call for taking into account the wishes of the people of Kashmir, does this mean you favor a plebescite in Kashmir, or participation of Kashmiris in talks between India and Pakistan over the state?

A: -- WE DO NOT FAVOR ANY PARTICULAR PROCEDURE, NOR DO WE ADVOCATE DIRECT KASHMIRI PARTICIPATION IN BILATERAL INDO-PAKISTANI TALKS. HOWEVER, TO BE WORKABLE, A SOLUTION TO THE KASHMIR DISPUTE WILL HAVE TO TAKE INTO ACCOUNT THE WISHES OF KASHMIRIS. HOW THIS IS DETERMINED WOULD BEST BE ESTABLISHED IN THE NEGOTIATION PROCESS.



चन्द्रशेखर

## CHANDRA SHEKHAR

June 28, 2004

### MESSAGE

It is a matter of great pleasure that Association of Humanitarian Lawyers and the Kashmiri American Council is organising "International Kashmir Peace Conference" at the Capitol Hill in Washington D.C. on 8th July,2004, in which speakers would not only focus the views of Government of India and Pakistan but suggestions to resolve the Kashmir crisis and to have harmonious relations between India and Pakistan and to stop terrorism in Kashmir.

India and Pakistan have recently placed Kashmir on negotiating agenda. Undoubtedly, speakers at the conference would highlight suggestions for durable peace and development of harmonious relations in the interest of the people of these two countries for building a better future for about a billion people on bilateral basis.

It is hoped that the dialogue between India and Pakistan would be carried on in the sprit of Shimla agreement for a peaceful settlement of all bilateral issues including Kashmir.

( CHANDRA SHEKHAR )

Shri Karan Parker, J.D.
President,
Association of Humanitarian Lawyers,
733-15th Street,
N.W.Suite 1100,
Washington D.C.20005,
U.S.A.

*He is the former Prime Minister of India.*

3, साउथ एवेन्यू लेन, नई दिल्ली-110 011 टेलीफोन 2301-2587, 2301-2163
3, South Avenue Lane, New Delhi-110 011 Tele : 2301-2587, 2301-2163

Unofficial translation

**REPUBLIC OF ALBANIA**
**COUNCIL OF MINISTERS**
**PRIME MINISTER**

Tirana on September 21, 2006

Dear Dr. Nabi Fai,

Thank you very much for your kind invitation to be the key-note speaker at the International Seminar on "Right of Self-determination", an invitation that honors me and merits my highest appreciations.

The principle of the international right of self-determination constitutes for the people that suffered the heavy wait of the colonialism and the deprivation of the freedom to determine their future, the message of hope and future, it is the "promised land". It is because of that reason that I consider your role in promoting that principle of the international rights as a human and sacred contribution.

It could be a great pleasure to participate in the seminar organized by you, and in the same time to join my voice with your cause, but I have already, prior to receiving your kind invitation, announced my participation to the 11th Summit of Francophone, which will take place in Bucharest in the same time, and regrettably I can not participate in your activity.

Wishing you every success, please accept the expression on my highest consideration.

Sincerely yours

Sali Berisha
(signed)

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Council
Washington D.C.

UNITED NATIONS    NATIONS UNIES

POSTAL ADDRESS – ADRESSE POSTALE : UNITED NATIONS, N.Y. 10017
CABLE ADDRESS – ADRESSE TELEGRAPHIQUE : UNATIONS NEWYORK

EXECUTIVE OFFICE OF THE SECRETARY-GENERAL
CABINET DU SECRETAIRE GENERAL

REFERENCE:

1 June 2007

Dear Dr. Fai,

On behalf of the Secretary-General, I would like to thank you for the letter from you and Ms. Karen Parker, Chairperson of the Association of Humanitarian Lawyers, dated 1 May 2007, inviting him as a speaker to the Seventh International Kashmir Peace Conference entitled "Resolving Kashmir Dispute: Innovative Models and Fresh Options", scheduled to take place on 26 and 27 July 2007 at the Capitol Hill, Washington, D.C.

The Secretary-General appreciates your kind invitation to this important gathering. He is pleased to note your efforts aimed at exploring avenues towards finding a durable solution to the issue of Jammu and Kashmir, to the satisfaction of all parties concerned. However, I regret to inform you that, owing to the pressures on his schedule, he will not be able to take part in the meeting.

Let me take this opportunity to convey to you his best wishes for a successful event. A similar letter has been sent to Ms. Karen Parker.

Yours sincerely,

Vijay Nambiar
Chef de Cabinet

Dr. Ghulam-Nabi Fai
Executive Director
Kashmiri American Council/Kashmir Center
Washington, D.C.

**UNITED NATIONS**  **NATIONS UNIES**

POSTAL ADDRESS – ADRESSE POSTALE : UNITED NATIONS, N.Y. 10017
CABLE ADDRESS – ADRESSE TELEGRAPHIQUE : UNATIONS NEWYORK

EXECUTIVE OFFICE OF THE SECRETARY-GENERAL
CABINET DU SECRETAIRE GENERAL

REFERENCE:

14 July 2008

Dear Dr. Fai,

On behalf of the Secretary-General, I thank you for your letter of
25 June 2008, co-signed by Ms. Karen Parker, Chairperson for the
Association of Humanitarian Lawyers, inviting him address the 9th
International Kashmiri Peace Conference, to be held in Washington, D.C. on
31 July and 1 August 2008.

The Secretary-General appreciates your kind invitation to this
important meeting.  Unfortunately, in view of the commitments on his
schedule, I have to inform you that he will be unable to attend.  Let me
nevertheless take this opportunity to convey his best wishes for a successful
event.  A similar response has been sent to Ms. Karen Parker.

Yours sincerely,

Vijay Nambiar
Chef de Cabinet

Dr. Ghulam-Nabi Fai
Executive Director
The Kashmiri American
  Council/Kashmir Center
Washington, D.C.

# 1O DOWNING STREET

LONDON SW1A 2AA
www.pm.gov.uk

From the Scheduling Manager

26 June 2007

Dear Ms Parker

The Prime Minister has asked me to thank you and Dr Fai for your letter of 12 June inviting him to be keynote speaker at the Seventh International Kashmir Peace Conference on 26 and 27 July in Washington.

Sadly, the Prime Minister's existing diary commitments at that time make it impossible for him to join you and he must therefore decline your kind invitation.

The UK Government believes that peace between India and Pakistan can only be durable if it takes into account the wishes of the Kashmiri people. We continue to urge both India and Pakistan to seek a lasting resolution to the issue of Kashmir, which takes into account the wishes of the Kashmiri people. We have also called for an end to all external support for violence in Kashmir, and an improvement in the human rights situation there.

Yours sincerely

VICTORIA GOULD

Ms Karen Parker

UNITED KINGDOM MISSION
TO THE UNITED NATIONS
845 THIRD AVENUE
NEW YORK, N.Y. 10022

FROM THE PERMANENT REPRESENTATIVE

24 October 1991

Dr Ghulam Nabi Fai
Executive Director
Kashmiri American Council
733 15th Street
Suite 1100
WASHINGTON DC 20005

Dear Dr Nabi Fai,

Thank you for your letter of 23 September. I do not
have much to add to my letter to you of 22 May which outlined
our position on political aspects of the Kashmir problem.
The British Government continue to be concerned about the
situation in Kashmir. We regret the continuing loss of life
there. We welcome the recent progress on confidence-building
measures made in contacts between Indian and Pakistani
officials which continued during the recent Commonwealth
Heads of Government in Harare. We hope this dialogue will be
maintained.

We continue to press the Indian Government to respect
human rights in Kashmir. The Indian Government have told us
they are determined to see that human rights are not violated
and to bring wrong doers to justice. The United Kingdom, in
concert with its European Community partners, made a demarche
to the Indian Government in July, specifically requesting
that international human rights and humanitarian
organisations be allowed free access to the region. We hope
that this will soon be granted.

Yours sincerely

David Hannay

D H A Hannay



𝕿𝖍𝖊 𝕻𝖊𝖗𝖒𝖆𝖓𝖊𝖓𝖙 𝕸𝖎𝖘𝖘𝖎𝖔𝖓 𝖔𝖋 𝕮𝖆𝖓𝖆𝖉𝖆
𝖙𝖔 𝖙𝖍𝖊 𝖀𝖓𝖎𝖙𝖊𝖉 𝕹𝖆𝖙𝖎𝖔𝖓𝖘

𝕷𝖆 𝕸𝖎𝖘𝖘𝖎𝖔𝖓 𝕻𝖊𝖗𝖒𝖆𝖓𝖊𝖓𝖙𝖊 𝖉𝖚 𝕮𝖆𝖓𝖆𝖉𝖆
𝖆𝖚𝖕𝖗𝖊𝖘 𝖉𝖊𝖘 𝕹𝖆𝖙𝖎𝖔𝖓𝖘 𝖀𝖓𝖎𝖊𝖘

866 United Nations Plaza
Suite 250
New York, New York   10017

December 19, 1991

Ghulam Nabi Fai, Ph.D.
Executive Director
Kashmiri American Council
733 15th Street N.W.
Suite 1100
Washington, D.C.   20005

Dear Dr. Gulam Nabi Fai:

I am writing in reply to your letter to Ambassador Fortier concerning Jammu and Kashmir. He has asked me to reply on his behalf.

I wanted to thank you for raising your concerns with us. As you know, the situation of human rights in Jammu and Kashmir, like those in other parts of the world, are a continuous concern of the Government of Canada. In his statement of November 25, 1991 to the Third Committee of the General Assembly, Ambassador Fortier expressed concern about the continued violence in Kashmir and urged the Government of India to ensure that human rights are respected and that reported violations are fully investigated.

Please be assured that the Government of Canada will continue to follow closely, and speak out concerning, the situation of human rights in Kashmir.

Yours truly,

James Trottier
First Secretary



United States Department of State

*Washington, D.C.   20520*

MAY 2 0 2004

Dear Dr. Fai:

Thank you for your letter of April 19 to Assistant Secretary Rocca regarding the idea of sending a "Peace Mission" of Kashmiri expatriates to New Delhi, Islamabad, Srinagar, and Muzzaferabad.  She has asked me to respond in her absence.

The United States Government is fully supportive of the Indo-Pak Composite Dialogue and urges the governments of both India and Pakistan to continue to work together in achieving a stable peace between the two countries.  Sustaining progress is particularly important while the new Indian government settles in.

I would be most happy to meet with you to discuss the ideas you mention that came out of the Brussels conference, "Discourse on Kashmir".  Please get in touch with my Secretary to arrange a mutually convenient time.

Sincerely,

Donald A. Camp
Acting Assistant Secretary
South Asia Bureau

Dr. Ghulam-Nabi Fai
   Executive Director, Kashmiri American Council,
      733 15th Street, NW, Suite 1100,
         Washington, DC 20005.



United States Department of State

*Washington, D.C.   20520*

March 6, 2001

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Council
733 15th Street NW, Suite 1100
Washington, DC 20005

Dear Dr. Fai:

Thank you for your letter of January 31 to Secretary of State Powell on behalf of the Kashmiri-American Council. While I don't agree with the characterization of U.S. policy your letter offered, I do appreciate your taking the time to offer your perspective in such detail.

The United States, as you know, has been very active in the past year in encouraging India and Pakistan to lower tensions and move toward more productive dialogue on Kashmir and other issues. This Administration will continue to explore realistic and appropriate ways in which we can be helpful. Creativity, flexibility and, above all, an unequivocal commitment to peaceful means will be needed on all sides if the people of Kashmir are to enjoy the better future they so clearly deserve.

I am pleased that you and your colleagues are continuing your exchange of ideas about these points with senior officials in the South Asia Bureau. We appreciate and value your views.

Sincerely,

Alan W. Eastham
Acting Assistant Secretary
South Asian Affairs



United States Department of State

*Washington, D.C.   20520*

MAY 2 0 2004

Dear Dr. Fai:

Thank you for your letter of April 19 to Assistant Secretary Rocca regarding the idea of sending a "Peace Mission" of Kashmiri expatriates to New Delhi, Islamabad, Srinagar, and Muzzaferabad.  She has asked me to respond in her absence.

The United States Government is fully supportive of the Indo-Pak Composite Dialogue and urges the governments of both India and Pakistan to continue to work together in achieving a stable peace between the two countries.  Sustaining progress is particularly important while the new Indian government settles in.

I would be most happy to meet with you to discuss the ideas you mention that came out of the Brussels conference, "Discourse on Kashmir". Please get in touch with my Secretary to arrange a mutually convenient time.

Sincerely,

Donald A. Camp
Acting Assistant Secretary
South Asia Bureau

Dr. Ghulam-Nabi Fai
   Executive Director, Kashmiri American Council,
      733 15th Street, NW, Suite 1100,
         Washington, DC 20005.



United States Department of State

*Washington, D.C.  20520*

March 16, 1993

Dr. Ghulam Nabi Fai, Executive Director
Kashmiri-American Council
733 15th Street, Suite 1100, N.W.
Washington, D.C. 20005

Dear Dr. Fai:

I have been asked to respond to your letters to Deputy
Secretary Wharton and Under Secretary Tarnoff, congratulating
them on their appointments and outlining your views on the
Kashmir dispute.

We are deeply concerned about the effects of that ongoing
dispute on regional stability and the lives of the people of
Kashmir.  When you and I met last December, I said the United
States Government is disturbed by human rights violations
committed in Kashmir by both Indian security forces and armed
militants.  We believe our Country Report on Human Rights
Practices demonstrates our concern and the evenhandedness of
our policy.  In our dialogue with the Government of India, we
will emphasize even more the importance this Administration
attaches to human rights, and also will call on others to stop
providing arms, training and safe havens to the militants.

In outlining policy approaches, you suggested a
quadrilateral dialogue among the U.S., India, Pakistan, and
Kashmir.  To be honest with you, we have doubts that such an
approach would be accepted by either Pakistan or India, the
historic protagonists in the Kashmir dispute.  We will urge
Pakistan and India to seriously negotiate a settlement that
takes into account the interests of all Kashmiri communities.
We have stated our willingness to help if both India and
Pakistan agree we could play a useful role.  We do not take a
position on the outcome of negotiations beyond saying that any
settlement must take account of the interests of Kashmiris.

We do not believe cutting off aid would help achieve these
goals.  Beyond that, it would harm the most vulnerable segments
of India's population--people who bear no responsibility for
their government's actions in Kashmir.  Our development
assistance program is devoted to infant feeding, vaccination

programs, family planning, and AIDS prevention.  Our votes in
international financial institutions are an important means of
supporting India's economic reforms which hold the promise of
raising the standard of living for all Indians, and, in
particular, the poor and underprivileged.  Our small
International Military Education and Training program (IMET)
exposes Indian military personnel to American society and
values, including the importance that we attach to proper
military conduct and human rights.

As the Clinton Administration works to find ways to reduce
regional tension and end the violence and human rights abuses
in Kashmir, I hope we can count on the Kashmiri American
Council to support our efforts.

Sincerely,

John R. Malott
Deputy Assistant Secretary for
South Asian Affairs

United States Department of State

*Under Secretary of State
for Political Affairs*

*Washington, D.C. 20520*

July 7, 1997

Dear Dr. Fai:

It was a pleasure hearing from you and I thank you very much for writing about an issue which I have followed closely and about which Secretary Albright and the State Department have a keen historical and active interest.

As you know, we are committed to assisting in any way we can to achieve the goals of non-proliferation and the peaceful settlement of the Kashmir dispute in South Asia. We will do all we can to contribute to that goal.

We remain as concerned as you are about reports of continued problems in Kashmir, which we follow very closely. It is a part of our continuing dialogue with both India and Pakistan.

I am pleased that you believe it is an appropriate time for movement in these areas and I am grateful in particular to have your ideas and views.

I suggest you discuss these issues with the new Assistant Secretary for South Asian Affairs, Ambassador Inderfurth once he is confirmed. I know he would benefit from hearing your views.

I will make sure that your letter comes to his attention and ask you to be in touch with him once his Senate confirmation process is completed. He will share your views with me and we will consult as to how best to be in further touch with you.

Sincerely,

Thomas R. Pickering

Dr. Ghulam Nabi Fai,
        Executive Director,
            Kashmir American Council,
                733 15th Street, NW,
                    Washington, DC 20005.

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20504

May 29, 2001

Dear Dr. Fai:

Thank you for your letter to the President concerning the situation in Jammu and Kashmir.  The President has asked me to respond on his behalf.

This administration recognizes South Asia's significance and is working to lessen tensions in South Asia. The administration, however, does not believe it is constructive or appropriate for the United States Government to attempt to mediate the Jammu and Kashmir issue unless the parties involved request it.

We value your letter and shared interest in achieving a peaceful solution in Jammu and Kashmir.  Thank you for writing.

Sincerely,

Harry Thomas
Director, South Asian
   Affairs

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Council
733 - 15th Street, NW
Suite 1100
Washington, DC  20005May 29, 2001

# United States Senate

WASHINGTON, D.C. 20510

March 12, 1992

Kashmiri American Council
733 15th St., N.W.
Washington, D.C.  20005

Dear Friends:

I apologize for the delay in responding to your let-
ter. While I am pleased that an extraordinary number of
New Yorkers have taken the time to contact my office re-
cently, this increasing volume prevents me from respon-
ding to you as promptly as you deserve.

I do thank you for contacting me to express your
concern over the deeply troubling situation in the Vale
of Kashmir.  As a former Ambassador to India, I am partic-
ularly distressed by the persistence of violent conflict
in that region and have repeatedly expressed my belief
that restraint on all sides is needed.

Since the separation of Pakistan from India in 1947,
the conflict in Kashmir has illustrated the volatility of
communal tensions.  India and Pakistan fought three wars
there in less than 25 years -- in 1947-48, 1965, and
1971.

In 1972, Indian Prime Minister Indira Gandhi and
Pakistani President Zulfiqar Ali Bhutto signed the Simla
Accord, in which the two nations pledged to pursue a
peaceful settlement.  For 20 years, India and Pakistan
have been at peace, and even in the face of increasing
tensions in Kashmir in recent years, each nation has
reiterated its desire to maintain that peace.  And yet,
the continuing violence in this region represents a very
real danger.

Tension and violence persist.  And the Kashmiri peo-
ple continue to suffer.  We read of "terror campaigns" on
one side and disproportionate responses to Kashmiri
protests by the authorities.  More.  A mounting death
toll.  Such violence must end.

Ultimately, this problem must be resolved by the
people most directly affected, but I assure you that as a
member of the Senate Foreign Relations Committee, I will
continue to do what I can to encourage tolerance and a

peaceful **resolution to this dangerous and tragic con-**
flict. Again, I thank you for contacting me on this most
important issue. Please do not hesitate to contact me in
the future on this or any other matter of concern.

Sincerely,

Daniel Patrick Moynihan

DEPUTY MAJORITY WHIP
COMMITTEE ON
APPROPRIATIONS
SUBCOMMITTEES
VETERANS AFFAIRS, HOUSING AND
URBAN DEVELOPMENT, AND
INDEPENDENT AGENCIES
FOREIGN OPERATIONS, EXPORT FINANCING,
AND RELATED PROGRAMS

WASHINGTON OFFICE
1740 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON DC 20515-0534
(202) 225-5256

DISTRICT OFFICE
8819 WHITTIER BOULEVARD
SUITE 101
PICO RIVERA, CA 90660
(310) 695-0702

LA PUENTE VALINDA INDUSTRY
HACIENDA HEIGHTS AND BASSETT
(PHONE ONLY)
(818) 961-7878

MONTEBELLO EAST LOS ANGELES
(PHONE ONLY)
(213) 720-1804

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0534

**ESTEBAN E. TORRES**
34TH DISTRICT, CALIFORNIA

January 3, 1994

The Honorable Warren Christopher
Secretary
U.S. Department of State
2201 C Street N.W.
Washington, D.C. 20520

Dear Secretary Christopher:

I am increasingly concerned about the ongoing conflict in Kashmir and the possible consequences to the U.S. and the region of South Asia.

Given the presence of nuclear weapons in this area, a once isolated territorial dispute now takes on global consequences. The U.S. and the international community can take steps to prevent this.

Recent reports by groups such as Amnesty International, Asia Watch, Physicians for Human Rights and your own Department of State, indicate that Indian security and military forces continue to use oppressive tactics, such as systematic terror and abuse, to suppress the Kashmiri population. This action only manages to sharpen an already pointed state of tension in this region.

I have been encouraged by the gestures put forth by Prime Minister Rao of India and Prime Minister Bhutto of Pakistan to establish discussions about the Kashmiri dispute. My concern about this progressive step stems from the possibility that these talks will preclude Kashmiri participation. Since Kashmiris are central to the conflict, I would maintain that it is essential that legitimate representatives of the Kashmiri people be part of the settlement of the issues. I would urge you to promote Kashmiri participation in any dialogue involving a solution to the conflict. Participation from all parties to the dispute is central to establishing a meaningful and lasting peace and to averting the possibility of an escalation which may have dire consequences for all parties.

Sincerely,

Esteban E. Torres

ESTEBAN E. TORRES
Member of Congress

EET/evr

REPRESENTING BASSETT, EAST LOS ANGELES, HACIENDA HEIGHTS, INDUSTRY, LA PUENTE, LOS NIETOS, MONTEBELLO,
NORWALK, PICO RIVERA, SANTA FE SPRINGS, VALINDA AND WHITTIER
THIS STATIONERY PRINTED ON PAPER MADE OF RECYCLED FIBERS

# Congress of the United States

## House of Representatives

### Washington, DC 20515

July 20, 1995

Open Letter to Al-Faran:

As friends of the people of Kashmir, we are writing to express our dismay over your reported kidnapping of innocent people.  If true, by your shortsighted decision to extort the release of your jailed associates by taking Western tourists captive, you have undermined your own cause and the interests of the people of Kashmir.

For many years we have been outspoken advocates in Congress for self determination in Kashmir, as promised by successive resolutions of the United Nations.  We have faced strong opposition from those who claim that the Indian Government's activity in Kashmir is merely an internal police action against terrorists and foreign-supported militants.

Your ill-conceived action against unarmed people, who have no stake in the conflict, lends credibility to the stereotypes that those struggling for self determination in Kashmir are terrorists or extreme militants.  You have thus undermined those of us who have aggressively advocated for a free and fair plebiscite in Kashmir.

Earlier this year we introduced legislation in the U.S. House of Representatives, along with a bipartisan group of our colleagues, which encourages a just resolution to the conflict in Kashmir.  We strongly denounce violent and terrorist acts, whether committed by you or the Indian Government.  Just as the U.S. Congress had taken a first step toward recognition of the tragedy in Kashmir, this kidnapping risks losing sympathy of decent people throughout the world, sympathy that the Kashmiri people have earned after years of suffering and victimization.

If you do not release your hostages, how many more Kashmiris will have to suffer or die before the just cause of Kashmir's self determination is recognized?  As friends of Kashmir, we say to you, release your innocent captives immediately.

Sincerely,

Dana Rohrabacher
Member of Congress

Dan Burton
Member of Congress

**Congress of the United States**

**House of Representatives**

**Washington, DC 20515**

October 19, 1995

Honorable Warren Christopher
Secretary of State
United States Department of State
Washington, DC 20520

Dear Mr. Secretary:

As you are aware, we have joined several of our colleagues in support of H.Res.123, a bill which calls for the solution of the Kashmir dispute through a dialogue among all the parties to the conflict in that region. This legislation supports tri-partite talks among the Governments of India and Pakistan and the legitimate representatives of the people of Kashmir to resolve the conflict peacefully.

The people of Kashmir have taken positive steps to seek an end to the violence and toward a peaceful settlement of the situation. In 1994. they succeeded in establishing an organization called the All Parties Hurriyet (Freedom) Conference, an alliance of 34 political and religious parties. The Chairman of the Hurriyet, Mir Waiz Omar Farooq, will be in New York next week for the United Nations 50th Anniversary activities.

We call upon the Department of State to initiate contacts with the U.N. representatives of India and of Pakistan to seek a meeting between Indian Prime Minister P.V. Narasimha Rao and Pakistani Prime Minister Benazir Bhutto while they are both in New York City at the U.N. headquarters. We further request that Mr. Farooq be included in such a meeting to initiate the needed discussions among these parties regarding the settlement of the Kashmir conflict.

Next week will mark the first time the elected leaders of the two governments and the head of the Hurriyet Conference will be in the same location. This situation will provide a unique opportunity to address the longest unsettled problem before the United Nations. We sincerely believe this opportunity is one which must not pass without attempts to get the tri-partite talks started. We strongly urge you and Ambassador Albright to initiate the appropriate steps to being these three individuals together in New York City next week.

Sincerely,

Jim Moran

David Bonior

cc: Ambassador Albright



United States Department of State

*Washington, D.C.*   20520

October 16, 1990

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Foundation
733 15th Street NW, Suite 1100
Washington, DC  20005

Dear Dr. Fai:

Thank you for your letter of October 10 on the situation in Kashmir.

Let me assure you that the human rights dimension of the Kashmir problem is of great concern to us.  We have deplored the loss of life in Kashmir and expressed our concern publicly at the rising number of casualties.  We have strongly urged the Government of India to restrain its security forces from using deadly force and collective punishment against unarmed people and to ensure that those forces observe the universally recognized principles of human rights.  At the same time, we oppose terrorist acts by armed Kashmiri militants.

On October 9, the State Department issued the following statement:

> "We deplore the continuing violence in Kashmir and regret the deaths that have occurred.  The Indian Government should redouble its efforts to establish political dialogue, and all concerned parties must work to solve differences without resort to extreme measures.  The Government of India has a clear responsibility to maintain order.  Nevertheless, the Indian security forces also have a special responsibility to exercise restraint in responding to provocations, especially when civilians are involved.  In this regard, we are concerned about reports that houses have been burned."

We have also expressed repeatedly to the Government of India our concern regarding reported shortages of food and medicines in the Kashmir Valley.  The Indian government assures us that sufficient supplies are on hand.

Sincerely yours,

Teresita Schaffer

Teresita C. Schaffer
Deputy Assistant Secretary
Near Eastern and South Asian Affairs

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20506

October 19, 1990

Dear Dr. Fai:

I am responding to your letter of October 10, concerning the recent incidents of excessive use of force by Indian security forces against civilians in Kashmir. This Administration shares your concern about the growing violence in Kashmir and the continued loss of life. We publicly deplored the recent killings and burning of homes in Kashmir. We also have sought assurances from the Government of India that the incidents you cited in your letter will be investigated and those responsible punished.

We have called upon all concerned parties to work to resolve their differences without resorting to extreme measures. We have reminded the Government of India that while it has a responsibility to maintain law and order, its security forces must exercise restraint in responding to provocations, especially where innocent civilians are involved.

We also remain concerned about the continued tensions between India and Pakistan, and are encouraging both countries to work together to determine the future of Kashmir in the spirit of the 1972 Simla Accords, in which they agreed to resolve bilateral disputes peacefully. We have stressed the need for a political resolution of all aspects of the Kashmir dilemma through peaceful negotiations. We believe that political dialogue is the way to address the problems of Kashmir, and have urged India to begin a dialogue with the Kashmiris as soon as possible. At the same time, we are calling upon the people of Kashmir and their supporters to opt for such a dialogue and renounce violence.

The United States Government will continue to watch the Kashmir situation closely, and make every effort to prevent further escalation of the violence and to encourage a peaceful solution.

I appreciate your interest in this matter of our national security.

Sincerely,

Richard N. Haass
Special Assistant to the
President and Senior Director
Near East and South Asian Affairs

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Foundation, Inc.
733 15th Street, N.W. Suite 1100
Washington, D.C.  20005

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20506

October 6, 1999

Dear Dr. Fai:

Thank you for your letter to Mr. Berger, to which he
has asked me to reply.  I understand that during his
visit to Washington later this month Mr. Abdul Gani
Lone will be meeting officials at the Department of
State.  This is the appropriate forum for Mr. Lone
to express his concerns about the current state of
affairs in Kashmir.  This office is in frequent
contact with the South Asia Bureau at the State
Department.  You can be assured that they will
convey his concerns directly to us.

I regret that Mr. Berger's schedule does not permit
a meeting with Mr. Lone during his visit to
Washington.

Thank you for writing.

Sincerely,

Donald Camp, Director
Office of Near East and
     South Asia

Dr. Ghulam Nabi Fai, Executive Director
Kashmiri American Council
733 15th Street, NW  Suite 1100
Washington, D.C.  20005

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20506

March 6, 2001

Dear Dr. Fai:

Thank you for your letter to Dr. Rice concerning the situation in Kashmir. Dr. Rice has asked me to respond on her behalf.

This administration places a high priority on United States relations with South Asia. We recognize that Kashmir is an issue that needs to be resolved in order to bring peace to the people of Kashmir and to the rest of South Asia. The administration does not believe, however, that it is useful or appropriate for the United States Government to attempt to mediate this issue unless requested by the parties involved.

We appreciate receiving your views on Kashmir. Thank you for writing.

Sincerely,

Donald Camp
Director for South Asia

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Council
733 15th Street, NW  Suite 1100
Washington, D.C.  20005



United States Department of State

*Washington, D.C.   20520*

February 9, 2004

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri-American Council
733-15th Street N.W., Suite 1100
Washington, D.C. 20005

Dear Dr. Fai:

It was a great pleasure to speak with you on Monday and hear your ideas for addressing the Kashmir dispute.  As you requested, I forwarded your letter of February 2 detailing your thoughts on possible resolutions of this dispute to Secretary Powell; he has asked me to reply on his behalf.

As you know, resolution of long-standing disputes between India and Pakistan -- including the Kashmir conflict -- is a diplomatic priority for the United States, and one on which the Secretary is consistently engaged.  We are encouraged by recent developments and congratulate both Indian Prime Minister Vajpayee and Pakistani President Musharraf for their courage in moving towards peace talks.  We particularly look forward to reports on the first phase of the composite dialogue talks scheduled to begin February 16, as well as reports on future Government of India-APHC talks.

I was intrigued by the ideas we discussed during our meeting which are also reflected in your letter, particularly your suggestion that release of prisoners and opening of the Srinagar-Muzzafarabad road would be, in the eyes of the Kashmiri people, the two most powerful interim confidence-building measures Islamabad and New Delhi could take.

While the United States does not support any particular solution, we have made clear, both publicly and privately, that the issue is one for the governments of India and Pakistan to settle, taking into account the wishes of the Kashmiri people.  We stand ready to assist in any way both governments would find most helpful.  We hope that resolution will happen soon; the Kashmiri people have suffered long enough.

Again, we appreciate your detailed letter, and I look forward to further conversations with you.

Sincerely,

Donald A. Camp
Acting Assistant Secretary
Bureau of South Asia Affairs

NATIONAL SECURITY COUNCIL
WASHINGTON, D.C. 20506

July 5, 2000

Dear Dr. Fai:

Thank you for your letter of June 23 to Mr. Berger.
He has asked me to reply on his behalf.

As we had discussed earlier, I will be meeting with
the Board of Directors of the Kashmiri American
Council on July 14 along with representatives of the
South Asia Bureau at the State Department.  I would
be glad at that time to brief on the President's
trip to South Asia and how it relates to the issue
of Kashmir.

I look forward to seeing you on July 14.

Sincerely,

Donald Camp
Director for Near East
  and South Asian Affairs

Dr. Ghulam Nabi Fai
Executive Director
Kashmiri American Council
733 15th Street, N.W.
Suite 1100
Washington, D.C.  20005

# Congress of the United States

## Washington, DC 20515

September 14, 2004

# Kashmir Conference, Friday, September 24, 2004
## *Peace Initiatives in South Asia:*
## *The Issue of Kashmir*

Dear Colleague:

We are writing to encourage you and your staff to attend a conference on Kashmir, *Peace Initiatives in South Asia: The Issue of Kashmir.* The conference will be held in rooms **B338, B339, and B340 in the Rayburn Building on Friday, September 24, 2004 from 9:00 am to 4:00 pm.** A pre-conference reception will be held for all Members of Congress and their staff at 8:00 am and a lunch from 1:00 –2:00 pm. In addition, there will be a roundtable discussion on Saturday, September 25, at the Holiday Inn on Capitol Hill from 8:00 am to 4:00 pm. The Association of Humanitarian Lawyers and the Kashmiri American Council will host this important conference.

In order to explore a peaceful resolution of the conflict, it is vital that fresh insights, reflection and commitment be joined with pragmatic action. It is for this reason that this international Kashmir conference has been organized as a platform for diverse and varied presentations, including from India, Pakistan and Kashmir as well as the U.S. and Europe.

The September conference follows last year's highly successful conference *Beyond the Blame Game: Finding Common Ground for Peace and Justice in Kashmir,* the purpose of which was to develop forward looking strategies regarding the Kashmir crisis. A number of important practical measures were developed. This year's gathering comes at an important time in South Asia's history. The Kashmir issue has been one of the key issues in negotiations between Pakistan and India.

During the conference, dignitaries, scholars and other experts will explore various perspectives on the 57-year-old conflict over Kashmir. **Distinguished speakers include His Excellency Jose Ramos-Horta, Minister of Foreign Affairs of East Timor,** as well as leading intellectuals, government officials, journalists, and business people from India, Pakistan, Kashmir, the UK, and the U.S.

We hope you will join us at this important event. Should you or your staff be interested in attending or should you have any questions, please contact Andrea Eichman of the Kashmiri American Council by Wednesday, September 21, 2004, at (202) 628-6789 or kashmirconference@yahoo.com.

Sincerely,

Tom Harkin
U.S. Senator

Joseph R. Pitts
Member of Congress