# EXHIBIT 11

**INDEX OF LETTERS RECEIVED ON BEHALF OF SYED GULAM NABI FAI:**

1. **Sareer A. Fazili, Esquire**, *Board of Directors, Kashmiri American Council*; February 1, 2012

2. **Paul Barrow**, *United Progressives Inc., Director of Policy and Communications*; January 24, 2012

3. **Mushtaq A. Bukhari, M.D.**, *Gastroenterology Specialists*; (undated)

4. **Zahid H. Bukhari,, Ph.D.**, *President, Islamic Circle of North America (INCA)*; February 5, 2012

5. **M. Yusuf Buch**, *Retired International Civil Servant, former Minister of State and Ambassador, Pakistan*; February 7, 2012

6. **Farhan M. Chak, Ph.D**; *Chair, Events and Public Relations, Assistant Professor of International Affairs, Department of International Affairs, Qatar University*, January 1, 2012

7. **Arif Kamal**, *Ambassador, Pakistan (R)*; February 5, 2012

8. **Mirwaiz Umar Farooq**, *Chairman All Parties Hurriyat Conference (APHC)*, (undated)

9. **Mohammad A. Dar, M.D., FCCP**, *Chairman of Internal Medicine and Head of Pulmonary Division, Board of Directors, Kashmiri American Council*, February 8, 2012

10. **Wasim A. Dar,, M.D., Ph.D.**, *Emory University Hospitals and The Emory Clinic*; February 15, 2012

11. **Shaikh: Shaker Elsayed**, *Imam and Community Leader*, February 5, 2012

12. **M. Yousuf Fazili, M.D., F.A.C.S.**, *Board of Directors, Kashmiri American Council*, February 3, 2012

13. **Edward Hasbrouck**, *Travel Writer*, February 1, 2012

14. **Dr. Attiya Inayatullah**, *Senior Member of Pakistan's Parliament*, January 26, 2012

15. **Gautam Navlakha**, *Writer/Editorial Consultant, Economic and Political Weekly* and *Member, People's Union for Democratic Rights*, (undated)

16. **Imtiaz, A. Khan, Ph.D.**, *Professor of Microbiology and Immunology, George Washington University Medical Center*, *Board of Directors, Kashmiri American Council*, February 1, 2012

17.   **Ms. Drs. M.J.J. Lucas (Marjan)**, *Psychologist*, January 21, 2012

18.   **Esam S. Omeish, M.D.**, *Chief, General Surgery, Inova Alexandria Hospital*, January 28, 2012

19.   **Karen Parker, Esquire**, *Human Rights and Humanitarian Law*, **representative to United Nations, non-governmental organizations**, January 4, 2012

20.   **Agha Saeed, Ph.D.**, *Ethnic Studies and Philosophy at California State University East Bay, past National Chairman, American Muslim Task Force on Civil Rights and Elections*, (undated)

21.   **Tariq Shah**, *Clinical Embryologist*, January 23, 2012

22.   **Zaffar A. Shah, Sr**. *Advocate, Jammu & Kashmir High Court*, (undated)

23.   **Ghulam N. Mir, M.D., F.A.C.G.**, *Gastroenterologist*, January 11, 2011

24.   **Zahid G. Muhammad**, *Writer/Columnist*, February 2, 2012

25.   **Khalid J. Qazi, M.D., M.A.C.P.**, *President, Muslim Public Affairs Council – Western New York, Board of Directors, Kashmiri American Council*; February 3, 2012

26.   **Lars Rise**, *Former Member of Parliament (Norway)*; February 4, 2012

27.   **Nisar Ahmed Thokar**, *Journalist*, (undated)

28.   **Lord Nazir Ahmed**, *Labour Peer, Member, British House of Lords*, February 2, 2012

29.   **Eric Avebury**, *Member-British House of Commons and House of Lords*, January 29, 2012

30.   **Naeem M. Baig**, *Executive Director of Islamic Circle f North America and Vice President of the Islamic Circle of North America (ICNA)*, February 6, 2012

31.   **Tahir Aziz**, *India-Pakistan (Kashmir) Projects Manager, Conciliation Resources, former Director, Human Rights Commission of Pakistan*, February 2, 2012

32.   ***Muhammad Salim Akhtar***, *Program Management Professional, Civic, Education and Community Relations Activist*, (undated)

33.   **Hamida Bano, Ph.D.**, *Professor, Department of English, University of Kashmir*, February 1, 2012

34.   **Ved Bhasin**, *Chairman/Journalist, Kashmir Times Group of Newspapers*, January 25, 2012

35.   **Parvez Imroz**, *Human Rights Defender* and *Co-founder of the Association of Parents of Disappeared Persons*, (undated)

36.   **Mohammad Ishaq, Ph.D.**, *Senior Scientist, SAIC-Frederick, MD*, February 2, 2012

37.   **Majid Butt**, *Healthcare Industry*, January 15, 2012

38.   **A. Rauf Mir, M.D., F.A.C.P.**, *Clinical Professor of Medicine and Nephrology, University of Missouri*, (undated)

39.   **Abdul Malik Mujahid**, *Executive Producer, WCEV 1450 AM Radio (Chicago)* and *Chair, Board of Trustees of the Parliament of World Religions*, (undated)

40.   **Rajmohan Gandhi**, *Research Professor, Center for South Asian & Middle Eastern Studies, University of Illinois, grandson, Mahatma Gandhi*, January 24, 2012

41.   **Wajahat Qureshi**, *Software Engineer/Administrator*, February 3, 2012

42.   **Dr. Sheikh Waleed Rasool**, *Senior Research Fellow, The University of Azad Jammu & Kashmir*, February 5, 2012

43.   **Ejaz A. Sabir**, Esquire, February 2, 2012

44.   **Mohammed Ghalib**, *President, Tehreek-E-Kashmir UK*, February 4, 2012

45.   **Rodney W. Jones**, *President, Policy Architects International*, January 10, 2012

46.   **Mohammad A. Siddiqi, Ph.D.**, *Professor of Journalism and Public Relations, Director of Journalism, Western Illinois University*, January 23, 2012

47.   **Shaikh Tajammul-ul-Islam**, *Executive Director, Kashmir Media Service Islamabad*, February 5, 2012

48.   **H. Parray, M.D.**, *Internal Medicine*, January 30, 2012

49.   **Victoria Schofield**, *Writer/Commentator*, January 20, 2012

50.   **Farooq Siddiqi**, *Licensed Professional Engineer*, January 25, 2012

51.   **Ghulam Jeelani Wani**, *Senior Bank Executive (Bahrain)*, January 31, 2012

52.   **Abdul Majid Zargar**, *Certified Public Accountant, Executive Member, Kashmir Chamber of Commerce and Industry*, January 25, 2012

53.   **Zaffar Ahmad**, *Director, Management & Business Development Centre*, (undated)

Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Richard M. Borrelli
Dylan J. Brennan
Robert B. Brown
Charles F. Burkwit
Joseph J. Capetola
Stephen C. Ciocca
Michael J. Cooper
Christopher D. D'Amato
Nicholas B. Davis
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman
George R. Gridelli
Timothy R. Hedges
Sean P. Kelley
Lisa F. King
Agatino LaTorre, Jr.

# Cellino & Barnes p.c.

## A T T O R N E Y S   A T   L A W

John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
James E. Maslyn
Michael T. Mullen
John C. Murrett, Jr.
Christian R. Oliver
Gregory V. Pajak
Scott K. Rohring
Stephen A. Saltzman
Robert A. Scalione
Robert J. Schreck
Jeffrey C. Sendziak
Douglas E. Shayne
John A. Sheehan
Ellen B. Sturm
Peter J. Sweeney
Robert L. Voltz
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

February 1, 2012

Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

**Re: Dr. Ghulam Nabi Fai**

Dear Judge O'Grady,

My name is Sareer A. Fazili. I am an attorney licensed to practice in the State of New York and the Federal Courts of the Western and Northern Districts. I have been in practice for approximately 14 years. It is my humble honor to provide this character reference on behalf of Dr. Ghulam Nabi Fai.

I have known Dr. Fai since 1990, and more intimately since 1994. I have served as a member of the Board of Directors of the Kashmiri American Council from 1994-1996, and then again from 1998 to the present. In that time I have known Dr. Fai to be of the highest moral character, his daily motivation being advocacy for and on behalf of the people of Kashmir. If I may digress for a moment - I am a first generation, American born Kashmiri. My parents are children of Kashmiri soil. When the most recent phase of the Kashmiri freedom movement started in 1989/1990, it was the formation of the Kashmiri American Council (KAC) by a number of Kashmiri expatriates that served as the voice for the people seeking their rights on the ground. It was the first time that this group of Kashmiris accepted their responsibilities and became politically active in support of a cause, and it happened to center around their homeland. Dr. Fai was at the forefront of the effort to get his countrymen organized in support of their brethren abroad. It was because of Dr. Fai's unflinching dedication to the cause of Kashmir, and his lifetime of work centered around service to his people, that I, a generation removed from my Kashmiri ancestors, became intimately involved with the movement and organization. His dedication was contagious. I remain in his debt for that reason mainly, among many others.

What started as a rookie orientation in the organization has led to my "senior" status. In that time, I have witnessed Dr. Fai's travels to over 40 countries, from East to West, seeking the support of government and non-governmental organizations and personalities alike, towards an honorable resolution of the Kashmir problem. His sole

A Professional Corporation

Offices in Buffalo, Rochester, Long Island, and New York, New York
16 West Main Street, 6th Floor • Rochester, New York 14614 • Tel: (585) 454-2020 • Fax: (585) 454-3279
(800) 621-2020 • www.cellinoandbarnes.com

Honorable Liam O'Grady
February 1, 2012
Page 2

selfish desire was that the wishes and aspirations of the Kashmiri people remain at the forefront of any proposed settlement.   Never has he sought the limelight, or demonstrated any selfish interest in a future position for himself in an independent Kashmir.  He has befriended all who have had interest in the resolution of the Kashmir problem, and has served as a buffer between self-interested parties, desiring only that petty issues be set aside for the good of the greater cause.

Dr. Fai is a man of peace.  Never has he advocated violence, despite brutal repression on an innocent population, and militant opposition to Indian rule.  Rather, he has pursued peaceful initiatives at every avenue, lecturing on numerous "out of the box" steps that would ultimately lead to a resolution.  As Executive Director of the KAC, Dr. Fai has written numerous pieces on the Kashmir conflict. They include book chapters, articles, Op-Ed pieces and essays.  Each are uniformly absent of any call to arms. Rather - it has always been his position that Kashmir is a political solution that could only be solved peacefully.  His role in a temporary cease-fire between indigenous Kashmiri militants and Indian forces is only too well known.  His goal of a permanent cease fire on the ground in Kashmir was unachievable due to Indian government intransigence in refusing to declare only the disputed nature of Kashmir.

Dr. Fai has been a "go to" man on Kashmir as far as the U.S. Government was concerned.  In regular contact with the State Department, the National Security Council and others, his sincerity in advocating for his people was matched only by his seemingly endless energy in taking the cause of Kashmir to every unopened doorway.  Always supporting confidence building measures between India and Pakistan, Dr. Fai interacted with all branches of government offering support for the processes, while continuing to advocate that these steps not be considered an end in themselves.  In sum, - Dr. Fai is a man who has willingly sacrificed himself for the good of his nation and people.

I am only too painfully aware of the charges against Dr. Fai, and his resultant plea, both professionally and as a member of the KAC's Board of Directors.   The charges and his plea have left us with many questions - both from within and outside the organization.  However, Dr. Fai has himself publicly expressed shame and sincere regret, both at the time he was charged, and again when his plea was made.   In conversations with his confidantes on the Board, he has expressed deep regret at allowing himself to have compromised not only our organization and it's work, but more importantly, the indigenousness of the whole Kashmiri freedom movement.  To have done it in a place that respects law and order, truth and honesty, over everything else - has perhaps hurt him most of all.  Never in our worst nightmare would anyone have thought that a man of Dr. Fai's unflinching moral character and sincere dedication would have allowed himself to befoul the laws of his adopted land.  His motivation, while perhaps selfish in pursuit of the cause for his homeland, is irrelevant when taking into account the laws of the land.

Honorable Liam O'Grady
February 1, 2012
Page 3

I understand that as part of his plea, Dr. Fai faces potential incarceration. I, however, respectfully state that incarcerating a man of Dr. Fai's character and integrity would scarcely begin to right his wrongs. A man of faith, Dr. Fai has expressed regret for his actions, both to our judicial system, and to a power above. His efforts to promote a peaceful resolution of the Kashmir problem remain at the forefront of his concerns, and he will pursue any and every avenue to lawfully continue advocating for the same. Without his presence, forces of moderation and peace will be defeated. Given Dr. Fai's lifelong involvement with the Kashmir cause, both while he resided in Kashmir and in his 30+ year exile from his homeland, his current situation is enough of a reminder to keep him from similar behavior in the future. It is inconceivable to imagine that such situation would ever dare repeat itself with Dr. Fai. Significantly, Dr. Fai was not accused of any personal financial enrichment or self interested monetary dealings.

Finally, I would be remiss in ignoring the effect the current situation has had on Dr. Fai's family. He has two beautiful children, both studying at the college and post graduate level respectively, and a devoted wife. They have borne the burden of uncertainty of Dr. Fai's future for too long, and his presence at home would continue to help the family heal their wounds. Allowing him to avoid incarceration, return to providing some support to his family, and moving forward, would be the finest form of justice served.

Dr. Fai is a man of honor, integrity and dedication. While I am sure that my words are unable to communicate that level of respect due a man of Dr. Fai's integrity and character, it is my hope the Court take mercy upon him and allow his return to society free of incarceration.

With humblest regards,

Safeer A. Fazili, Esq.
Board of Directors
Kashmiri-American Council

UNITED Progressives

January 24, 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Dear Judge O'Grady:

I appreciate the opportunity to write on behalf of my good friend Dr. Ghulam Nabi Fai.

For the record, my legal name is Howard Capener. However, I have been a writer, video journalist and a musician for 40 years and use the pen/stage name Paul Barrow, which I am known by primarily. I prefer to use this name when not engaging in matters concerning legal affairs.

As stated, I am a writer and have focused on the music industry here in Nashville for many years with some mixture of politics. I gravitated completely into politics after the 2008 presidential election, when United Progressives was formed as an outgrowth of the organizational activities of one of the candidates. I am currently Director of Policy and Communications. United Progressives is a policy group, with an international membership base of more than 5,000.

I became acquainted with Dr. Fai because the focus of United Progressives is largely on U.S. foreign policy and because I took a personal interest as a writer in the suffering of the Kashmiri people. United Progressives has as many as 500 members who live in, or are from, Kashmir. The grave injustices rained upon this country by Indian forces are a global disgrace of the highest proportions. I'm certain that this subject matter has been before you in some depth so I will not re-hash those details. However, my shared interest in Kashmir with Dr. Fai brought me into close contact with him through many personal meetings held in his office and elsewhere, and we established a very close relationship and a bond that I believe would last the rest of our lives. His generosity toward me on every occasion was far beyond anything I've ever experienced by most Americans. He has treated me with the highest respect that I would expect to be given to the most important dignitaries in government. He has treated me to dinner in many restaurants around the city and shared his home and hospitality in Fairfax, and I discovered a unique and close personal love between him and his wife that I found immensely endearing. He is a kind kind man, a loving husband, and it is a real honor to call him a friend.

Following some contact by email, I first met him personally when I attended a conference at George Washington University on Kashmir, which he hosted, and when I arrived, I identified him with his back turned toward me in conversation with other friends to the rear of the auditorium where a small crowd was milling about. At the time, there were close to 300 people in the audience. I walked up behind him, and I said, "Dr. Fai." He turned around and immediately grabbed me by the hand, saying, "Paul, Paul. How are you?" etc. Still clutching it affectionately, he led me straight down the aisle and seated me among the guests of honor. I couldn't help but be

completely blown away. I could see no conceivable reason why I was worthy of such honor and distinction.

What I have since learned is that this was nothing unusual for Dr. Fai. This is his manner. This is something that comes out of his heart and soul like a great spiritual river whose strength is unstoppable. He is a man whose genuine compassion and sense of love for other human beings comes so naturally that he cannot help but share it with everyone he meets. He is a beautiful individual, and a great lesson for all of us in how to encourage decency and respect among our fellow men.

Although I have known him for just one year, I consider him one of my closest friends. It is obvious that I have the utmost respect for him as a man, as a personal friend, and as a person of the highest integrity. I was absolutely shocked to learn of the charges against him. We share values at the deepest level about humanity, about the dignity of the human being, and about spiritual truth..

It is unfortunate to see that the law can potentially be used to upset lives so extraordinarily and with such devastating consequences to a man's life and reputation while being completely oblivious to the context of his overall contribution to the betterment of society and our overall well being. I hope that with your wise and understanding oversight, this will not happen.

Because of our relationship, I know Dr. Fai's story rather intimately. I know how, as a young man, he traveled to Saudi Arabia and single-handedly persuaded one of the leading figures of Islam, the Imam of Makkah, to travel to Kashmir and speak at a conference, and how that blossomed into a major acknowledgement and movement which brought into broad daylight a sincere desire for independence throughout the country. It also led to his being targeted by the Indian government, which had made it a crime punishable by death to speak of independence in Kashmir. This has not only been a threat to his life but has prevented his return to his homeland ever since.

Dr. Fai has given his entire life and even sacrificed the right to return to his homeland in order to help his nation and his people. It is in utter dismay that I look upon the suffering of the Kashmiri, the vast ignorance throughout the rest of the world to their plight, the willingness of the U.S. administration to place mercantile interests above human rights, and then to see attacks upon the very people like Dr. Fai whose small efforts in the context of such overwhelming odds against them are even more greatly diminished by such attacks; this in the face of a several-million man army wreaking constant and continual travesty upon women and children and the innocent in the name of the largest so-called democracy in the world whose purpose, through its violence, seems primarily to destabilize Pakistan. It is understandable to me that he took some risks to achieve his noble goals.

I believe that if Dr. Fai is not allowed to continue his work for Kashmir, this will kill his spirit and may even take his life because, what will be left of a man's life's work? If perhaps he may have strayed from the confines of U.S. law, he has done the most honorable thing that he could do for his own people, because he has been willing to give everything of himself for them, despite the cost. He is a hero to his people. Thousands demonstrated in the streets of Srinagar and throughout Kashmir when he was arrested. Dr. Fai offered them hope. He gave them something to believe in besides death squads and gang rapes by an out-of-control military. Kashmir will suffer even more greatly if he cannot return to his work, because at the moment I know of no one else who could ever fill his shoes. He has been the principle voice in the U.S. for his people. I pray that he be allowed to continue. He should be elevated even beyond his existing stature as an

ambassador and given a much more significant role to play in defending human rights, because we have so few voices in a world where gain and greed take precedence over human dignity.

Dr. Fai has also expressed to me personally his sincere regret for having brought this whole affair upon himself. He understands the damage that it has done to the changes he spent so many years of his life trying to make possible. I have seen tears in his eyes. He takes personal responsibility for it and believes that he has sincerely done much to reverse the cause of Kashmir independence and freedom. I'm quite convinced that he has learned some valuable lessons from this experience and that he will not repeat those mistakes.

I love this man, and I earnestly support any decision by you to consider his life's work and his great dedication beyond any comparable measure for justice for his people. He deserves a medal of honor by those of us who take to heart our freedom and dignity.

Paul Barrow
Director of Policy and Communications

United Progressives Inc.
P.O. Box 331565
Nashville, TN 37203
http://www.unitedprogressives.org
615.944.8208
Fax: 877.860.3585
Skype: 615.653.4210

*Gastroenterology Specialists*

107-B Mica Avenue
Morganton, NC 28655
Phone: (828) 437-7702
Fax: (828) 437-7930

---

**Mushtaq A. Bukhari, M.D.**          **Suneel Mohammed, M.D.**

---

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA  22314

Dear Judge O'Grady:

My name is Mushtaq A. Bukhari.  I am a physician in private practice in North Carolina. I have made my home here for about 34 years.  I humbly offer myself as a character reference for Dr. Ghulam Nabi Fai, who I have been privileged to know for well over twenty years.

When I first met Dr. Fai, he was still a Ph. D. candidate at Temple University.  He was a budding scholar and social activist.  When the Kashmir American Council was first started in 1990 Dr. Fai was working at a non-profit organization.  Members of the Kashmiri American community considered ourselves fortunate to be able to convince Dr. Fai to assume the directorship of KAC.  While he had no political experience, we all respected Dr. Fai and his sincerity, compassion, and personal integrity.

Since then he has dedicated himself to the people of Kashmir and their cause of self determination.  Dr. Fai has been a tireless and dedicated voice for the Kashmiri cause.  For more than twenty years he has lead this organization with courage, dedication, and commitment.  During this period I have had many opportunities to meet with him and work with him.  I have always found him focused on his work, which has been more like a mission for him.  I know that he has always felt that the cause of self determination is one that should resonate with freedom loving Americans.  His work with KAC has been an expression of his commitment to the ideals of personal and political freedom, dignity, and peaceful coexistence that are part of our national identity and his dream for Kashmir.

Over the last twenty plus years I have found Dr. Fai to be a man of uncommon care and compassion for all people.  He is one of those increasingly rare individuals who put service to humanity above personal gain.  All of us who have been involved with KAC can recount countless stories of his humble dedication.  He has put in long hours speaking about Kashmir, educating Americans about the suffering there, writing about the need for true democracy for all people, and serving as an ambassador for the ideals of a free and democratic Kashmir to people all around the world.

In addition to his work with KAC and on behalf of the Kashmiri / American people, which I am sure you will hear about from others, Dr. Fai has demonstrated the same humility, devotion, sincerity, and empathy in his personal life. Dr. Fai has not only been a good friend

to me and my family, but also someone I respect and admire in his personal dealings. He is the kind of man who treats people with the same respect whether they are an elected official or a server at a restaurant.

Americans of Kashmiri background had no organized voice in this country before Dr. Fai. We drafted him into serving this cause and heading KAC. He accepted, because he believed that the Kashmiri people deserve the right to live freely, peacefully, and with a voice in their own lives and their destinies. These are facts of life that as Americans, we sometimes take for granted. Dr. Fai has never used this organization to enrich himself or as a stepping stone for something more.

Since first hearing about Dr. Fai's legal troubles, I have thought a lot about this humble, sincere, and faithful man who I have known for so long. While I do not know all the details of what occurred I have read the press release from The FBI's Office of Public Affairs dated December 7, 2011. This has been a shocking and heart breaking time for his friends and supporters. His admission of guilt seems so out of character for a man who has been such an ardent advocate for truth and justice. While he has obviously made serious mistakes while at KAC, I know he is remorseful and repentant. Dr. Fai let his passion for his cause supersede his judgment.

All of us recognize that Dr. Fai made a serious error in judgment that lead to him running afoul of the laws of the land. I understand that the potential punishment includes incarceration. I humbly request that you take into account his many good acts and overall character and show leniency towards Dr. Fai. It is inconceivable that Dr. Fai would ever make any such errors again. He has the ability to contribute to society in meaningful and positive ways. Incarcerating him would benefit no one. He has a wife and two children, whom he adores and who would be lost without him. His family would face great hardship if he were taken away. His children's education would be put into jeopardy and his family would face increased financial hardship, if he were incarcerated. I respectfully submit to the Court that justice is best served by allowing Dr. Fai to atone for his mistake and continue to serve his fellow man, without losing his freedom.

Sincerely,

Mushtaq A. Bukhari, M.D.

بِسْمِ اللهِ الرَّحْمَنِ الرَّحِيمِ

In the name of Allah, Most Gracious, Most Merciful

 **ICNA**

ISLAMIC CIRCLE
of NORTH AMERICA

166-26 89th Ave
Jamaica NY 11432
Tel: (718) 658-1199
Fax: (718) 658-1255
www.ICNA.org

February 5, 2012

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA  22314

Dear Judge O'Grady:

My name is Zahid Bukhari and I am the President of Islamic Circle of North America (ICNA), a national organization of American Muslims. I have also served as director of the Project MAPS, Muslims in the American Public Square as well as the American Muslim Studies Program (AMSP) at Georgetown University, Washington, DC from 1999 to 2010. I have the honor to know Dr. Syed Ghulam Nabi Fai and his family for more than 25 years.

I worked with Dr. Fai in organizing several conferences, workshops, rallies for his life long passion of Kashmiri people's right of self determination. We also met several times in social and family gatherings. I always found him one of the most caring, God-fearing, hard working and compassionate person.

Dr. Fai was himself a victim of the Indian Government's inhumane policies in the occupied Kashmir. He was not able to visit his parents and family living in Kashmir since his departure from that part of world several decades ago. In America, he became the globally recognized face of the plight of Kashmiri people.

He presented the Kashmiri case in 17 sessions of the United Nations Human Rights Council in Geneva from 2006 until June 2011. He participated in all summits of the Organization of the Islamic Conference (OIC) since 1991, and met with over 50 Heads of State over the last 20 years. He addressed the preliminary session at the Centennial Conference of the Parliament of the World's Religions, held in Chicago in August 1993. Dr. Fai also organized ten International Kashmir Peace Conferences at the Capitol Hill, Washington, D.C.

My family has very special memories of Dr. Fai and his wife's participation in our daughter's wedding in December 2001. They took care of all decoration in the ceremony. My daughter never forgot their show of love and affection.

I was really surprised on the charges against Dr. Fai. I know he is a true American citizen and a passionate champion of Kashmiri cause. From the bottom of my heart I would request you to please show leniency in his case so that Dr. Fai may continue to speak up for the sacred rights of self determination of the people of Kashmir within the boundaries of the American laws. I will be thankful for your kind consideration.

Yours Sincerely,

Zahid H. Bukhari, Ph.D.
President, ICNA



*M. Yusuf Buch*

*New York*

February 7, 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Dear Judge O'Grady

I am a retired international civil servant, Kashmir-born, who is appealing to you for a compassionate consideration of the case of Dr. Ghulam Nabi Fai. May I explain the circumstances of this appeal.

I came to know Dr. Fai in the early nineties as a person deeply concerned with the tragic situation in our shared birthplace, Kashmir, caused by alien military occupation. At that time, I was serving in the cabinet of the Secretary General of the United Nations as Director of Special Advisory Unit. I had joined the secretariat of the world organization after my earlier relationship with the Government of Pakistan, first as Minister of State and later as Ambassador, had been sundered by the military regime. The change in my occupation, however, did not cause me an amnesia. As much as anyone else who was born and raised in Kashmir, I remained acutely conscious of the suffering of my erstwhile compatriots, of the estimated eighty thousand killed, the countless women raped and legions of young men maimed.

The consciousness was, and remains, a perpetual torment. Ironically, it became further charged for me by a fairly thorough knowledge of the attention that had been devoted to the Kashmir problem by the United Nations in earlier decades and the deeply thought recommendations for a just and peaceful settlement which had emerged as a result. The United States, I may mention here, had strongly supported, those resolutions when they were adopted.

With the background supplied by these two factors--the recorded concern of the United Nations with the Kashmir issue, on the one side, and the continuing suffering of the people involved, on the other---it was natural that I should regard Dr. Fai as more than a casual acquaintance. I commended his persevering efforts to spread an awareness of the Kashmir issue independent of what Pakistan was doing or failing to do to that end. What was involved was a people's life, not a government's

ambition. Hence, a quiet exploration of the avenues of a rational and humane settlement would deserve to be a prime objective. I, therefore, felt rather impressed when Dr. Fai introduced me to two prominent Indians---Mr. Subodh Kant Sahai, a Minister in India's Federal cabinet and Dr. V.P. Vaidik, an influential figure in the information world. With Dr. Fai's help, I had extensive conversations about ways to solve the Kashmir issue with both these persons. The sombre fact that nothing came out of these talks goes to show the hopelessness of efforts towards peace that are launched without at least some indirect encouragement of one or other of the govrnments concerned, in this case India and Pakistan. But it does not reflect on Dr. Fai's motivation. As far I could tell, he was doing this exploration on his own. And he was seeking no personal advantage in the endeavor to gain the sympathy, and enlist the support, of some influential Indian elements for the cause of the beleaguered people of Kashmir.

Looked at in that perspective, Dr. Fai does not seem to be a person capable of deliberate wrong intent; the wrong can come, if it does, only through lack of knowledge or weakness of understanding. The situation he has been caught in has caused all his friends both surprise and dismay.

Considering the service to a good cause of which Dr. Fai has proved himself definitely capable, considering the apparent worthiness of his main pursuit, considering also the respectable life his family has lived, I would join in an earnest appeal to you to accept his remorse as genuine and to spare him a harsh punishment.

I thank you profoundly for considering this letter.

With respectful regards

*M Yusuf Buch*

M. Yusuf Buch

برنامـــــج الشـــئون الدوليــة
كليـــــــــة الأداب والعـلـــــوم
**International Affairs Program**
College of Arts & Sciences



جامعة قطر
QATAR UNIVERSITY

Sunday, January 1, 2012

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

RE: Sentencing for Syed Ghulam Nabi Fai

Dear Judge Liam O'Grady,

*'God forbid that you should be bereft of Divine Mercy,'* my elderly Grandmother told me, at the tender age of eight. *'They stole all our possessions,'* she continued, agonizingly narrating her tortuous journey, starved, barefoot and carrying the little she had, navigating the mighty Himalayan mountain range. Words barely escape her lips, and she began choking back tears, recounting ugly memories of unpitying hordes inflicting unspeakable crimes against a powerless Kashmiri people. *'What could be more a travesty of justice,'* she reminded me, *'than refusing to protest, at least from your heart, at another's suffering.'* Those memories, of my impoverished ancestors escaping bloodthirsty oppression and clawing their way to safer lands, sets the tone for many Kashmiris. And, even though I was born in Toronto, Canada, far from the ravages of war, the consequences of that calamity resonate in me. Of course, how could it not? Do not the Irish quiver, today, at mention of the Great Hunger? Is not the 'Holocaust' as repugnant now, as it was decades ago? Is the 'Rwandan Genocide' any less despicable, several years later? Perhaps, this is the most often overlooked tragedy of war, the haunting outrage that curses every following generation to relive it.

The ongoing atrocities, in the Vale of Kashmir, are painful reminders of modern-day servitude. Confronting that massive direct, cultural and structural violence would compel me to explore the complexities of justice, self-determination and human rights. Eventually, those ethical disquiets led to my B. A. in International Relations, minoring in World Religions. Soon thereafter, in the summer of 1998, I travelled to Washington, D.C. to volunteer with the Kashmir Human Rights Foundation. While there, I was introduced to Dr. Syed Ghulam Nabi Fai, a gentle, personable and courageous individual, who carried himself in a self-effacing way. As years went on, our shared histories of dispossession, and quiet, though determined, resolve to allay the suffering of a subjugated people, struck a mutual chord. Eventually, our relationship would blossom and I would spend considerable time assisting the Kashmiri American Council (KAC) in a 'Pro bono' capacity. My responsibilities, growing over the years, involved report writing, preparing press releases and joint-conference planning in the USA, UK, Turkey and Qatar. He would, eventually, become for me the loving *'Uncle Fai,'* with whom I share a deep bond of respect, admiration and trust. Still, while assisting the KAC, I relocated to Europe, finishing a Masters in International Politics, with focus on Conflict Resolution, and a

برنامـــــج الشـــئون الدوليــة
كليـــــــــة الآداب والعـلــــــوم
**International Affairs Program**
College of Arts & Sciences



جامعة قطر
QATAR UNIVERSITY

PhD in Political Science from the Durham University, UK, by late 2007. At present, I am employed at Qatar University as an Assistant Professor of International Affairs.

With a heavy heart, and utter surprise, I became aware of the offense for which Syed Ghulam Nabi Fai has been charged. This is particularly shocking, since he is a man of such impeccable standing. Naturally, at first, there was utter disbelief, and anger, at the allegations put forward. Here, stood a man - a proud American of Kashmiri ethnicity, who was forced to flee his ancestral homeland after having witnessed incalculable cruelty. How could he be blameworthy? For Heaven's sake, he was not permitted to attend the funeral of his parents and has lost countless close family members and friends to the ongoing repression in Kashmir. However, following his guilty plea to conspiracy to falsify and conceal matters he had a duty to disclose, and to defraud the United States Treasury by impeding the Internal Revenue Service in the computation and collection of revenue, and endeavoring to impede the administration of the tax laws, I was silenced. Then, following careful deliberation, I understood. Are we not all capable of making mistakes that have no true bearing on our core beliefs and values? Was it not Daniel O'Connell who wrote, in his letter to Bishop Doyle, *'No person knows better than you do that the domination of England is the sole and blighting curse of this country. It is the incubus that sits on our energies, stops the pulsation of the nation's heart and leaves to Ireland not joyous vitality but horrid the convulsions of a troubled dream."* Is not that troubled dream, precisely, what Kashmiris endure? Was that not, also, partly compelling Syed Ghulam Nabi Fai's poor, unfortunate choice, howsoever misguided?

Granted, injustice breeds the same, though by no ethical or legal measure is it tantamount to justification. This was a serious lapse of judgment, and in the recent conversations that I have had with Syed Ghulam Nabi Fai, there is an unequivocal, sincere remorse. Without doubt, he will not err, in this manner, again. Quite frankly, in our countless travels and conversations together, I have never known him to repeat a mistake twice. To that, I specifically remember one of our initial meetings in Virginia. Driving to a meeting in Georgetown, he suddenly he veered off to the side of the road to park. As we rummaged through the glove compartment, and our pockets, it became apparent, unfortunately, that neither of us had change for the parking meter. Rather than go across the street, to the convenience store, for change, he made haste. Obviously hurrying to complete a timely task, he told me, to wait and that he'll *'be back in 10 minutes.'* Well, as destiny would have it, a traffic officer approached his vehicle soon after and, irrespective of my polite protestations, wrote a ticket, smiled and handed it to me. Years later, he often, proudly, would evoke that incident saying *'that was the last parking ticket he was responsible for.'* Counseling me, he would emphasize that his haste cost him twice; by being late in his fulfilling his responsibilities and penalized for failing to deposit the required coins in the meter. He would, also, cite that instance to emphasize our larger responsibility for due diligence and care *'since we are working for a just cause, accepting people's hard earned money.'* That integrity left a lasting imprint on me.

As the years pass by, the lessons that I have learned from Syed Ghulam Nabi Fai are far too numerous to mention. However, to accurately reveal his true character I wish to share

ص . ب : ٢٧١٣ الدوحة ، قطر - تليفون : ٤٨٥٢٣٠٥/٦ (٩٧٤) فاكس : ٤٨٣١٢٧٣ (٩٧٤)
P.O.Box : 2713 Doha - Qatar, Tel.: (+974)4852305/6 - Fax : (+974)4831273
E- mail : IAP@qu.edu.qa,      Website : www.qu.edu.qa



برنامــج الشــئون الدوليـة
كليـــــة الآداب والعلـــــوم
**International Affairs Program**
College of Arts & Sciences

جامعة قطر
QATAR UNIVERSITY

another personal experience, which demonstrates the excellence of his character. We were sitting together in his Washington D.C. office, when a group of individuals, unbeknownst to me, came to visit. Recently naturalized citizens, they were discussing legal matters concerning administering an oath and the availability of the Holy Qur'an in order to do so. Assuredly, '*Uncle Fai*' politely explained how placing one's hand on the Bible, Qur'an or Torah amounts to the same binding moral obligation of honesty. Especially from the Abrahamic tradition, all Holy Scriptures are honored the same. At that point, he quoted a Qur'anic verse, 29:42, saying, '*We believe in the Revelation which has come down to us and in that which came down to you; our God and your God is One; and it is to Him we submit.*' That wonderful message of inclusiveness was deeply impacting and is something all should admire.

Lastly, in honor of both the writ and spirit of the law, I beseech you for clemency in passing your judgment on Syed Ghulam Nabi Fai. It is of no consequence that the writ be upheld and the spirit torn. His offense is serious, though has he not suffered enough indignation? He is an elderly man, who has already spent weeks in prison and is currently under house arrest. Moreover, he has a serious heart condition. He has spent his life defending those whom he felt were incapable of defending themselves. Should not this man be honored, rather than vilified? Kindly recall, Eamon de Valera's words to Winston Churchill when he criticized Ireland's neutrality in World War II: '*Could he not find in his heart the generosity to acknowledge that there is a small nation that stood alone not for one year or two, but for several hundred years against aggression; that endured spoliations, famines, massacres in endless succession; that was clubbed many times into insensibility, but that each time on returning [to] consciousness took up the fight anew; a small nation that could never be got to accept defeat and has never surrendered her soul?*" Kashmiris, a powerless nation, refusing to accept defeat and surrender her soul, await your verdict.

Thank you for considering my letter.

Sincerely,

Farhan M, Chak, PhD
Chair, Events and Public Relations
Assistant Professor of International Affairs
Department of International Affairs
Qatar University
Farhanmc@qu.edu.qa

Ambassador (R) Arif Kamal

Mohra Noor,
Banigala East,
Islamabad

The Honorable Liam O'Grady,
U.S. District Court,
Alexandria, VA 2314,
U.S.A

February 5ᵗʰ, 2012

Dear Judge O'Grady,

I had the opportunity of interacting with Dr. G. N. Fai during major parts of my professional career in diplomacy, against the backdrop of our shared interest in the Kashmir discourse. I spent thirty-four years in the diplomatic profession (1973-2007), preceded by a three year engagement in teaching politics, and now undertaking post-retirement research.

My interaction with Dr. Fai exposed me to ingredients of his personality and approach that remain relevant to a closer understanding of him in the midst of his current peril. No doubt, I found him a man of high moral values, with humanist and spiritual underpinnings, that remain the hallmark of his stature and standing. He was always driven by conscience, civic sense and rule of law. In this background, I found him an impressionable personality in many ways: as a human being, friend to all and foe to none; an ardent advocate of justice and peace in the land of his roots; and a loyal citizen of his adopted home.

Dr. Fai's contribution in the Kashmir discourse has been unique and for many, a subject of great learning. He is distinct for his original thinking. He displays a fiercely independent approach in his treatment of the contemporary issues, particularly Kashmir. He is staunchly committed to the ideal of conflict transformation in Kashmir, in a manner that unknots the issue in keeping with two ingredients: establish primacy of the Kashmiri people and concurrently, to satisfy the legitimate interests of both India and Pakistan. In fact, this prescription is very much central to my current research undertaking on Jammu-Kashmir.

With my experience of Dr. Fai's conduct over the decades, it is indeed a matter of surprise to notice the defendant's unexpected conduct in the case. I can only look at this conduct as a 'freak incident' and based on his profile, spread over decades, it should be no cause for a repetition. It is my earnest hope that if granted leniency and opportunity to continue

Ambassador (R) Arif Kamal

his good work, Dr. Fai will be an asset to the society he belongs to and to the international peace constituency at large.

I thank the honorable court for considering my letter and request a lenient view of the defendant in view of the submissions made.

Yours Sincerely,

**Ambassador (R) Arif Kamal**

Head Office

# ALL PARTIES HURRIYAT CONFERENCE

Rajbagh, Srinagar Kashmir

Ph: +91 149 2479652, 2452896,                          Fax: +91 149 2450673
Email: jkaphc@gmail.com                                visit us at: jkaphc.org

The Honorable Liam O'Grady

U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

I am Dr. Mirwaiz Molvi Muhammad Umar Farooq, Chairman All Parties Hurriyat Conference (APHC). This umbrella organization of twenty-three organizations born in 1993 has been advocating for the peaceful resolution of the Kashmir dispute in accordance with the United Nations Security Council resolutions. This organization heading the movement for right to self-determination has been engaging, time and again with India and Pakistan leadership for negotiating a settlement to the urges and aspiration of the people of the state for bringing in lasting peace in the region.

I am also Mirwaiz i.e. religious head of the state. The institution of Mirwaiz with three hundred years history, besides preaching religion has been engaged in social reforms and spread of education in the State.

The Washington based Kashmiri American Council and its executive director Dr. Ghulam Nabi Fai like the APHC has also been advocating for peaceful resolution of Kashmir dispute. I know Dr. Fai now for past over two decades. I have had opportunity of meeting along with him number of State Department Officials, senators and members of Congress in Washington. I also had opportunity of attending with him many international peace conferences on Kashmir in various countries.   .I was impressed   the way he was respected and trusted   as a genuine person

not only in Washington but at many other international forums including the OIC, an international body of 56 countries where APHC hold  status of an observer.

Dr. Fai took upon himself the stupendous task of making the US government, the UN Human Rights Commission and other organization aware about the suffering of people of Jammu and Kashmir State. Knowing him very intimately he in true sense is a man for peace, committed to the resolution of the Kashmir dispute through peaceful negotiation between India, Pakistan and people of Jammu and Kashmir. To achieve this objective he has been strenuously working for over past two decades by organizing all inclusive international peace conference in the Capital hill. These peace conferences have enabled India and Pakistan opinion makers, think tanks and intellectuals to sit around one table to narrow down their differences even during bitterest relations between Islamabad and New Delhi.  The Conference organized by KAC had to a great extent helped in building bridge between two distant neighbors and creating an atmosphere for creating trust between two South Asian nuclear Powers.

Dr. Ghulam Nabi Fai, is a dove with an olive branch. He is well meaning person passionately involved with Kashmir issue and in his passion for mitigating the suffering of the people of Jammu and Kashmir, he might have inadvertently committed some procedural mistakes that have been in violation of the law of the land.  But for his contribution towards ensuring lasting peace in South Asia and resolution of Kashmir dispute I appeal that a lenient view may be taken of his case and he may be allowed carry out his work as a free citizen to serve the cause of oppressed and devoiced people of Jammu and Kashmir.

Thanking you with highest regards.

Mirwaiz Umar Farooq
Chairman All Parties Hurriyat conference



**SUMMA**
Health System

Summa Barberton Hospital
Medical Staff Services
155 Fifth Street NE
Barberton, OH 44203

Phone (330) 615-3000

The Honorable Liam O'Grady                          February 8, 2012
US District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Honorable Judge O'Grady:

It is with great hope and expectation that I am writing to your honor regarding Dr. Syed Ghulam Nabi Fai who will be appearing in your Court in March 2012 for sentencing in the matter of Dr. Fai versus the Government of the United States.

I met Dr. Fai for the first time about 25 years ago when he was visiting my hometown. I was so impressed with his demeanor humility and very affectionate personality that I decided to work with him in a cause dear to both of us, that of 13 million people of Jammu and Kashmir who are under oppression.

Dr. Fai is from a village in Jammu and Kashmir, a land whose people have been trying to convince both India and Pakistan for the last 63 years to fulfill their obligations they agreed to in the UN Security Council. Dr. Fai after his education desired to extend a helpful hand to his people but he was forced to leave his homeland and travel to the Middle East. After working there for a few years trying to promote a process for a peaceful resolution of his occupied homeland he came to the USA where he furthered his education and attained a Ph.D. in mass communication from Temple University in Philadelphia. Dr. Fai's heart continued to clamor for his people and he was joined by a likeminded group of people to help him continue raise awareness of the cause of the people of Jammu and Kashmir and convince the world that the only solution was through peaceful dialogue. Dr. Fai not only worked hard in his individual capacity but also as the Executive Director of Kashmir American Council (KAC), the organization we formed in 1990.

Dr. Fai worked day and night to help run KAC and developed contacts with policy makers all over the world in order to further the cause of his people. He

summahealth.org/Barberton



**SUMMA**
Health System

Summa Barberton Hospital
Medical Staff Services
155 Fifth Street NE
Barberton, OH 44203

Phone (330) 615-3000

developed relations with lawmakers as well as the executive branch of the USA. He approached every individual who could make a difference irrespective of their political affiliation. He traveled all over the world only to promote a peaceful resolution of Jammu and Kashmir. He approached even the decision makers of India to develop a working relationship with them. He had a good relationship with Pakistan politicians and government because Pakistan happens to be a party to the Kashmir issue and to its resolution.

Dr. Fai organized conferences on Jammu and Kashmir, spoke in public gatherings and universities, wrote articles and editorials, and met with key decision and policy makers of the world. He always advocated a peaceful political solution of the Jammu and Kashmir issue based on international law and the resolutions of UN Security Council. He always advocated reconciliation between Pakistan and India and participated in conferences where both Indian and Pakistani policy makers were participating.

Dr. Fai and the Board of Directors have had numerous meetings with the representatives of the United States and European Governments and authorities regarding the political issue of Jammu and Kashmir. Responsible individuals at many times have sought council from Dr. Fai regarding not only Kashmir but other matters related to India and Pakistan. There are many important people around the world who have been impressed with Dr. Fai`s enormous capacity to work with others. Dr. Fai has been a member of many International NGOs. He has even represented the UN in Darfur. One of the greatest strengths of Dr. Fai's character has been his willingness to work with anyone who desires a peaceful solution to the Jammu and Kashmir issue.

I have had close contact and interaction with Dr. Fai over the years I have known him. I have visited his home many times and experienced his and his family's kind hospitality. Dr. Fai has a very kind and loving relationship with his family. His family is grief stricken and does not know what they will do if Dr. Fai is taken away from them for any length of time  no matter how short it may be. The future

summahealth.org/Barberton



**SUMMA**
Health System

Summa Barberton Hospital
Medical Staff Services
155 Fifth Street NE
Barberton, OH 44203

Phone (330) 615-3000

summahealth.org/Barberton

of his children has become uncertain and they are bewildered and do not know how to cope with their life if their father is taken away from them.

As long as I have known Dr. Fai, I have never heard him speak ill of anyone. In my heart, I know Dr. Fai would not deliberately do anything wrong. He always reinforced and practiced the Principle that all human beings can live together in peace and harmony no matter what background they are from. Dr. Fair always took the moral high ground in all matters concerned. If he has wavered in that habit it would only be unknowingly like a traveler who has sometimes wavered off course in pursuit of his goal without realizing it. Dr. Fai is an individual who resumes his noble journey once he realizes that he has made an error in his judgment.

His family, those who have worked with him and more importantly the 13 million people of Jammu and Kashmir will suffer a great loss if a lenient view of his case is not taken and he is incarcerated. We will be deprived of an individual who not only is an ardent supporter of the people of Jammu and Kashmir but a productive member of the society. We will lose the services of a man who has selflessly worked for the good of others.

I have known Dr. Fai very closely for over 25 years as a KAC Board member and his fellow traveler. Dr. Fai is a selfless, humble, considerate, and very caring human being who has made an error in his judgment. He is repentant and remorseful about his action and it is why he chose to enter guilty plea for lesser charges instead of fighting a long legal battle. Dr. Fai wants to put all this behind him, move on with his life, and pursue the goal of helping the people of Jammu and Kashmir and his fellow human beings in whatever capacity he can.

Finally, I submit with much hope and prayers to Your Honor for a compassionate judgment such that Dr. Fai is allowed to continue to work with our government and all those individuals who are advocating a peaceful political resolution of the issue of Jammu and Kashmir. I ask he be given a second chance to continue the mission of educating the fellow compatriots of this great land and people



## SUMMA
Health System

Summa Barberton Hospital
Medical Staff Services
155 Fifth Street NE
Barberton, OH 44203

Phone (330) 615-3000

elsewhere in the world. The Court's generosity will not only assist our country in playing a constructive role in resolving the issue of Jammu and Kashmir but will reassure its 13 million subjects that they still have well wishers and supporters in their moral and legitimate political struggle.

In the end I thank Your Honor for granting me this opportunity to share my heartfelt thoughts and personal experience regarding Dr. Fai with you.

With sincere regards:

Mohammad A. Dar, MD, FCCP
Chairman of Internal Medicine and Head of Pulmonary Division
Barberton Hospital, Barberton, Ohio

summahealth.org/Barberton

The Honorable Liam O'Grady
US District Court
401 Courthouse Square
Alexandria, VA 22314

Wednesday, February 15, 2012

Dear Judge O'Grady:

My name is Wasim Dar. I am currently a practicing physician at Emory University Hospitals and The Emory Clinic. I am writing this letter on behalf of Dr. Ghulam Nabi Fai in order to attest to his exemplary character. I have known Dr. Fai for nearly 30 years. During the time that I have known him, Dr. Fai has exhibited the highest ideals of human character. He has always been generous and kind, but it is the quality of his moral ethos which is most remarkable. As you may know, Dr. Fai was under persecution in his land of birth in Kashmir and ultimately he emigrated to the United States of America where he eventually became a proud American Citizen. It is a testament to his remarkable character that during this trying time in his life, I can hardly recall Dr. Fai ever uttering one word of disgust, anger, disappointment with his situation or with the authorities who had tried to persecute him. Thus, when the opportunity came for him to lead the Kashmiri American Council, it was no surprise that he became an effective advocate for a peaceful resolution to the Kashmir issue as this was entirely within the nature of his character.

It was in his capacity as director of the Kashmiri American Council that I was able to witness the true goodness of Dr. Fai's character. I worked as a summer intern for the Kashmiri American Council and during those times I was privy to some of Dr. Fai's interactions with both his colleagues and so called adversaries. In those times, what stood out to me is that Dr. Fai treated colleagues, acquaintances, and so called adversaries all in the same manner: with kindness, generous hospitality, and above all respect. I never heard Dr. Fai ever utter an ill word about anyone. His only goal was to advocate for the Kashmiri cause and a peaceful resolution to the Kashmir conflict via existing UN resolutions, i.e. via the proper mechanisms of international law. It is this commitment to the law, commitment to peace, commitment to his nation-the United States of America, that made Dr. Fai a remarkable leader for the Kashmiri cause in America.

It is with this experience in mind that that though Dr. Fai currently finds himself in the process of adjudication in federal court, I would urge that the officers of the court take into mind the remarkable character of Dr. Fai during this process and that any decision regarding his future accurately reflect the remarkable character and behavior he has shown throughout his entire life and certainly in the entirety of the time that I have known him. Again, thank you for the consideration of my letter on behalf of Dr. Fai.

Sincerely,

Wasim A. Dar M.D., Ph.D.

Decatur, GA █████



**Dar Al Hijrah Islamic Center**                     مركز دار الـهـجـرة الإسلامي

The Honorable Judge: Liam O'Grady

U.S. District Court

Alexandria, VA  22314

Respected Judge O'Grady,

I am writing this letter on behalf of Dr Ghulam Nabi Fai. Dr Fai is a very dear friend, a very noted leader in the Muslim community, and a long time activist, for a just cause, on behalf of our Kashmiri people and the USA Muslim community.

My name is Shaker Elsayed. For the past thirty-two years of living in the USA, I have worked with and helped found and manage several national Muslim organizations in the fields of education, religious leadership, and community development, interfaith and political engagement. I am currently leading the Dar Al Hijrah Islamic Center in Falls Church, Virginia, as the Imam for this large Muslim community. Dr Fai was among the founders and Board members of Dar Al Hijrah who served our community with integrity and excellence for the past twenty some years, until he became ill recently. Our community loved him and appreciated his service and leadership.

I have known Dr Fai for about twenty years. We have joined together on many projects aiming at the service of our community. We also worked on issues related to human rights on behalf of countries like Bosnia, Palestine, Egypt, and Kashmir.

DR Fai is known as the least spoken, hardest worker, least critical, most creative leader we have known at Dar Al Hijrah. He would attend all meetings unless he is out of town serving another cause elsewhere. He is known for his compassion, careful and deliberate planning, openness towards others, treating all with respect. I can literally go on and on, but in brief, Dr Fai is one of those rare assets for any community to half.

Knowing Dr Fai, his character and his life-long service to our community, I was shocked to hear the type of offenses he has admitted to. Dr Fai is a very humble, dedicated and a very incredible leader in our community. He put a lot of tireless hours looking after individuals in need, causes that require his expertise, organization he can reach out to expand the services he could offer. I am sure that he is a remorseful for what he did as any responsible citizen would be.

It was Dr Fai who introduced our community, and by a large extent, the Washington decision makers, to the plight of the Kashmiri people. He never advocated violence as a way to help his people. He reached out to all and opened the hearts of many to the Kashmiri demand for self-determination. Although, this cause itself has taken a lot of his time and energy, he extended himself so thin to serve the Muslim local and national community. He has been a star speaker on national Muslim community conferences who spoke against violence and advocated for peaceful resolutions for political issues, a voice we need the most in this day and time.

I am sure we all understand how good people may end up doing the wrong things. But God has always advised us to recognize our own humanity though the exercise of forgiveness of others and allowing some room for genuine repentance. It is in this spirit that I, respectfully ask your honor to consider the most lenient possible sentence for a man who has been a great servant of our society and the Muslim community in particular. I am sure Dr Fai's spirit of humility, responsibility and the admission of guilt itself, will help give him all the lessons he needs moving forward beyond this sad episode in his rather very clean life.

Thank you, your honor for reading my letter.

Yours,

*Shaker A Elsayed*

Shaikh: Shaker Elsayed,

Imam and Community Leader

2, 5, 2012



M. YOUSUF FAZILI, M.D., F.A.C.S.

CHEEKTOWAGA, NY

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA  22314

Dear Judge O'Grady:

My name is M. Yousuf Fazili, and I am a physician, licensed to practice medicine in New York State.  I have been working in Western New York for over thirty five years.  It is my privilege to provide this character reference on behalf of Dr. Ghulam Nabi Fai.

I have known Dr. Fai since my youth, from our homeland, in Kashmir, which unfortunately has been occupied by India.  Suffering the atrocities brought about by the Indian government is what brought us to migrate legally to the United States of America in 1972.

Back in 1989, we had the formation of the Kashmiri American Council (KAC) which involved many of the Kashmir people, who now live in the United States, to come together and serve as a voice for the people still in Kashmir.  Dr. Fai was at the forefront of this effort and because of his dedication to the cause of Kashmir; his lifetime work has been centered on the service to his people.  The work which Dr Fai was doing to peacefully resolve the issues in Kashmir is commendable.  He has been keeping India, Pakistan and different factions of Kashmir communicating and trying to resolve the dispute in a peaceful manner.  He has never advocated violence.

I am aware of the charges against and the plea of Dr. Fai. Not being a professional diplomat, may have led to his misinterpretation of the laws of this land, but it does not change his honest and sincerely dedicated work.  Dr. Fai has publicly expressed the shame and deep regret for his actions both to our judicial system and at allowing himself to have compromised our organization and the purpose of the whole Kashmiri freedom movement.  His motivation is irrelevant when taking into account the laws governing this country.

Dr. Fai is an honest, hard working man, who is of good moral character.  He is an upstanding man of honor and is dedicated to his family, friends and the peaceful resolve of the Kashmir dispute.  He is a proud citizen of the United States of America and all of us of Kashmiri origin in America should be proud.

Dr. Fai has a devoted wife and two children who are both studying in college.  His presence at home would allow him to provide support to his family and to move forward in a lawful way with his beloved work.

It is my hope, along with my family, that the Court be merciful in their judgment and allows Dr. Fai to return to society without incarceration.

Sincerely,

M. Yousuf Fazili

M. Yousuf Fazili, M.D.

# THE PRACTICAL NOMAD

## EDWARD HASBROUCK

1130 Treat Avenue, San Francisco, CA  94110, USA
phone +1-415-824-0214
edward@hasbrouck.org
http://hasbrouck.org

The Practical Nomad: How to Travel Around the World (5th ed. 2011)
The Practical Nomad Guide to the Online Travel Marketplace (2001)
http://www.practicalnomad.com

"The Practical Nomad" books and Web site are written by union labor:
Member, National Writers Union (UAW Local 1981, AFL/CIO)

1 February 2012

Judge Liam O'Grady
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Re: Sentencing of Dr. Ghulam Nabi Fai

Dear Judge O'Grady:

One of the privileges of writing about travel around the world is the opportunity to learn first-hand about events and conditions in places that relatively few Americans visit as tourists. That first-hand knowledge carries with it, I believe, a responsibility to inform my readers and the public at large about violations of democracy and human rights in places I've visited, and to repay the generosity of my hosts with my support for their struggles for freedom.

For these reasons, I've been involved for many years in writing, public speaking, and other activism in support of self-determination and human rights in Kashmir. I met Dr. Fai through that work more than 20 years ago, and we've kept in touch ever since. I don't know if I am carried on the rolls of the Kashmiri-American Council as a KAC "member", but I consider myself a supporter of the KAC's work and an endorser of its goals. I've spoken on the same platform with Dr. Fai at several public events sponsored by the KAC and other organizations.

Nothing in my dealings with Dr. Fai has ever given me reason to doubt the sincerity of either his commitment to the cause of the Kashmiri people -- irrespective of the interests of any foreign power -- or his faith in the USA as a symbol of freedom, democracy, and human rights.

Never in my discussions with Dr. Fai has he ever suggested that I do anything, or told me that he had done anything, because it would benefit a particular faction of Kashmiris or a particular national government.  Dr. Fai has, in fact, played a leading role in facilitating dialogue between Kashmiris living under different governments and in different parts of the diaspora.

Reading the complaint and plea agreement in this case in light of my personal experience with Dr. Fai and knowledge of his character, I believe that his actions were motivated by a sincere desire to enable Kashmiris to have a voice in determining their own future.

I think it unlikely, in the wake of this plea agreement, that Dr. Fai will repeat these offenses, especially given the likelihood that to do so would further undermine the cause to which, sacrificing the possibility of any other career, Dr. Fai has devoted so much of his life.

I hope you will also consider, in mitigation of sentencing, the effect on anyone's better judgment of being subjected, year in and year out, to the extraordinary campaign of demonization which has been directed at Dr. Fai by the Indian government and news media. Despite the complete absence of any hint of association with violence or terrorism in any of the record in this case, or in any of my dealings with Dr. Fai, his name has been made a household word throughout India and the Indian diaspora as the figurehead of a "foreign terrorist".

In light of this villification of Dr. Fai, the KAC, and anyone associated with them, and the history of summary detention, torture, and extrajudicial execution of those similarly branded by India as terrorists, someone in Dr. Fai's position would be foolhardy not to live in constant fear for his life and liberty, especially when travelling abroad. It's more surprising that Dr. Fai has been able to persevere in his work, and remain nonviolent, than that he has, under this pressure, made the mistakes that form the basis for the charges to which he has pled guilty.

Merely to be associated with Dr. Fai or the KAC can endanger people who live in Kashmir or return from the diaspora to visit Kashmir. Many Kashmiris and Kashmiri-Americans, including some of those who I have met through the KAC, bear the scars of torture, left Kashmir to escape persecution for their nationalist views, and/or (like Dr. Fai himself) have well-founded fears of persecution were they to travel to Kashmir. Many in the diaspora have family members who remain in Kashmir and vulnerable to reprisals for their activities, if those become known. Confidentiality is often a matter of life or death, for oneself and others, for activists in movements for democracy, human rights, and self-determination. This doesn't excuse Dr. Fai's offenses, but I hope you will consider, in passing sentence, the extent to which a legitimate (indeed commendable) desire to preserve the confidentiality of vulnerable associates living under military occupation and the suspension of civil liberties can, and perhaps in this case did, lead to impermissible withholding of information from the U.S. government.

I believe that Dr. Fai's highest priority is the cause of the Kashmiri people. Knowing the damage done to that cause by his admission of having committed these offenses will, I believe, provide the strongest possible deterrent to his repeating these mistakes.

I strongly believe that the interests of justice and rehabilitation would best be served in the case of Dr. Fai by allowing him to return, as soon as possible, to his work as an advocate for peace, freedom, democracy, and reconciliation in Kashmir.

Sincerely,

Edward Hasbrouck



# NATIONAL ASSEMBLY OF PAKISTAN

Member Of Parliament
Attiya Inayatullah

73/5 Munir Road, Cantt
Lahore - Pakistan
Phone   : 042-36602249
Fax      : 042-36602972
Cell     : 0300-8422939
E-mail  : attiyai73@yahoo.com

Ref :                January 26, 2012

Date :

To

The Honorable Liam O'Grady
US District Court
Alexandria, VA 22314

Dear Judge O'Grady

At the outset may I take the liberty of introducing myself to your good self. I am currently a senior member of Pakistan's parliament, have enjoyed cabinet minister rank, am a women & child rights activist, involved internationally with a range of peace, human rights & security initiatives, above all I am one of the 13 million Kashmiris who seek justice and freedom. It is in this context that I have had the pleasure, infact honor of knowing Dr. Ghulam Nabi Fai for over two decades.

Going down memory lane, on a biting cold winter night in Washington DC, Dr. Fai organized a candle light vigil outside  White House, the centre piece was his only son all of four years, holding a precious candle with me to tell the President of USA of the hapless human condition of Kashmiris. Over the years he became a beacon of hope and with his indefatigable energy was a leading light of an oppressed people.

I admire & respect Dr. Fai for his intellectual probity, his integrity, honesty of purpose and for his simple living and high thinking. His qualities of head & heart were infectious, he was a leader who had no time to be tired and led from behind, be it in Geneva, London, Brussels, Islamabad or Washington.

Yes, I idolized him, but then it is aptly said idols have feet of clay, and as we see in Dr. Fai's case are not infallible. Was it temptation? and we know temptation leads to sin. Was it the constraints of the situation?  But then to succumb is reprehensible. Was it commitment to a cause that blinded him? But then the only man who never makes a mistake is the man who never tried.

And this leads us to weighing the scales of virtue & vice.  As we cross the bridge over troubled waters, my good sense tells me the God fearing Dr. Fai is an honourable man, a  law  abiding citizen, a great husband and a father whose children need him.

Recalling that to err is human and to forgive divine, from many continents away this is an appeal for leniency, a man is not perfected without trial, the world cannot but be a better person with a free Dr. Ghulam Nabi Fai.

Thanking you for your consideration

Yours sincerely

(Dr. Attiya Inayatullah)

U.S. District Court

Alexandria, VA 22314

Dear Judge O'Grady:

Please allow me to introduce myself.

My name is Gautam Navlakha. I am a writer by profession associated with one of India's leading journal, **Economic and Political Weekly,** as an editorial consultant. I am also a member of voluntary civil liberties group called **People's Union for Democratic Rights**. It is in my capacity as a writer and civil liberties activist that I have been engaged in highlighting human right violations in the Indian held Kashmir since 1990. It is this work that brought me in contact with Ghulam Nabi Fai.

I have known Ghulam Nabi Fai now for about eight years now. I cannot fein personal intimacy. But over these years that I have known him I have got to know about his personal history and about his work on behalf of his people in Kashmir. The manner in which he tried to get even those not sympathetic to the Kashmir cause to participate in the conferences which were organized by the Kashmir American Council showed how seriously he took his work. I was to begin with reluctant to participate in the KAC conferences and had too many reservations and pre-conceived ideas about them. All Ghulam Nabi Fai asked me was to decide for myself by attending one of them to see whether it was open and aboveboard. I particularly recall the meeting which took place in 2006, where the resolution which was placed for consideration resulted in sharp division among the participants, and which threatened to nearly de-rail the Conference. Oragnisers were coming under pressure from different quarters. Ghulam Nabi Fai kept his cool and persuaded everyone to abide by the democratic procedure and see if consensus could be reached, failing which he asked for voting by members present. The fact that he was even willing to accept the majority view to prevail, despite strong opposition, including from some official Pakistani delegates who too were present, showed to me that Ghulam Nabi Fai was not just sincere and committed to the cause of Kashmiri freedom but even more he was wedded to the democratic process to resolve matters.

He was exiled in 1981 because of his political convictions. And therefore, his commitment predates the formation of KAC by more than a decade. KAC, and he personally, championed the process of dialogue and negotiations to bring about a democratic and peaceful closure to a dispute that has bedeviled relations between India and Pakistan, been the cause of a heavy military deployment which is accompanied by draconian laws which restrict freedom of speech, assembly and association. This is a matter of serious concern to the civil liberties movement in India.

As a result Kashmiri diaspora in North America and Europe play an important role in making public become aware of the struggle for right of self-determination of Kashmiri people.

I am aware of the charges against Ghulam Nabi Fai. Even under US law his mistake was the non-disclosure to the Internal Revenue Service of being in receipt of foreign fund (from Government of Pakistan) for his organization the Kashmir American Council. I thought it was politically unwise to allow the cause we hold dear to come under shadow because of doubts about our autonomy. But the total sum of $3.5 million spread over 20 years, in my opinion, in context of the cost of lobbying in US, is not a large amount. He is neither a spy nor a habitual criminal. However, if we consider the exaggerated and alarmist account of his activities which appeared in Indian media, I would in all honesty also then wish to point out that G N Fai and his colleagues managed effective lobbying by putting the modest resources to good use. He is truly someone who with his warm and generous personality acted as a force mutliplier for bringing the Kashmiri cause before the US public.

I most humbly feel that his exile and the nature of his work for the cause of his people, are considered as mitigating circumstances. I urge you to consider this plea of mine when you are deciding on the sentence.


Thank you for providing me this opportunity to submit my plea to you,


(Gautam Navlakha)


New Delhi ███████ India.

Date February 1, 2012

**Subject: Character reference for Dr Ghulam Nabi Fai**

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Dear Judge O'Grady,

My name is Imtiaz A Khan and I am Professor of Microbiology and Immunology at
George Washington University Medical Center since July 2006. Prior to that I have held
faculty positions at Louisiana University health Science Center and Dartmouth Medical
School, NH. I feel great pleasure and honor to provide this character reference on behalf
of Dr. Ghulam Nabi Fai.

I have known Dr. Fai since the inception of Kashmiri American Council, which was year
1990, when freedom struggle for Kashmir took a violent turn. This was the outcome of
continued repression of the people of Kashmir by Indian occupation forces. There were
incidents of mass killings and gang rape of women At that point of time group of
Americans of Kashmiri origin were deeply concerned about the situation and created
Kashmiri American Council, with Dr Fai as the Executive director. I want to state that all
my immediate family beside myself live in the occupied State of Jammu and Kashmir. I
personally was extremely worried about the situation as all my family except myself
reside there and there is a constant fear that they may come in harm's way. Every other
day we hear about blatant abuse and unmitigated suffering of our people at the hands of
Indian forces. Only recourse for people like me was to call Dr Fai and inquire about the
steps he is taking to acquaint the world especially American people about the ongoing
situation in that region. Not a single time he demurred to answer my concerns and after
many long interactions I was always impressed by his conviction that this issue can be
resolved in an amicable and non-violent manner, according to the aspirations of Kashmiri
people. It was really admirable that during these conversations he spoke very respectfully
about Indian politicians with whom he was involved in a political battle and served as a
bulwark against their tyranny in Kashmir.

In the year 2006 I moved to greater Washington DC area and had the privilege meeting
Dr Fai often times both during social gatherings and as well aa at places where issues
related to Kashmiri American Council were to be discussed. The interaction became
more frequent when I was elected to Board of Directors of Kashmiri American Council.
My respect for him was further enhanced by his untiring efforts and selfless desire to
solve issue of Kashmir so that era of peace in that volatile region can begin with the end
to extreme brutality that was observed over last two decades. Innumerable articles and
published speeches by Dr Fai bear strong testimony to this fact. Never in these meetings
he advocated violence and as matter of fact (and it is no secret) he was detested by fringe

elements that believe that the violence is the only vehicle, which leads to the road to freedom.

In addition to his role as Executive Director of KAC Dr Fai carries strong respect in social circles. He is a very pleasant person who has a wonderful family. His wife is a soft ware engineer who is highly devoted to her husband and the cause he stands for. They have two adorable children. The son is currently studying in Vet school while the daughter has graduated from Stanford University and is currently interviewing for medical schools. Obviously they have borne major brunt of current turmoil in his life.

All the members of board of directors of KAC are cognizant of the fact that Dr Fai committed judgmental errors for which he was arrested. Many of us within the board and outside have expressed our dismay and anger over these actions. What aggrieved us most is that he broke the law of the land, which attaches high value on freedom of expression and democratic principles across the globe. He has unequivocally accepted his mistakes and is remorseful of his actions. He has done so both in public as well as private conversations. Without condoning his actions I do want to state that Dr Fai exhibited over zealous attitude in the process of ameliorating the sufferings of Kashmiri people. The point to be noted is that he did not amass personal wealth by his dealings and there was element of altruism in what he did, although he did step outside the legal boundaries.

I am aware that as a part of plea Dr Fai faces possible incarceration. In this regard with utmost respect I would like to state this would prove to be a severe setback to the peaceful struggle in the state of Jammu and Kashmir. His stature, history of advocating non-violence and keeping the extremist elements at bay needs to be taken into consideration. It is my firm belief that having realized his mistakes he completely understands that this struggle has to be fought within the legal parameters of this great country. I have not even iota of doubt that in future he will conduct himself in accordance to the law of the nation.

At the end I want to reiterate that Dr. Fai is a very respectable person who is held in high esteem by the people who know him closely. His dedication for the peaceful struggle for liberation of Kashmir is exemplary. It is my hope that the honorable court will look mercifully at his case and allows him to return to society without any incarceration. .

With humble regards

Sincerely

Imtiaz A Khan PhD

Boyds MD

ML/21.1.2012 ᵐˡ

The Honorable Liam O'Grady

U.S. District Court

401 Courthouse Square

Alexandria, VA 22314

Nijmegen, The Netherlands  21.01.2012

Ref.: Letter of reference for  Mr. Syed Ghulam  Nabi Fai

Dear Judge O'Grady,

Kindly receive my letter written in reference to Mr. Syed Ghulam Nabi Fai, whom I will further refer to as: Dr. Fai.  I hope you will consider my letter in deciding on an appropriate sentence in Dr. Fai's case and I'd like, beforehand already, to express my gratitude for doing so.

To shortly introduce myself: I am a Dutch citizen (*Swalmen*, 1957), graduated as psychologist (*Radboud University Nijmegen*, 1983) and, since early 2002, professionally focused on, and connected to, the disputed region of Kashmir as Asia Desk Officer of the Dutch Peace Organization *IKV Pax Christi (IPC)*. *IPC* is a national, non-governmental organization sponsored by individual Dutch citizens and by the Dutch Ministry of Foreign Affairs (see www.ikvpaxchristi.nl ). It was my duty to support local independent civil society groups in Kashmir to promote non-violent conflict resolution, sustainable peace and democracy 'from below'.

In Sept. 2004, I was invited to speak at a Kashmir Conference in Washington DC , organized by the Kashmiri American Council (KAC).  It was on this occasion that I first met Dr. Fai.  I was immediately impressed by the personal care and attention he paid to all his guests, no matter of their status as VVIP, VIP or non-VIP (as I consider myself to be).  From that very first encounter I got the impression Dr. Fai was, as Kashmir lobbyist, not for moneymaking, ego boosting or narcissistic self exposure but genuinely working for the cause of Kashmir and its people indeed.

It was my aim and duty to let the voice of independent local Kashmiri human rights activists be heard on international fora, independent of, and not compromised by any political agenda. Dr. Fai gave me open space for this in his Kashmir seminars and conferences. I felt he truly respected my work with local civil society and was not trying to merely opportunistically misuse my / my partner's work for a hidden agenda of his own (e.g. our reports about enforced disappearances, 'fake encounters', massgraves, a.o.: see www.jkccs.net  and www.kashmirprocess.org) .

Despite our different personal and political background, I could, from my position as independent *IKV Pax Christi* -professional, as feminist and humanist, speak out as I thought was right, just and relevant. I was not warned and limited before hand in what to say/not to say in my speeches, and I highly respect Dr. Fai for not distorting or falsifying my written or spoken public statements. In case I would indeed disagree about how my performance was afterwards reported, it was corrected

upon request (e.g. after the seminar in Geneva, June 2011: I protested against the first report on the KAC website, after which it was instantly corrected). This experience, as well as the facts mentioned above, is why I have always replied positive to invitations to participate to KAC's Kashmir Conferences in WDC, New York, Geneva.

I'd like to conclude with one final remark: in the past ten years of my work I came to understand very well that lobbying for a cause as conflict resolution and peace building in Kashmir, means having to cope with all kinds of political and personal challenges, and working in a context of both comradeship and distrust. In such a context one has to be strong to persist in one's genuine dedication to the just cause of sustainable peace in Kashmir. Dr. Fai confessed he made the serious mistakes he is accused of. He however reiterates he never compromised on the good cause of promoting peace and justice for the people of Kashmir: as far as I know him ever since we first met in 2004, I'd like to confirm this statement.


I hope my letter is clear and relevant. As said, I hope you will consider my letter in deciding on a lenient sentence in Dr. Fai's case and thank you for this.


Yours sincerely

(ml)

Ms. Drs. M.J.J. Lucas (Marjan)


The Netherlands

Esam S. Omeish, MD, PC
Diplomate, American Board of Surgery
Tel: 703.360.9700
Fax: 703.780.9229

4660 Kenmore Ave. Suite 220                                      PO Box 8325
Alexandria, Virginia 22304                                       Falls Church, Virginia 22041

January 28, 2012

The Honorable Liam O'Grady

U.S. District Court

Alexandria, VA  22314

Dear Judge O'Grady:

My name is Dr Esam Omeish and I am the chief of general surgery at Inova Alexandria Hospital. I am a graduate of Georgetown University and have resided in the DC area for about thirty years. I am writing a letter of reference for Syed Ghulam Nabi Fai.

I have known Dr. Fai for over a quarter of a century. Ever since I have arrived to United States as a youngster in high school, I have been involved in an organization called the Muslim Students' Association. It helped me grow and learn in an environment of collegiality and God-consciousness. It also taught me hard work, integrity and love of country. I have since embarked on a life long passion of public service and a gratitude to the new country I call home.

One of my earliest mentors and steady teachers has been my dear colleague Dr. Fai.  He was somebody I looked up to and learned so much from. I became an officer in the national organization where at the time he was serving as its vice president and then I worked with him when he was its national president. We served thousands of students and helped numerous communities throughout the United States and Canada to grow and prosper, while in the interim cultivated friendships and relationships that last to this day.

I have never known Dr. Fai except in the light of a tireless campaigner for his community's well-being and for his country's progress in light of the values and principles we embodied in our new great nation in the US.

After very rich and productive years in the non-profit and community development sector, I saw Dr Fai assume yet another honorable and worthwhile cause in defending the defenseless people of Kashmir, who have been inflicted with an occupation and a great injustice for many years. Dr Fai, once again, put his life's efforts to add a voice for a voiceless people and fight a fight for a people struggling to survive.

ESAM S. OMEISH, MD, PC
Diplomate, American Board of Surgery
Tel: 703.360.9700
Fax: 703.780.9229

4660 Kenmore Ave. Suite 220
Alexandria, Virginia 22304

PO Box 8325
Falls Church, Virginia 22041

I watched him with admiration as he built the Kashmiri American Council (KAC) with his colleagues. In a short time, KAC became the most vocal advocate of the human rights of the people of Kashmir and soon it garnered international recognition and respect for its balanced and just stances on such a complex issue.

I have also seen him as a father, husband and a family man in raising his family and children in our community, where despite his very heavy responsibilities and constant travel, he would lend a hand to serve as a board member in a local community center and a place of worship. I served side by side with him in these local capacities and had yet again gotten the opportunity to interact and learn from him more by example than by anything else.

I am certain that the current charges against Dr Fai do not represent nor reflect accurately his true character. I may never understand nor appreciate the circumstances that led to such mistakes, but I can confidently say that they do not represent the honorable man I have known and interacted with for over 25 years. Few people have impacted my life as much and even fewer have left lasting impressions of integrity and selflessness as had Dr Fai.

While punishment is an inevitable outcome of such shortcomings, I truly believe that in this case, leniency is in the first order of business. While you ponder, your honor, your responsibility and duty to apply the law, I hope that this most heartfelt testimony on behalf of a man of an impeccable character, will guide your wisdom to provide him a remorseful respite for his mistakes and a very near opportunity to return to take care of his family and continue to serve the very less fortunate people in the world who rely on his compassionate hard work.

Respectfully yours,

Dr. Esam Omeish

Chief, General Surgery

Inova Alexandria Hospital

Karen Parker
Attorney at Law
154 Fifth Avenue
San Francisco, California 94118
415.668.2752 (tel/fax)
email: ied@igc.org


4 January 2012


The Honorable Liam O'Grady
United States District Court
401 Courthouse Square
Alexandria, VA 22314

Re: Syed Ghulam Nabi Fai

Dear Judge O'Grady:

I am an attorney specializing in human rights and humanitarian (armed conflict) law. I interned in the chambers of Justice Frank Newman (Califonia Supreme Court) and at the Organization of American States Inter-American Commission of Human Rights. I have represented non-governmental organizations at the United Nations since 1982.

In 1990, after reading a report by Dehli High Court Judge Rajinda Sachar about human rights violations occurring in Indian-occupied Kashmir, I wrote my first "written statement" the topic that was published by the United Nations. At that time, Justice Sachar was also a member of the United Nations human rights sub-commission that published my statement and I knew him well. Following that, Americans of Kashmiri origin began to contact me. Dr. Syed Ghulam Nabi Fai was one of them, and I have worked with him in this regard since then. I came to know that Dr.Fai he was recognized as being an important leader of Kashmiri Americans as they sought to implement the various United Nations resolutions on Kashmir, especially those mandating a plebiscite to determine the wishes of the Kashmiri people regarding governance. As an example of our collaboration, at United Nations sessions we worked on organizing seminars sponsored by my non-governmental organizations. We also worked together co-sponsoring seminars in Congress under the auspices of members of Congress.

I am aware that Dr. Fai has pled guilty to the charges against him. That said, I must state that when I saw the news on the New York Times web-site on the day of his arrest, I was in a state of shock – it literally took me nearly half an hour to calm down. At that point, I became intensely grieved realizing that the Kashmiri people would suffer from this regardless of the outcome for Dr. Fai, as Dr. Fai's voice could be silenced for some time. That grief continues to this day. Later on that day, I went to my local café to meet friends, told them what had happened, and actually bet them that the FBI would be at my house the next day. The next day two very personable FBI agents were indeed at my door. I told them of my shock. I did not know any of the persons they they questioned me about, but I

did know the agent who works in the cubicle next to them – a former intern that I encouraged to join the FBI.

Besides working with Dr. Fai for many years, I also know his family. His wife is one of the kindest, most charming women I have ever met. His two children are a testament to good parenting. His son is about to graduate (or maybe just did) from Ohio State. His daughter is a Stanford, having entered when only 16? I think. Both of his children are what any parent would wish for, so clearly they had the kind of role-modeling that counts.

In the twenty years I have known Dr. Fai, I have always counted on him for kindness and gratefulness. While not a Muslim, I have high regard for his religious convictions and have had the honor of serving him the "fast breaking" dates at Ramadan at my home. He has told me how much that meant to him.

As I explained to the fine FBI agents who came to my home office, Dr. Fai and his wonderful family will be able to weather this storm. They are strong, intellectually gifted, and honorable people. What troubles me is the fate of the Kashmiri people in the grip of the Indian Army. I believe that how he may have damaged their fate is on Dr. Fai's mind every waking moment. He will continue to defend Kashmiris, and will not again fall prey to strategies that could harm them.

Most respectfully submitted,

Karen Parker, Esq.

# From Dr. Agha Saeed's Desk

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA  22314


Dear Judge O'Grady:

My name is Agha Saeed. I teach Ethnic Studies and Philosophy at California State University East Bay. I am also the immediate past National Chairman of the American Muslim Taskforce on Civil Rights and Elections (AMT).

I am writing this character letter in support of Dr. Ghulam Nabi Fai, Executive Director of the Kashmiri American Council.

I have known Dr Fai Since 1988 in three capacities:  As a scholar, as a community leader, and as a friend.

We have been co-presenters on several academic panels, most notably at the Annual South Asia Conferences in Madison, Wisconsin, the largest get-together of South Asia Scholars in the United States.

We have also spoken together at dozens of community events including annual Conventions of the Islamic Society of North America (ISNA), the largest gathering of Muslim-Americans attended by 35,000 to 40,000 Muslim activists, journalists, diplomats, congresspersons and interfaith leaders.

We are also family friends. Now, our daughters are getting to be friends. It is a great pleasure to have Dr. Fai's daughter Zahra Sayyid, who is a brilliant pre-med student at Stanford, visit our home in Fremont, CA.

I have visited Dr. Fai at his residence before and during his trial as well as after his indictment.

I can sum up my view of Dr. Fai in the following words:

> Having carried out a heroic struggle under most difficult circumstances, Dr. Fai has become the globally-recognized face of Kashmiri public diplomacy.

I have formed this view of him after several strong disagreements with him on both philosophical and strategic grounds.  It was in those moments of intense disagreement that I was able to reflect on his character and conduct in Tolstoyan terms.

In his letter dated May 8, 1910 and addressed to Gandhi, Leo Tolstoy had observed:

> The longer I live-especially now when I clearly feel the approach of death-the more I feel moved to express what I feel more strongly than anything else, and what in my opinion is of immense importance, namely, what we call the renunciation of all opposition by force, which really simply means the doctrine of the law of love unperverted by sophistries.

Yet, even Tolstoy fiound it necessary to understand the anguish and anger of the people under occupation who face daily dehumanizing humiliation.

In his profoundly humane and insightful novel Hajdi Murad, Tolstoy has majestically captured and conveyed how "humiliation" mutilates the human soul. He writes:

> The wailing of the women and the little children, who cried with their mothers, mingled with the lowing of the hungry cattle for whom there was no food. The bigger children, instead of playing, followed their elders with frightened eyes. The fountain was polluted, evidently on purpose, so that the water could not be used. The mosque was polluted in the same way, and the Mullah and his assistants were cleaning it out. No one spoke of hatred of the Russians. The feeling experienced by all the Chechens, from the youngest to the oldest, was stronger than hate. It was not hatred.... but it was such repulsion, disgust, and perplexity at the senseless cruelty of these creatures, that the desire to exterminate them -- like the desire to exterminate rats, poisonous spiders, or wolves -- was as natural an instinct as that of self-preservation.

What Tolstoy has observed of the Chechens has been equally true of Kashmiris for the last sixty-five years.

This I believe explains Dr. Fai's great achievement in overcoming that "repulsion, disgust, and perplexity at the senseless cruelty of" the Indian government and pursuing an entirely peaceful diplomatic solution to the lingering tragedy of the people of Kashmir.

It also explains his failure to observe the US laws. Throughout human history, in order to preserve the human dignity of their people, even leaders as great as a Nelson Mandela could not help overstepping legal boundaries.

It is my firmest conviction that Dr. Fai's contravention of the US laws had resulted from his eagerness to find a way to help his people, and not from any desire to cheat the IRS from its due share of taxes.

Allow me to conclude this testimonial with a stanza by Czeslaw Milosz, the Polish-American Noble Laureate, who too knew something about foreign occupation:

What is poetry which does not save

Nations or people?

A connivance with official lies,

A song of drunkards whose throats will be cut in a moment,

Readings for sophomore girls.

That I wanted good poetry without knowing it,

That I discovered, late, its salutary aim,

In this and only this I find salvation.


Respectfully Yours,


Agha Saeed, Ph. D.

Fremont, CA ███████

January 23, 2012-01-23

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Honorable Judge O'Grady,

My name is Dr. Tariq Shah, a resident of Rochester Hills, Michigan. I am a medical
professional-- a Clinical Embryologist-- dealing with childless couples. I am writing this
request on behalf of Dr. Syed Ghulam Nabi Fai, Executive Director of the Kashmiri
American Council (KAC).

I write these lines fully aware that a request of this nature should be genuine, verifiable
and objective. I am also aware of the legal mistakes Dr. Fai has committed for which he
has pled guilty. However, in light of recent events, my family and I continue to take pride
in calling Dr. Fai our dear friend. While my surprise is matched only by my
disappointment over these unfortunate revelations, my view of him as a true gentleman
and a man of character, has not changed.

Prior to having had the pleasure of meeting Dr. Fai in 1987, I was familiar with his
efforts as a leader of the Rights Movement in Kashmir. More pertinently, I worked with
Dr. Fai in my capacity as an elected Board Member of the KAC over a ten year period.
Through my umpteen one- on- one and group interactions with Dr. Fai, I have come to
understand his ideology, his mission, as well as the objectives and goals of the KAC in
furtherance of the right to self-determination in Kashmir. His ideology and mission is the
same as that of America's Founding Fathers: freedom and justice for all.

What Dr. Fai has done for the cause of freedom in general, and for the freedom struggle
in Kashmir in particular, can never be compensated in kind. He has been an untiring
crusader for peace, brotherhood, justice, and harmony among various faith communities
in Kashmir, as well as in America. For this, he, his wife, and his children have
contributed what none of his friends and well wishers, including myself, could never
match. I wish I had the wherewithal to put in even 0.1% of his contributions.

Over the decades, Dr. Fai has frequented institutions and international platforms all
across the world, spreading the message of the occupied people of Kashmir. This, at the
cost of being away from his family so often, while his other comrades, myself included,
continued the unhindered pursuit of our professions, and the unperturbed company of our
family.

While I understand that there is no excuse for breaking the law, I firmly believe that Dr.
Fai's offenses were dictated by the sheer nature and the sensitivity of his mission, not
motivated by any personal greed or advancement.

I am confident that Dr. Fai has drawn important lessons from these events. I am also hopeful that this setback does not force him to change his course in the pursuit of freedom and justice in Kashmir. Such an eventuality would be a loss to the cause of freedom and justice everywhere.

I plead with Your Honor to take a very lenient view of his offenses. I pray that any sentences awarded to Dr. Fai will take into consideration the difficult circumstances that might have contributed to any errors in judgment. In doing so, you will have pardoned an otherwise upstanding man who has given up his personal comfort and fortune for the oppressed nation of Kashmir.

Sincerely yours,

Tariq Shah

Rochester Hills, MI

From chamber of Mr. Zaffar A. Shah

Sr. Advocate, Jammu & Kashmir High Court

Srinagar (State of Jammu & Kashmir), India

The Honourable Liam O'Grady

U.S. District Court

401 Court House Square

Alexandria

VA 22314

Dear Judge O'Grady

With respects I seek few moments of your kind consideration to the case of Dr Syed Ghulam Nabi Fai, originally resident of District Budgam, State of Jammu & Kashmir, India. Reportedly the matter is pending for award of punishment to Dr Fai slated for the month of March 2012.

I am a practicing advocate of the High Court of Jammu & Kashmir. I am a senior counsel. My legal practice spreads over more than 35 years. I have dealt with several matters including constitutional, criminal, taxation etc.

For quite some time, newspapers have been reporting on the charges against Dr Fai and his confession thereto. I understand that Dr Fai has pleaded guilty to the charges. The charges relate to conspiracy to conceal matters, non-disclosure of income to the Internal Revenue Service thereby obstructing administration of Taxation Laws.

I have not personally met Dr Fai. But I do know that he is an educated person, coming from humble background, a self-made man and has worked all his life with dedication and commitment. To my knowledge, he holds no criminal record either of tax evasion or otherwise at the place of his origin. His reputation, dealings with the people and law enforcing agencies reportedly has been honest, truthful and consistent with his beliefs. I also believe that there is nothing against him in the police records nor it has ever been reported.

For last several decades, people of our state have been closely watching activities of Dr Fai in United States. The organization which he is heading has made its name internationally and has done commendable work in helping the Governments of India and Pakistan in resolving, what is called, Kashmir dispute. The speeches delivered by Dr Fai in many conferences, seminars, meetings, were extensively reported in the print media. It is the general consensus of the civil society that Dr Fai has always strongly and forcefully pleaded for peace in the subcontinent and good relationship between the two countries of India and Pakistan. I am sure that history will record Dr Fai as a peace broker.

Governments of India and Pakistan, in their bilateral relations are passing through a crucial phase. There are many non-state actors and groups, who are keen to derail dialogue process. Persons like Dr Fai, dedicated to the cause of peace, are needed to inspire and give confidence to the civil society. People of the subcontinent need Dr Fai.

Legal fraternity of the Indian subcontinent has learnt many things from American justice system. Expressing full faith and confidence that justice will be done, I do believe that the mistake committed by Dr Fai, though bona fide, in all probability is outcome of ignorance of special laws of taxation prevalent in United States. It is also first time, I believe, that Dr Fai is being prosecuted for breach of Tax Laws.

Looking to his advanced age, unblemished record of service during his long years of stay in the US, his conscionable belief in the cause of justice, in bringing two countries of India and Pakistan closer like two good neighbours, in preventing non state actors from derailing peace process, in helping the two Governments to bilaterally resolve Kashmir dispute in a democratic manner and in accordance with aspirations of our people, in seeking help of US Government and its leaders in supporting the dialogue process, and above all, to exert moral pressure to prevent violation of human rights in the subcontinent, are few circumstances paving way for leniency.

Dr Fai deserves another chance to continue with his work. While breach of law may not be condoned, justice can be administered magnanimously. To do so is divine.

I express my gratitude in sparing few moments in reading this letter of consideration by Your Honour.

Yours faithfully

Zaffar A. Shah

Ghulam N. Mir



Cuyahoga Falls, OH

January 11, 2011

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA  22314

Dear Judge O'Grady,

I am humbly writing this letter of reference for Syed Ghulam Nabi Fai, whose case is pending judgment in your court.

I am a Kashmiri American like Dr. Fai. I am a gastroenterologist, and have practiced in the Akron area for the last 31 years.  Along with my passion to serve my patients, I have a deep passion for the freedom of my birth place— Kashmir. That desire for the liberation of the Kashmiri people has been a motivating factor that has made many of us rally behind Dr. Fai in waging an international awareness campaign about Kashmir.

Dr. Fai first visited me at my home in the early 1980s while he was pursuing his PhD at Temple University; he reminded me that I had taken care of him in Kashmir as my patient when he was admitted to the hospital.  Those days I was a young surgery resident in training, and he was a college student. After that brief encounter which I had forgotten, we met again when both of us came to the United States. I had heard of his student activism, but could not put a face to his name. I hosted him in my home over a weekend. His visit made such an indelible impression on my young family that we trusted him with our twelve year old daughter and ten year old son: my wife and I put them on a plane, and Dr. Fai received them in Philadelphia for a week-long summer youth camp. My children, who are now grown and successful professionals, fondly and reverently call him 'Uncle Fai.'

I have worked with Dr. Fai for nearly thirty years in different Kashmir-related human and political rights organizations. I have attended numerous meetings, conferences and seminars locally and internationally with him until last year. I have always found Dr. Fai to be a man of compassion, utterly caring, and gracious.

His commitment to the Kashmiri cause has been the main goal of Dr. Fai's life: indeed, it has consumed him at the cost of his personal comfort and pleasure. Despite his passion for the cause, I have never noticed him to speak unkindly, impolitely or bitterly against those who may be his personal or political

adversaries. His experiences growing up in a conflict zone have certainly shaped his worldview, but he always showed respect and decency towards everyone. I can remember many occasions where political and civic leaders from India, Pakistan and Kashmir have sat together for a cup of coffee during conferences. Dr. Fai was polite and gracious towards all: he could make a room full of rivals ignore their differences for a moment in time.

Honorable Judge, why such an admirable public leader would fall victim to a lapse of personal judgment surprised all of us that have known him as a decent and upright man. His entire life has been a story of personal sacrifice, and I believe this unfortunate mistake does not reflect Dr. Fai's true character. His heart is in the right place, and it is aching for a people far away who do not enjoy the liberties we in America take for granted.

I believe Dr. Fai is remorseful about the mistake he made. I would like to ask for leniency in the dispensation of your judgment. I am confident that he will not commit a similar offence again. Dr. Fai will be an asset to American society, and once again be a source of moral and emotional support for Kashmiris around the world.

I thank you for your time and consideration.


Respectfully yours,



Ghulam N. Mir, M.D., F.A.C.G.



**Zahid G Muhammad**
Columnist/ Author

**PEACE HOUSE,**
**Bagh-e-Mehtab,**
**Srinagar, Kashmir, India**
**Phone: 194-2431743,**
**E mail : zahidgm@gmail.com**
**www.peacewatchkashmir.com**

Srinagar
February 2, 2012

Dear Judge O'Grady:

I am Z. G. Muhammad, a Srinagar Kashmir based columnists and author. Besides, being associated with Greater Kashmir, a daily newspaper published from Srinagar, Indian Administered Kashmir, I am published internationally in newspapers like the Arab News, Washington Post and Express Tribune. My published works include : Kashmir in War and Diplomacy, Icons of Kashmir Identity, Living Uncertainties Kashmir, People and Problem , Srinagar : My City My Dreamland and a collection of short stories, Cindering Chinars., http://en.wikipedia.org/wiki/Z._G._Muhammad.

Dr. Ghulam Nabi Fai, Executive Director of Kashmiri American Council was my contemporary and during his student days in Kashmir, he was respected for his integrity, piety and honesty. His writings in vernacular newspaper during his student days exuded with righteousness and moral values.

In 1989, yet another phase of tragedies unfolded in the history of Kashmir. The blood baths  enacted in the state motivated Kashmir Diaspora  all over the world to rise in support of their brethren back home and   Kashmir Diaspora Organization were born at many places. The United States was no exception.

The launching of Kashmiri American Council, with Dr. Ghulam Nabi Fai as its Executive Director was a major news in Kashmir.  Since the birth of the organization, I have been following Dr. Fai's statements and writings in Srinagar and other international newspapers. Besides expressing his concern over the human rights violations in the state, I have all along found him advocating for the peaceful resolution of Kashmir dispute that had caused three wars between India and Pakistan and brought the two South Asian nuclear powers to the brink of a nuclear war. I have found him imploring the United States, which was co-sponsor to the UN resolutions on Jammu and Kashmir guaranteeing



right to self-determination to the people of the state to play its role for implementing of these resolution. India and Pakistan having failed in resolving the Kashmir he has been often calling upon Washington to mediate for bringing an amicable settlement of the dispute between the contending parties.

In Jammu and Kashmir Dr. Fai is considered as person with an olive branch in his hand. He has been passionately involved in bringing India and Pakistan on a negotiated table by organizing all-inclusive Peace Conferences on Kashmir in the Capitol Hill. These Conferences largely succeeded in building bridges between the two countries and creating environs for bringing about lasting peace in the region. The resolutions drafted by India, Pakistan and Kashmir delegates and adopted at end of these conferences sufficiently testify his noble intentions for the peaceful resolution of Kashmir dispute according to wishes of people of the state.

I had an opportunity of attending few of these conferences and having one to one interaction with him. I have really found him a man of peace, bubbling with passion and enthusiasm for bringing back smiles on the deathly pale faces of people back home, who have been suffering uncertainties for past sixty-three years.

In his passion for a greater cause of Kashmir he might have inadvertently committed some omissions that have been seen in violation of the law of the land. But, keeping in view his greater mission for finding amicable and peace settlement of the Jammu and Kashmir dispute and bringing in lasting peace in South Asia, I would humbly request for taking a lenient view and allowing him to work freely for bringing peace in the region.

Thanking you with regards and respects.

Z.G. Muhammad
writer /columnist

To

The Honorable Liam O'Grady

District Court

Alexandria, VA 22314



*Muslim
Public Affairs Council
Western New York*

## MUSLIM PUBLIC AFFAIRS COUNCIL — WESTERN NEW YORK

6343 Transit Road ● Depew, NY 14043 ● Tel: (716) 683-1840 ● Fax: (716) 683-1843
www.mpac.org ● www.mpac-wny.org

The Honorable Liam O'Grady                                February 3, 2012
US District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

It is with great hope and anticipation that I write to Your Honor regarding *Dr. Syed Ghulam Nabi Fai* who is facing sentencing in your court next month.

I have known Dr. Fai since 1978 and it has been a pleasure to work with him in several capacities including the following:

- As a Board Member of the Kashmiri-American Council (KAC) from 1992-2010;
- As the President of Muslim Public Affairs Council (MPAC) of Western New York and Board Member of the national organization;
- As Program Director and Professor of Internal Medicine, University at Buffalo; And Master, American College of Physicians;
- As a Life member and Past President of Islamic Medical Association of North America;

Over these three plus decades, I have worked with and watched Dr. Fai closely in his capacity as the Executive Director of KAC, a philanthropist, a tireless human rights worker and a trusted resource for the United States government. I feel that I have legitimate input as you deliberate on his sentencing. I submit the following for your kind consideration:

- I was relieved as he pled guilty to the reduced charges in order to avoid a long drawn legal battle that would have further tarnished him, his family and the very cause that he advocated for all his life; the freedom struggle of the people of Kashmir. In my recent visit to him, it was clear that he is truly remorseful and takes full responsibility for his actions;

- Over the years, I have spent many days (and nights) at his house and have come to know him, his wife and their two children well. They have a beautiful family. I have seen him love his family and be loved unreservedly. He has amazingly close relationship and communications with his children. His family was absolutely devastated by his arrest and is extremely concerned about his future. As his children navigate tough road for their future education and a sustainable future it is critical, at this juncture, for him to be with his family to continue to provide the guidance that only he can provide to them;

- Together we have had a number of meetings with the Executive and the Legislatives branches of our government, the United Nations, British Parliament and several think

**The Premier Muslim Organization
With a Vision and a Road Map for American Muslim Success**

tanks and media outlets in the US, UK, Europe and several other countries.  In all these meetings and discussions, Dr. Fai highlighted the plight of the people of Kashmir as we all knew to be true and accurate;

- Frequently in meetings mentioned above government and elected officials, especially from our own government here in the United States and in UK, would seek his counsel and advice in formulating an appropriate response to a given situation and seek his assistance in sending signals and messages to the parties in question. Our government officials, frequently and openly in our meetings, would acknowledge the constructive and critical role Dr. Fai played in furthering the cause of peace and stability in a very volatile region of the world, a region where US national interests are at play in a very visible but contentious fashion;

- Dr. Fai and I have had the opportunity to attend several retreats devoted to Kashmir. The last one was in February 2010, at his house in Virginia. It was clear, once again, how he has maintained his focus to help resolve the issue of Kashmir in a peaceful manner with dignity and justice for all concerned parties;

- His incarceration would remove the most ardent advocate and supporter of peace in a very troubled area of world, a region that is of great strategic importance to our country;

- Your Honor, Dr. Fai's humility, selflessness, his commitment to democratic and plural values of our country and his untiring efforts to work with people of all political persuasions highlight the personality of a unique person who deserves a second chance to do what he does best; help our administration to find a lasting resolution to a dispute that, if unresolved, can potentially have devastating ramifications as clearly highlighted by all our recent Presidents; President Bill Clinton, President George W. Bush as well as President Barak Obama.

Finally, it is my humble submission that Your Honor allow Dr. Fai to work with our government and to continue with his educational mission of presenting the wishes of the people of Kashmir to the larger audience in the United States. In doing so the Court would assist our country in playing a positive role in this dispute that United States has officially supported and advocated for since 1947 and for which it has frequently coveted Dr. Fai.

Respected Judge O'Grady; thank you very much, indeed, for giving me this opportunity to share my personal experiences of Dr. Fai with you.

With my sincere regards;

Khalid J. Qazi, MD, MACP
President
MPAC-WNY
KJQ/jl;



*Langesund Bad*

**Lars Rise**

Badeveien 12, 3970 Langesund, Norway

The Honorable Judge Liam O'Grady

US District Court

Alexandria , Virginia 22314

USA

Washington, February 4, 2012

Dear Judge O'Grady

I take this opportunity to give my reference for dr. Ghulam Nabi Fai with the hope that you will carefully take into consideration my points of view concerning the decisions you will make on behalf of the Court.

I served as a member of Parliament in the Norwegian parliament from 1997 till 2005. I served on the standing Committee for Environment and Energy, the standing Committee for Defense and the standing Committee for Foreign Relations. I also served as a chairman for eight years in the Kashmir Group in our parliament. In the period of 1997 till 2001, I was member of the Parliamentary Assembly of the Council of Europe.

Through all these years – and also in the period after my years as an elected official – I have been very active in promoting the need for helping the kashmiri people to have self-determination in accordance with the various Security Council Resolutions. I have travelled actively in the region, in Pakistan, in Azad Kashmir, India and Jammu & Kashmir. I have through the years built friendships with the actual leaders in the region and all the different players in the conflict. I have through my work built relations with President Musharraf, former Prime Minister Benazir Bhutto, Leader of the Congress Party of India, Sonia Gandhi, former Foreign Minister Natwar Singh of India, professor Abdul Ghani Butt and his partners in the All Party Hurriyet Conference, President Ibrahim Khan and all the different leaders of the Kashmiri organizations in Azad Kashmir.

I have participated actively in Kashmir conferences all over the world. For several years I took part in the Kashmir Conference on Capitol Hill in Washington DC. I took also part in various conferences and manifestations in London, Brussels, Geneva and Oslo. Dr. Fai has been instrumental in leading the work to promote freedom and democracy for Kashmir. It has always been very important for him



*Langesund Bad*

that the population of approximately 15 million kashmiris should have the right to determine their own future in accordance with the United Nations Security Council resolutions from 1947 and 1948. This means that the kashimiri people should be allowed to take part in a referendum in order to choose whether Kashmir should belong to India or Pakistan or if the country should be an independent state. The last alternative is not rooted in the resolutions, but will be one natural third alternative as the referendum will be held.

Dr. Fai has been speaking on behalf of the kashmiri people, but he has been advocating strongly the need to hear voices from all three sides in the conflict. In the conferences on Capitol Hill it was always important to have strong Indian representation and some of the major voices from Indian public debates could be heard concerning Kashmir. As I as a Member of Parliament travelled in the region it was also very important for dr. Fai that I listened carefully to some of the most important spokespersons in Indian politics and that I could develop my own opinion on how to resolve this very complex conflict.

Dr. Fai has laid down his life for others in his efforts to find clever solutions on a conflict, which to a great extent has been neglected by the international community. When the United Nations has not engaged in the conflict in the way they should, dr. Fai has done a lot of the work which from my point of view should have been done by the international community. He deserves to be credited for his tireless efforts to bring peace to the region. As a skilled peacemaker he knows that it is important to get all the different parties in the conflict around the same table and make sure that all sides of the conflict could be heard. This was one of the things I appreciated with dr. Fai and the fact that he is an academic has been visible in all his activities in this regional conflict, once by President Bill Clinton described as the most dangerous conflict in the world.

Personally I appreciate very much dr. Fais strong personal engagement, his unselfish way of behaving and his integrity. I have never experienced him giving wrong information, even when the facts have not been to the advantage for the organizations fighting for freedom and democracy in Kashmir.

I hereby express my wish that you will regard dr Fai as an idealist who wants to do good for others and who has been willing to sacrifice his potential profitable academic career to help the kashmiri people.

Yours sincerely

Lars Rise

Former Member of Palirament

The Honorable Liam O'Grady

U.S. District Court

Alexandria, VA 22314

Dear Judge O'Grady:

My name is Nisar Ahmed Thokar. I'm a working journalist based in Azad Jammu and Kashmir (Pakistani administered Kashmir). "In my capacity as a working journalist from Kashmiri descent, I have had the opportunity to interact with Dr. Ghulam Nabi Fai besides reporting his activities during his visit to Pakistan for last 10 years. I also know Dr. Fai through his untiring, unprecedented and painstaking work for a peaceful settlement of Kashmir dispute that happens to be the bone of contention between the two arch rivals of South Asia and indeed a stumbling block in the way of peace in the region.

Dr. Fai, as a person, is very humble, humane and indeed a man of great integrity who devoted himself selflessly to promote human values, peace and interfaith harmony in this highly volatile region. As an intellectual he played significant role to bridge the gap between India and Pakistan thereby bringing the intelligentsia and civil society of both the countries together and he had hosted a series of discourses on Kashmir, which were attended by the delegates from both India, Pakistan.

It is worth to mention here that Dr. Fai is the first Kashmiri-American who talked about the aspirations of the people belonging to all religious and ethnic entities and groups of Jammu and Kashmir.

As a law-abiding and responsible citizen of the US, Dr Fai never indulged in subversive activities nor did he ever utter even a single word that could have in contravention with the US policies regarding Kashmir. His decades-long peaceful struggle on diplomatic fronts bears witness to this fact. However, it is regrettable that despite good character and respectable life Dr. Fai has unfortunately committed negligence, which he had confessed later. To err is human, as we all are human beings and committing common mistakes is all but natural. But I'm quite sure that Dr. Fai being a thorough gentleman shall never repeat such mistakes in future.

As a human rights activist, Dr. Fai played vital role in exposing the worst human rights violations being inflicted on the people of Jammu and Kashmir and championed for Kashmiri peoples' right to self-determination.

Dr. Fai is a genuine peace maker endowed with great intellectual, political and diplomatic skills. He has all the potential and abilities to act as a peace-bridge between India and Pakistan as he is reputed to be a reasonable and sensible person with a cerebral approach towards the problems. It speaks volumes about his intellect and pragmatic approach that he hosted dozens of conferences on Kashmir to push forward the peace process in the

region besides providing a platform to Indians, Pakistanis and a cross-section of Kashmiri leaders to share their expertise and observations regarding the issue.

Keeping in view his years-long peaceful struggle, I believe that Dr. Fai can hugely contribute to the efforts of peace-building in this region provided that he is given a chance to continue the work he has been doing over the years.

In view of the defendant's good work and valuable contribution towards peace, I very humbly seek for lenience Your Honour, while handing down the final judgment, so that the defendant can be able to play his much needed role effectively in a befitting manner.

I also express my sincere gratitude to your-honour for considering my plea-letter of leniency.

With highest regards
Nisar Ahmed Thokar

**Lord Ahmed of Rotherham**
House of Lords
Westminster
London SW1A OPW



Tel 020 7219 1396
Fax 020 7219 1384
ahmedn@parliament.uk

The Honourable Liam O'Grady
U.S. District Court
Alexandria, VA  22314

2nd February 2012

Dear Judge O'Grady,

It is my honour and pleasure to write a letter of recommendation for Dr Ghulam Nabi Fai. I am a Labour Peer , Lord Nazir Ahmed of Rotherham, Member of the British House of Lords. I was the first Muslim and Pakistani/Kashmiri origin member of the House of Lords appointed by Her Majesty the Queen in 1998.  I am elected Chairman of the All Party Parliamentary Group on Kashmir in the British Parliament. I travel around the world raising the human rights issue and have had the pleasure of working with Dr Guiam Nabi Fai for over 19 years.

I also know him through his extensive and highly commendable work as the director of the American Kashmiri council, where he has  been active in fighting for human rights in Indian held Kashmir.

 I first met Dr Fai when I was part of a delegation lead by Lord Eric Avery, Norman West Member of the European Parliament, Jimmy Boyce MP and former Chief Justice of Azad Kashmir His Honour Majeed malik. We had a meeting arranged with Secretary General UN Boutros Boutros-Ghali and Dr Gulham Nabi Fai was very helpful and assisted us in the logistics of our visit. In my opinion Dr Fai is a hard working, honest man. He was and is very helpful, and is committed and dedicated to the Kashmir cause, he wants to help bring justice to the Kashmiri people . He is of a previous good character and never defrauded any one.

I am aware of the serious charges against him and his guilty plea. Dr Fai and his family have suffered with hardship due to this case, which has affected his reputation and put enormous pressure on his family life as well as his work.

I would be obliged if your Honour take this plea into consideration and be lenient in deciding the penalty as Dr Fai already has suffered enormously .

Thank you for considering my letter

Yours sincerely

Lord Ahmed of Rotherham



**House of Lords**

From Lord Avebury                                         P1229014

020-7274 4617
ericavebury@gmail.com
ericavebury.blogspot.com

January 29, 2012

Dear Ms Ginsberg

I have been a Member first of the House of Commons and then the House of Lords for then last 50 years. I founded the Parliamentary Human Rights Group in 1976; was its chairman until 1997, and have been vice-chairman since then. In that capacity I visited Azad Kashmir four times and the Indian State of Jammu and Kashmir twice, and it was in connection with my Kashmiri activities that I met and corresponded with Dr Ghulam Nabi Fai. I have discussed the Kashmir issue with him in London and Washington DC.

I understand that Dr. Fai is pleading guilty to conspiracy to falsify and conceal matters he had a duty to disclose and to defraud the United States Treasury by impeding the Internal Revenue Service in the computation and collection of revenue; also to endeavoring to impede the administration of the tax laws.

As far as I am concerned Dr Fai has worked hard and effectively in pursuing the rights of the people of Kashmir, which were abandoned when the United Nations allowed the Security Council's Resolution of April 21, 1948, providing for a plebiscite to be held on self-determination in the original princely State of Jammu and Kashmir, to be rendered inoperative. He was a valued colleague with whom I enjoyed working, and I was astonished to learn that he is being charged with an offence of dishonesty.

Yours sincerely,

Eric Avebury

Nina J. Ginsberg, Esq.
DiMuroGinsberg, P.C.
1101 King Street, Suite 610,
Alexandria, Virginia 22314,
USA





**ICNA**
Islamic Circle of North America

February 6, 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Dear Judge O'Grady:

My name is Naeem Baig and I am Executive Director of ICNA Council for Social Justice. I also serve as Vice President of the Islamic Circle of North America (ICNA), which is one of the leading grass-roots organization of American Muslims.

It was in 1991 when I first met Dr. Ghulam Nabi Fai and his family. I was at that time working on producing a documentary on the plight of the people of Kashmir. I still remember the warm welcome with which the Fai family received us and it was very nice to see an ideal American Muslim family. I was pleasantly surprised to see a couple who both came to America freeing themselves from the human rights abuses taking place in the lands they had come from, in case of Dr. Fai, Indian occupied Kashmir and in case of his wife the China's repression of Chinese Muslims.

Since then I met, ate and travelled with Dr. Fai on several occasions and shared public stages and forums with him at many conferences. It was always an honor to be with him and his eloquence I always envied. Whenever he spoke on the issue of Kashmir, he spoke with deep compassion and conveyed the true picture while presenting the plight of his people. Never ever did I find him promoting hate, violence or extremism of any kind. He always had and still talks about a peaceful resolution to the Kashmir crisis.

I have a great respect for Dr. Fai, he is a man of great wisdom and integrity. He is the face of Kashmiri people in America and the world and is much loved and respected by the members of the American Muslim community and especially our membership. It was shocking to hear about the charges brought against him by the government. Shocking because he is a man of beautiful character and he never uttered any words that would in any way show that he is an agent of some foreign government. I have been to his home several times and have found his statements made in public and in private to be always the same: A peaceful resolution of Kashmir according to the wishes of Kashmiri people is all that he ever wanted.

I thank you for considering my humble request. Please show leniency and let Dr. Fai go home to be with his family and children. This will not just be a favor to him but to all Kashmiri people who are desperately looking forward to a day where they would also be able to sing the songs of freedom.

Sincerely,

Naeem M. Baig
Vice President
Islamic Circle of North America

ICNA Headquarters: Tel: 718-658-1199; Fax: 718-658-1255; Email: ICNA@icna.org; Address: 166-26 89th Ave., Jamaica, NY 11432, USA
ICNA Divisions: The Message: 718-658-5163; ICNA Relief: 718-658-7028; ICNA Book Service & Publication: 718-657-4090; Sound Vision: 312-226-0205
Young Muslims: Brothers: 516-371-5085; Sisters: 516-256-5157; MSI Financial Services Corp.: 713-785-9099
ICNA Canada: 416-293-2452; The Message Canada: 514-486-1351; ICNA Book Service Canada: 416-609-2452

**The Honourable Liam O'Grady**
**U.S. District Court**
**401 Courthouse Square**
**Alexandria, VA 22314**

2 February 2012

Dear Judge O'Grady,

My name is Tahir Aziz and I am writing this letter in support of Syed Ghulam Nabi Fai in my personal capacity. I have known Dr Ghulam Nabi Fai for the past fifteen years and have had the opportunity to meet him on many work related instances. I first met him when I was the Director of the Human Rights Commission of Pakistan administered Kashmir. Since then I have seen him in many conferences in Geneva, New York, Islamabad and London. I currently work with Conciliation Resources, a UK-based independent peacebuilding organisation. We are mainly funded by the British Government and we work with people affected by armed conflict in a number of places around the world to prevent violence and build peace. I am the Projects Manager of Conciliation Resources' India-Pakistan (Kashmir) Programme.

Dr Fai is one of the rare Kashmiri voices articulating non-violent and democratic resolution of the Kashmir problem. He has always been passionate in his efforts and I have found him to be a man of principle and commitment. He has given up a lot for his Kashmir cause. Due to the demanding nature of his work and with limited resources he may have been under monetary pressure, but I understand that he never meant to increase his own financial gain but tried to move his efforts forward.

I have known him to be a man of good character and was surprised to learn that he made a lapse in judgment in dealing with his finances. I strongly believe that he must be very remorseful for his actions.

Thank you for taking the time to read my letter. I hope I have been able to give you an idea of what Dr Fai is like as a human being, he has been committed to solve the problems of the people of Kashmir, while getting himself stuck in a tangle of financial difficulties. I hope you consider these qualities and are lenient towards him while making any judgments.

Kind regards,

Tahir Aziz

India-Pakistan (Kashmir) Projects Manager
Conciliation Resources
London N1 1RG UK

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Dear Judge O'Grady,

My name is Muhammad Salim Akhtar and I am a Program Management Professional as well a Social-quasi-Civic education and Community Relations Activist. I am humbled and honored when asked to provide this character reference on behalf of Dr. Ghulam Nabi Fai, a man I knew of highest moral, ethical and humanistic values, a proponent of Democracy, Freedom and peace, a stern believer of non-violent struggle for just causes of Humanity, Justice and Individual's Rights to self determination. But it also saddens me to know that a Person of highest caliber and respect, Dr. Fai could also stumble. It reminds me of how imperfect we the Human beings are, with our fault lines, errors and omissions. I guess for the same reason when we struggle to create and maintain our society as harmonious as possible, we enforce Laws with compassion, mercy, with tools such as restitution, compensation, rehabilitation, leniency and forgiveness.

We had couple thing in common with Dr. Fai. One is Faith on Almighty God and the other is the Constitution of the United States of America, as it has reconciled with our believes, Sanctity of Human Life, Individual's Freedom, Peace and Justice. What I witnessed Dr. Ghulam Nabi Fai lived up to these believes. He stood for the Human Dignity, Peace, Justice and struggle for Freedom through peaceful and non-violent means. He made his contributions for the good of the Society, his Family, his neighborhoods, his children, for the People of Kashmir and for his adopted country United States of America.

Judge O'Grady, with these few words, I ask your indulgence to consider leniency, compassion and forgiveness when considering the sentencing Dr. Fai. Thank you.

Respectfully,

Muhammad Salim Akhtar

Chicago, IL



**University of Kashmir**

HAMIDA BANO, PhD
PROFESSOR
Department of English,
Hazratbal, Srinagar
Kashmir 190006
hbano@kashmiruniversity.ac.in
91 9419007614
0091 -194-2432529

Respectful judge O' Grady,
   May it please your honor

   My name is Hamida Bano. I teach    in the Department of English, University of Kashmir. Besides teaching, I have been on the forefront of the advocacy of human rights and social activism for the past two decades. I have consistently raised my voice against human rights violations in Kashmir by Indian Army and her paramilitary forces , in response to a public demand for internationally recognized right to self determination by the people of Kashmir. Moved by the helplessness and devoiced state of his people back home in his native land , Mr Fai took upon himself the responsibility of making   the US Government and other world bodies aware of the colossal tragedy being enacted in Kashmir with the hope that they will positively mediate for putting an end to human rights violations and bringing about a peaceful resolution to the long pending dispute which has made Kashmir a blighted place on earth . Had he been a lesser mortal, he would have enjoyed himself in the land of sunshine and gold, as he was highly qualified for any lucrative job. Instead he tried his best to alleviate the sufferings of his people by mobilizing the world opinion against crimes against humanity committed by the Indian State in Kashmir . Not only did he lobby with the US Government but tried to bring together three parties to the dispute , namely Indians ,Pakistanis and Kashmiris on one platform by holding annual peace conferences to dialogue for peace and an end to hostilities which have brought only death and destruction to Kashmir and political uncertainty and instability in the whole region . It is to few of such conferences that Mr. Fai invited me to in the past several years that I got an opportunity of knowing him and interacting with him.

He is a dedicated and committed worker for genuine causes with no personal axe to grind. He has an unblemished character with no spot of corruption of any kind whatsoever.. I have had the opportunity of staying in his house thrice at least in the past one and a half decade, which helped me to know him more closely. Together, we met many influential senators and congress men who headed various committees in the Capitol Hill for pleading the case of Kashmir .I was impressed the way he was respected and trusted by them as a genuine person. In fact I was really amused to see his name in the " Who is Who" list in Washington DC .His passionate involvement with Kashmir issue kept him preoccupied all the time. Because of this state of mind he must have inadvertently missed fulfilling certain requirements for working in US. I appeal that a lenient view may be taken of his case and he may be allowed to breathe in freely and carry out his work as a free citizen to serve the cause of repressed, devoiced and forgotten people of Kashmir.

With Warm Regards

Date 1 February 2012

Hamida Bano

The Honorable Liam O'Grady,
 U.S. District Court,
Alexandria, VA 22314

Dear Judge O'Grady,

I am a journalist by profession having completed sixty years in this profession. I was the founder-editor of The Kashmir Times, first English newspaper published from Jammu and Kashmir since 1952 and at present Chairman of the Kashmir Times Group of Newspapers (having three daily newspapers and a children's magazine). I am also a peace and human rights activist and at present Director J&K Institute for Peace, Justice and Democracy and co-chair, Pakistan. India Peoples Form for Peace and Democracy (Indian chapter).

I have known Dr. Ghulam Nabi Fai for the past two decades having first met him in Washington in January 1994 when I was there to participate in the workshop on Kashmir organized by US Institute for Peace. Since then I have been regularly attending the annual conferences on Jammu and Kashmir sponsored by the Kashmiri American Council and Association of Humanitarian Lawyers at Capitol Hill and participated in the dialogue for finding a peaceful, just and democratic solution of the Kashmir problem.

We have also participated together in several other conferences/ seminars organized by different groups involved with conflict resolution and peace including PUGWASH, an internationally acclaimed non-Government Organization (recipient of Nobel Prize) working for peace and science, held in different countries. Our objective has been to facilitate a process of dialogue for peaceful resolution of all conflicts and a just solution of the Kashmir problem.

I found Dr. Fai as an amiable person with democratic temper and accommodating spirit. He always valued dissent and opposed the cult of violence during the deliberations in the conferences. It was through him that I could meet a large number of Kashmir diaspora in the U.S.A.

I was surprised to know about the charges of conspiracy to falsify and conceal matters he had a duty to disclose against him as I considered him to be a law abiding citizen, conscious of his rights and responsibilities and having very good character.

I have found Dr. Ghulam Nabi Fai to be a very considerate and helpful person, who was prepared to suffer for making others comfortable. On one occasion he vacated his room in a hotel in Islamabad (Pakistan) when two of my family members could not find accommodation there. Though we did not always agree about our perception and solution of the Kashmir problem, he always listened to me patiently and even tried to accommodate my view-point.

I can fully understand the pain and hardship suffered by Dr. Fai and his family, particularly his noble wife, whose hospitality we always enjoyed while in Washington, due to the charges made against him.

I humbly plead that lenient view be taken of his offence, to which he has pleaded guilty, to enable him to continue his pursuits for putting an end to the prolonged India-Pakistan conflict and to find a peaceful solution of the vexed Kashmir problem through a process of dialogue. Knowing his qualities of head and heart, I am confident that he will not commit a similar offence again.

With highest regards,


Your's Sincerely,

(VED BHASIN)
Chairman,
Kashmir Times Group of Newspapers,                                              January 25, 2012

Jammu & Kashmir -India.

To,

The Honorable Liam O' Grady
U.S. District Court
Alexandria, VA 22314, USA

Dear Judge O' Grady,

I am a human rights defender working in Indian administered Jammu and Kashmir. I am the co-founder of the Association of Parents of Disappeared Persons (APDP), which is campaigning against the phenomenon of enforced disappearances since 1994. I am the President of the Jammu and Kashmir Coalition of Civil Society, an amalgam of various civil and political rights groups, established in the year 2000 for promoting a vibrant civil society, non-violence, democracy and peace. I am also one of the co-founders of the Asian Federation Against involuntary Disappearances (AFAD), which was established in Philippines in 1998 for addressing the phenomenon of enforced disappearances in Asia. I have been conferred with the 11th Ludovic Trarieux peace prize in 2006. The first Ludovic peace prize was received by Nelson Mandela.

In 1997 the United States State Department, invited me to attend the International Visitors Leadership program along with other participants from different countries to study the American judicial system. During my visit to the United States in 1997, I happened to meet Dr. Syed Ghulam Nabi Fai, who was then actively involved in highlighting the human rights situation of Jammu and Kashmir. During my interaction with him, I was impressed by him, as he emphasized the importance of institution building and civil society activism. Thereafter I happened to meet him in Geneva during the UNHRC sessions in 2001 and 2002. I always found him busy highlighting human rights abuses of Jammu and Kashmir with great passion. During deliberations it was useful for me to gain from his experience and also the kind of faith he had in the international processes and non-violence. He has always been known in Jammu and Kashmir for advocating non-violence and international engagements. During our interactions he would always highlight the need to engage with the European and American civil society groups. He always came across as a person who believed in non-violent conflict resolution, peace building and democracy, which has been very beneficial for me personally and for the people who he has been in touch with.

Over the years Dr. Syed Ghulam Nabi Fai organized conferences of the Kashmir American Council. Though I never had the opportunity to attend these conferences, they were very useful for creating an alternate space for dialogue and discussions on the Kashmir dispute. In my opinion, Dr. Syed Ghulam Nabi Fai is one of the most prominent persons of Jammu and Kashmir, who has been a major stakeholder in promoting dialogue and non-violence as means for conflict resolution.

I was very shocked to hear the news about Dr. Syed Ghulam Nabi Fai's arrest and his act of violating the American taxation laws. Though the intentions may be bonafide, violation of laws is definitely a concern for a country governed by the rule of law.

Keeping in view the contributions Dr. Syed Ghulam Nabi Fai has made for promoting human rights, non-violence and dialogue, people hold him in very high esteem, as any malfeasance committed by him was not for his personal gain or profit but for his obsession for the legitimate rights of the people of Jammu and Kashmir, for which he has worked tirelessly over the last 40 years.

I feel obligated to plead before this court for leniency while adjudicating his matter, as any harsh judgment against him will be a huge setback for those in Jammu and Kashmir who have been working to promote non-violence, dialogue and human rights.

I hope that the Honorable Court will consider my request while issuing the judgment against Dr. Syed Ghulam Nabi Fai.

Thank you,

Advocate Parvez Imroz

February 2, 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA  22314

Dear Judge O'Grady:

My name is Mohammad Ishaq and I am a Senior Scientist at the SAIC-Frederick,
Frederick, MD. I have been engaged in biomedical research in this country since 1986
when I began my career as a postdoctoral fellow at the University of Pennsylvania,
Philadelphia. It was in Philadelphia that I met Dr. Ghulam Nabi Fai who was completing
his doctoral work at the Temple University. In addition to being a graduate student he
was also the President of International Students Union at the Temple University attesting
to his leadership qualities. He was married in Philadelphia and I along with my family
attended the marriage that was conducted in a very simple manner. He has a lovely wife
and two children and my family is really fond of them. He is a dedicated father who has
really taken good care of his children and helped them in their education. His son is a
student at a veterinary school and his daughter recently graduated from Stanford
University.

I have known Dr. Fai as a highly respectable, humble, down to earth, and dynamic
individual with passion for hard work and sincere devotion to the cause of Kashmiri
people for whom he was worked tirelessly since the inception of Kashmiri American
Council in 1990. His work has been vital in promoting peace and highlighting human
rights violations (like disappearances and mass graves) in the valley of Kashmir and
hailed as an inspiring example for the Kashmiri diaspora in this country as well as
abroad. His efforts have given hope to millions of Kashmiri people who are aspiring for a
non-violent, peaceful, and dignified solution to the Kashmir issue.

I was shocked and surprised when I found out Dr. Fai committed judgmental errors for
which he was arrested and as a part of plea bargain faces possible incarceration. What
shocked me is the fact that he broke the law of the country that stands for the freedom of
expression and democratic principles across the globe and for which Dr. Fai himself had
worked so hard all these years and are so dear to his heart. I personally feel that he was
being overenthusiastic and aggressive in pursuing his work and did not realize the
outcome of his actions.

I am happy that he has accepted his mistakes and is remorseful of his actions. He has
done so both in public as well as private conversations and understands that he has to
work within the legal parameters of this great country. I am fully confident that in future
he will abide by the law of this land. He has always been a valuable member of the
Kashmiri community in Washington DC area and commands great respect among all the
age groups. He is a family man committed to his wife and children and has not amassed
any personal wealth. His work for Kashmir is crucial and the only hope for millions of
Kashmiris.

I humbly request the honorable court to look mercifully at his case and allow him to return to his community without any incarceration.

With best regards

Sincerely

Mohammad Ishaq, Ph.D.

Germantown, MD

Dated: Jan 15th, 2012

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA  22314

Dear Judge O'Grady:

I would like to briefly introduce myself. My name is Majid Butt and I was born in Srinagar, Kashmir. I moved to this wonderful country along with my wife in 2005 and now reside in Los Angeles, CA. We moved to this nation because it engenders fresh hopes and is truly a land of boundless opportunities. I finished my Masters in Business Administration from Loyola Marymount University and am presently working for a small business in the healthcare industry.

I write to you today, Judge O'Grady, on the character of Dr. Fai. I had the pleasure of meeting Dr. Fai at different occasions- I first met him a few years ago at an event organized by a student's association at University of California, Los Angeles (UCLA). Dr. Fai was one of the speakers at the event and I had an opportunity to listen to his speech and talk to him. For past several years I have been volunteering at the United Nations Association (Whittier Chapter). The Chapter organizes different events where people from various backgrounds are invited to speak on topics varying from global affairs to international politics. The Board invited Dr. Fai to speak on Kashmir in January of 2011. It was at this event I had another opportunity to meet with him.

I also encountered Dr. Fai at an event on Kashmir, organized by Los Angeles World Affairs Council in February of 2011. Even though Dr Fai was not the speaker at this particular event, I had an opportunity of talking to him. Furthermore, I have had the pleasure of reading several articles written by Dr Fai on Kashmir dispute, on the internet.

The Kashmir dispute is one of the oldest unresolved disputes in the world and should be resolved through an impartial plebiscite under the supervision and direction of the United Nations. From all the speeches and articles that I have seen or read by Dr. Fai, I am certain that he has been seeking this type of solution to the Kashmir dispute.

I am aware of the offense for which Dr. Fai has been charged, but like most of the people that knew him, it came to me as an immense surprise. I fail to understand how an intelligent person can make a mistake of this magnitude, but as Denis Waitley once said "there are no mistakes or failures, only lessons". Nobody is bigger than the law and a mistake like this should not have happened. Yet he is a person who has championed the virtues of peace and a peaceful resolution to the Kashmir problem and that should be given acknowledgement. He is at his core akin-hearted man who believes in the processes and avenues of peace. In this light I would request you to kindly take a more lenient view in Dr Fai's case.

I really appreciate your time and would like to sincerely thank you for considering this letter.

Sincerely,

Majid Butt, MBA
Los Angeles, California

# MIDWEST NEPHROLOGY CONSULTANTS, P.C.

A. RAUF MIR, M.D., F.A.C.P.
ALEXIS G. THOMAS, M.D., F.A.C.P.
HARRIET S. LANGLEY, M.D., F.A.C.P.
NANCY BIRENBOIM, M.D., F.A.C.P.
SUBRAMANIAN SIVARAJAN, M.D., F.A.C.P.

*T.H. LEE, M.D. - EMERITUS*
*D.E. WELLS, M.D. - IN MEMORIUM*

MAX J. GLASER, M.D.
ROBERT E. GOLDER, M.D.
ALEXANDR ARAKELOV, M.D.
BRENDA McCARTHY, ARNP-C
MARY ANN THIES, R.N., CCRN

The Honorable Liam O'Grady
U.S.District Court
401 Courthouse Square
Alexandria,VA 22314

Dear Judge O'Grady,

I, A. Rauf Mir, am humbly honored to write this letter of character reference on behalf of Dr. Ghulam Nabi Fai. I am a clinical professor of Medicine and Nephrology at the University of Missouri in Kansas City and have lived in Kansas City since 1972, following my emigration from my homeland of Indian-occupied Kashmir.

I practiced nephrology for thirty-seven years as a private consulting physician with Midwest Nephrology Consultants and am currently dedicating my time to the provision of free or low-cost health care to the underserved in the Greater Kansas City area. As a founding member of the Greater Kansas City Interfaith Council, board member of the Midwest Transplant Network, and as an advisor to the National Kidney Foundation, I have had the honor to serve the Kansas City community for four decades of my life.

Massive atrocities and mass killings of civilian men, women, and children in Kashmir, documented by human rights groups such as Amnesty International, reached new peaks in 1989-1990. These events led to the formation of the Kashmiri American Council by a group of US citizens of Kashmiri descent with the hope of serving as a voice for Kashmiris in the US. In Kashmir, the people have no voice, given the military occupation and ruthless severity of martial law under the occupying Indian army, and it is our hope to stand witness against the injustice, the rapes, the disappearances, and the senseless killing.

I have served on the board of the Kashmiri American Council since its inception, and in that capacity I know the responsibility of the work and its coordination has been conscientiously, honestly, and ably carried out by Dr. Fai on a full-time basis. Dr. Fai has been someone known to me since the early 1980's with his arrival in the US as a post-graduate student at Temple University. He has worked tirelessly, and often single-handedly, on behalf of a disenfranchised people, a terrorized land, and a dying culture in order that he may bear witness that he stood on the side of justice alongside the weak, downtrodden, and oppressed.

6400 Prospect
Suite 480
Kansas City, Missouri 64132
(816) 444-4806
Fax (816) 444-2810

17421 Medical Center Parkway
Independence, Missouri 64057
(816) 350-3223
Fax (816) 350-3033

206 NW Mock
Suite 200
Blue Springs, Missouri 84014
(816) 350-3223
FAX (816) 350-3033

5701 W. 119th St.
Suite 116
Overland Park, Kansas 66209
(816) 444-4806
Fax (816) 444-2810

ANSWERING SERVICE (816) 444-7300

600 NW Murray Road
Suite 311
Lee's Summit, Missouri 64063
(816) 350-3223
Fax (816) 350-3033

# MIDWEST NEPHROLOGY CONSULTANTS, P.C.

A. RAUF MIR, M.D., F.A.C.P.
ALEXIS G. THOMAS, M.D., F.A.C.P.
HARRIET S. LANGLEY, M.D., F.A.C.P.
NANCY BIRENBOIM, M.D., F.A.C.P.
SUBRAMANIAN SIVARAJAN, M.D., F.A.C.P.

T.H. LEE, M.D. - EMERITUS
D.E. WELLS, M.D. - IN MEMORIUM

MAX J. GLASER, M.D.
ROBERT E. GOLDER, M.D.
ALEXANDR ARAKELOV, M.D.
BRENDA McCARTHY, ARNP-C
MARY ANN THIES, R.N., CCRN

Dr. Fai has been working under extreme stress, dedicating his life to a cause that receives little international attention, attracts very little international support, and yet has a profound influence on the political future of an entire continent. It is the humanity, the dignity, and freedom of the Kashmiri people that Dr. Fai has chosen to selflessly serve.

Honorable Judge, my colleague Dr. Fai has consistently and conscientiously articulated the mission of our organization: to bring about a peaceful resolution to the Kashmiri problem. Dr. Fai is an exceptional individual with upright moral character, a dedicated leader, and a very loving family man. He, by his deeds and commitment of heart, mind, and energy has become a symbol of the aspirations of the oppressed people of our motherland.

I know that Dr. Fai will be appearing before you in the near future for sentencing. I understand that his sentencing could result in his incarceration. I appeal to you for leniency and compassion. As you may know, Dr. Fai is deeply remorseful for the mistakes that he has made in the past and he has been quite categorical in making that remorse known to the board of the Kashmiri American Council and the public generally. I sincerely believe that the mistakes that Dr. Fai made were out of character and brought on by unusual circumstances; Dr. Fai will not repeat his mistakes. Freedom from incarceration will allow Dr. Fai to continue to be a productive citizen, a champion for the cause of a suffering people, and a voice of peace and reason in the resolution of one of the most pressing and intractable disputes in the world.

Finally, but by no means least in consideration of leniency, I ask you to please bear in mind his family. Dr. Fai's involvement in the Kashmiri struggle for self-determination has already caused him the loss of many of his dearly beloved in Kashmir itself. With a much-loved wife and dear children who are now his family in the US, let him not be lost to them.

I sincerely thank you for your time and consideration of this matter and wish you all that is good.

Respectfully,

A. Rauf Mir M.D.,F.A.C.P.

6400 Prospect
Suite 480
Kansas City, Missouri 64132
(816) 444-4806
Fax (816) 444-2810

17421 Medical Center Parkway
Independence, Missouri 64057
(816) 350-3223
Fax (816) 350-3033

206 NW Mock
Suite 200
Blue Springs, Missouri 64014
(816) 350-3223
FAX (816) 350-3033

5701 W. 119th St.
Suite 116
Overland Park, Kansas 66209
(816) 444-4806
Fax (816) 444-2810

ANSWERING SERVICE (816) 444-7300

600 NW Murray Road
Suite 311
Lee's Summit, Missouri 64063
(816) 350-3223
Fax (816) 350-3033

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

I come from a family where each of our past five generations I know of has fled to another country for the sake of their security and well-being. Now we live in four different continents.

My name is Abdul Malik Mujahid, I am executive producer of a radio program at WCEV 1450 AM in Chicago. I am an Imam. I also chair the Board of Trustees of the Parliament of World Religions. I lead a campaign in the early 1990s in the US which resulted in rape being declared a war crime for the first time in human history in the wake of the Balkan wars.

The last time I saw Dr. Fai was in July 2011 when he was standing at his booth at the entrance of the Donald Stephen Convention Center Rosemont, IL handing out information about Kashmir at the ISNA convention. This is precisely what I have seen him do for almost twenty-five years or so year after year, and that is mostly where I have met him - always standing in the hallways of different conventions determined to share with others the pains and challenges of people of Kashmir.

Although my family is not from Kashmir, I have personally known what it means to be a refugee. Each time I will find my mother being silently tearful in her room, I knew she must be remembering her mother and brothers lost when her family fled almost a thousand miles from Hyderabad Deccan, her birth place. I remember when as a 13 year old boy and her only child at the time, she took me on a journey back to her town. We wandered for ninety days in search for her mother and lost siblings – with no trace of them anywhere. Constantly living with painful memories, she died early.

It is the bill of rights enshrined in the US constitution that made me adopt USA as my home. As a result I also could not be with my mother and father when they passed away in another country far away from their birth place.

I never told Dr. Ghulam Nabi Fai, my personal stories which I just shared with you. But my personal pains were the reason why I felt for his cause, understood his pains and always stopped by his Kashmir booth. But I do wonder if his pain for his loved ones and his enthusiasm for the suffering of his people somehow blinded him from seeing the violations of our laws.

- 1 -

During all my interactions with him at Conventions or when interviewing him for our radio, I found him utterly sincere, thoughtful and just. One special thing I admired in him tremendously was that I could not detect any hatred towards Indians and Hindus which Kashmiris blame for their problems. It was his kind and forgiving behavior that caused me to invite him to speak at the 130 year old tradition of the Parliament of World Religions to share his wisdom which was first addressed by an Indian sage Swami Vivekananda.

I was really surprised and saddened to read in the papers the charges against Dr. Fai. I had difficulty believing that such an honorable, who campaigned against lawlessness in his native home could himself break laws here in his adopted home. That should have inspired him to be more law abiding in a country which has welcomed him. However, his willingness to admit mistakes and plead guilty, has restored some of my confidence in him. I started seeing him recovering to his true self.

Knowing his calm manners, non-rebellious nature, I am sure that your merciful admonition to him will be more than enough to guide him to recognize his mistakes, reorganize his life as a useful law abiding citizen of our great nation.

I am so confident that he will not commit similar offense again that I am willing to submit the deed of my only house where I live to your court as guarantee.

He has harmed his cause in an irreparable way. He was the only voice for his people in America. He will live to regret his mistakes that silenced that voice. This in my view is a far greater punishment that anything this court may subject him to.

I request you to kindly treat him with utmost leniency.

I pray for you and him.

Thank you for reading and considering my letter.

Peace

Abdul Malik Mujahid

Hazel Crest, IL

# UNIVERSITY OF ILLINOIS
## AT URBANA-CHAMPAIGN

Center for South Asian and Middle Eastern Studies
A National Resource Center for Middle Eastern Studies

221 International Studies Building, MC-489
910 South Fifth Street
Champaign, IL 61820  USA



January 24, 2012

The Honorable Liam O'Grady
U.S. District Court, 401 Courthouse Square, Alexandria, VA  22314

Dear Judge O'Grady:

Allow me to introduce myself as a Research Professor at the Center for South Asian and Middle Eastern Studies, University of Illinois at Urbana-Champaign, where I have served from 1997. My career prior to this included a two-and-a-half-year term (1990-92) in the Rajya Sabha, the upper house of the Parliament of India.

My connection with Dr Ghulam Nabi Fai arose from our common interest in finding a solution to the protracted Kashmir dispute. In 2003 I attended and spoke at a Kashmir-related conference in Washington DC that Dr Fai helped organize. At this event his industry was striking, as was his courtesy toward all participants, who held different and at times conflicting opinions.

Since then I heard from and about Dr Fai from time to time, chiefly in regard to conferences he was involved with, all linked to the Kashmir question. Though I was not able, post-2003, to take part in any of these conferences, I tried to follow their proceedings.

In 2007 I learned of a serious brain surgery he needed and of the concern of his friends about his health. More recently I learned with surprise that he was charged with violations of US laws. My surprise was connected to my memory of the considerate manner in which Dr Fai had comported himself at the conference, and my awareness of his effort toward a solution over Kashmir.

I understand that Dr Fai has pled guilty to some serious violations and that he awaits sentencing. May I request you, Honorable Liam O'Grady, as you decide on the appropriate sentence, to consider also, as I am sure you will, the state of Dr Fai's health – I understand his heart too has been unsteady this year – as well as his acknowledgment of infringements? It is to be doubted that he would have the wish or the capacity to repeat his errors.

With thanks for reading this appeal and assurances of my esteem, I am,

Sincerely yours,

Rajmohan Gandhi

Research Professor, Center for South Asian & Middle Eastern Studies, University of Illinois at Urbana-Chanpaign. Email rgandhi@uillinois.edu. Phone 217 265 0574

02/03/2012

The Honorable Liam O'Grady

U.S. District Court

Alexandria, VA 22314

Dear Judge O'Grady,

My name is Wajahat Qureshi, and I am a software Engineer/Administrator. Besides working as a software engineer, I have been teaching at George Town, George Mason and other universities here in Virginia. It is my honor to provide this character reference on behalf of Dr. Ghulam Nabi Fai.

I have known Dr. Fai since 2000. In that time I have known Dr. Fai to be of good moral character. Dr. Fai has been supporting the cause of Kashmiri people all along he has been in this country. He is very selfless, always making effort to see no injustice is done with the people of Kashmir.

Dr. Fai has kept the interest in Kashmir above his interest in his family life. He had to travel all the time leaving his kids and wife alone just to see the atrocities on the people of Kashmir end. I have never known him to do anything for his personal gain.

Dr. Fai has always advocated peace. He has tried to get the voice of people of Kashmir to be heard by holding peaceful demonstrations. It is due to his efforts that there has been temporary cease fire in Kashmir. He has always tried his best to build bridges between India and Pakistan so that the Kashmir issue is solved.

Dr.fai has been in close contact with U.S. government to keep them updated about the situation in Kashmir. I have never seen him advocating for any country but only Kashmir.

I understand that Dr.Fai has done something against the law which a man of such moral character would never have done. But I guess we are all humans and mistakes happen . I am sure that he has realized that nothing can be an excuse for breaking the law of the land.

It is my humble request that because Dr. Fai has always sacrificed his life for others the court will be generous enough to let him be a free man. I hope the court takes mercy on his wife and two children who have already suffered a lot.

Yours humbly,
Wajahat Qureshi

Herndon, VA



# THE UNIVERSITY OF AZAD JAMMU & KASHMIR
# MUZAFFARABAD – AZAD KASHMIR

## INSTITUTE OF KASHMIR STUDIES

### Tel (Off) 058810-43963

No. _786/A/5_ /IKS/200                                                           Dated 5/2 /2001 2

The,
Honorable Liam O'Grady,
U.S. District Court,
Alexandria, VA 22314.

Dear Judge,

I Sheikh Waleed Rasool habitant of state of Jammu and Kashmir controlled by India Pakistan and China disputed as per United Nations Resolution dated 5th Jan.1949 in which USA is also one of signatures, migrated Indian Occupied Kashmir to Pakistani controlled side fragmented part in 1994 when India raised the concentration of troops above 700,000 in small area of 111sq km in Length and 86 sq.km of breadth of Kashmir Valley. The suffocation intensified when I was student of Medicine when internationally reputed Professor of Cardiology Dr.Guru and Orthopedic specialist Dr.Ashai were killed in cold blood. I am doing my Ph.D in "Interpersonal communication and Conflict Resolution " I am regular columnist since 1996 appearing in India/Pakistan and both divided parts of Kashmir.  I have been Editor of" "Kashmir Insight "and Producer of Sate TV. I am author of three curriculums of M.Sc Level in "Kashmir Studies", Mass communication and Conflict studies for AJ&K University. I am senior research fellow at University also delivering lectures at Alla Iqbal University.

I have no intention to justify or influence what so ever the routine course of justice is, but the above circumstances of migration have 100% relevance with that of Dr.Fai, uprooted hence migrated in mayhem, tried to survive in odd  in exile like that of me, having meager resources in kitty did his Ph.D, continued  advocating the Kashmir cause Globally, left no stone un turned to enhance the canvass of peace constituency while burning his mid night oil. The people like Dr.Fai besides me, who have been left no option were being forced to leave mother land, deserves some sympathy and relaxation. The love of mother land is divine gift, Dr.Fai is lone leader among leaders lot having communication skill to make some influence in corridors of power in USA.

I literally know Dr.Fai since nineties engaged in promotion of the peace, He is famous personality abrust of global requirements having capability and capacity   to advocate the amicable settlement of Kashmir as per UN resolutions, prier my migration to other side of LoC vis-a-vis his migration to USA he used to visit  once Azad Jammu and Kashmir and Islamabad. Since we were sailing on same boat and I am convinced with his argument. He is intellectually/ academically sound public figure, reputable and honorable in fractured parts of Kashmir in particular and in general in Pakistan, India, vis-à-vis Globally.

1



# THE UNIVERSITY OF AZAD JAMMU & KASHMIR
# MUZAFFARABAD – AZAD KASHMIR

## INSTITUTE OF KASHMIR STUDIES
### Tel (Off) 058810-43963

No. _7861B/П_ /IKS/200                    Dated 5/2/2001

indeed it was my honor that I attached myself with him voluntarily as "coordinator since 2000 so arranged hundreds of programs in Universities, Policy institutions, Bar councils, organizations of civil society, political, social circles' and media. I am first hand witness to his all activities in Jammu and Kashmir and Pakistan and owe the responsibilities of his every movement during his stay in Azad Jammu and Kashmir and Pakistan were he used to architect the concrete peace constituency.

The nature of Dr.fai,s activates is an open secret as it used to be published on routine basis' in every leading dailies as he have been always busy round the clock advocating the peaceful settlement of Kashmir quandary. Every leading daily published his interviews because role of USA matters in Asian sub content, i have all relevant record, photographs, including the up- dated calendars' of his appointments as he used to work almost 16 hours/day without taking a breath.

What so ever offence he has been charged is subjudice matter, he is having utter faith in USA justice system as a responsible citizen. He is indeed bound to fallow the role of land and Law in USA, but it is my humble submission on the humanitarian grounds that Syed Fai is carrying baggage of history devoted himself in fouling situation when his motherland was tribally bleeding. He passed his entire life in struggle restlessly;

- Dr.Fai as Philanthropist used to promote the peace while providing to support to Peace programs on micro and macro level vis-à-vis on Academic level.
- He is vocal antagonist of Violence of all nature and played his formidable role despite of fact he was himself victim of circumstances.
- He geared up efforts' in knocking doors of UN organizations and helped to put gauze on oozing wounds of people when 7.6 magnitude earth quack struck AJK. He led team of doctors affiliated with Kashmir American Council also devoted their professional duties in healing wounds.
- Dr.Fai as leader of Kashmir is stick to legal frame work of United Nations Charter and believes in co-existence, tolerance, diversity and accommodation of all voices.
- Dr Fai is lone voice of Kashmiris in uni-polar world who have lost almost half million people during struggle of right to self - determination despite issue was having legal legitimacy as per UN resolutions.

Dr.Fai is man of dignified character, even his opinionates have never, ever claimed that he might have ever involved any immoral activity of any nature, speaks volumes' of his conduct. I am personally witness to his deeds being a close associate during his stay in Kashmir. His vision is that, education is ladder to achieve the goal and foundation of democracy. He is always inclined to people of wisdom and

2

# THE UNIVERSITY OF AZAD JAMMU & KASHMIR
## MUZAFFARABAD - AZAD KASHMIR

### INSTITUTE OF KASHMIR STUDIES

**Tel (Off) 058810-43963**

No. _786/ III_ /IKS/200    Dated _3 /2_ /200 2

Literary taste. His previous life is clean and neat in spite he was having highest level liaison with almost entire dignitaries at state level he might have chased opportunity and in receiving monitory benefits but he focused on cause and avoided luxury life.

I am taking oath that whatever I am inking, I own it, even before the court of law, that Dr.Fai is selfless person what so ever he had done may be because he was having deep physical and spiritual involvement with his bleeding nation Kashmir and during this passion he have missed the line.

I am humbly requesting that punishment is not lone alternative to repair loses of US exchequer but the impact of punishment have enormous repercussions upon 14 millions habitants of Kashmiris because Dr. Fai is an icon and Identity of Kashmiri people in USA.

I on behalf of entire staff of University of Kashmir appeal to your good self, Keeping Dr.Fai services for his nation in consideration in light of his previous life it is requested he should be given the some relief and as his services are highly needed to his nation. It humbly requested that, Dr.Fai is not just an' individual' but an institution, encyclopedia and an authority of Kashmir issue but a human being also.Your kind relaxation will not only give a chance to Dr.Fai but my entire nation will appreciate your kind consideration.

Thank you for considering my letter

With high regards and respect,

Dr.Sheikh Waleed Rasool
" Senior Research Fellow"

0092- 51-4451316
0092- 300-9508736
waleedrasool@yahoo.com

3 4

*LAW OFFICES OF*

# Ejaz A. Sabir & Associates

A Professional Corporation
6454 Market Street, 2nd Floor
Upper Darby, PA 19082
Tel: (610) 713-9000
Fax: (610) 713-9500
E-mail: ejaz@sabirlaw.com

*2.2.12*

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Re:     Humble request for leniency in sentence of Dr. Ghulam Nabi Fai

Dear Judge O'Grady:

I am a practicing attorney and a resident of Pennsylvania. I have been in practice for over eight years. First time I met Dr. Ghulam Nabi Fai was in 1994 at Kashmiri American Counsel "KAC" annual meeting in Kansas, USA.  For past 17 years, I met Mr. and Mrs. Fai several times. They even have visited my home.

Mr. Fai is a dedicated, hardworking and committed person. Being, a student leader, having PhD in mass communication from one of well know US institution, multilingual US citizen, Mr. Fai could have chosen an ordinary 9-5 job. Instead he chose an extraordinary path to represent the voiceless and oppressed people of Kashmir who has been demanding nothing else but, in accordance with the UN resolutions, the right of self-determination.

Mr. Fai has devoted almost his entire life for the cause of Kashmir and has published approximately over three thousand articles and over 400 speeches on the issue of Kashmir. His articles appeared in The New York Times, The Washington Post, The Washington Times, Chicago tribune, Wall Street Journal, Financial Times, Plain Dealer, Baltimore Sun and many other foreign policy journals in the United States and around the world. He has been a leading spokesman for the Kashmir cause and has traveled to over forty countries lecturing on the subject. He was elected chairman of the United Nations Unrepresented Peoples and Nations of the World (UPN).

Although, Mr. Fai pled guilty, and as a member of society I would like him to pay his debt to the society, yet as an officer of court I must advocate that the punishment should fit the crime and serve as deterrence for future crimes.  Throwing behind bar a sixty year old who had brain surgery in 2007, had severe heart related medical issues in 2011, who is prescribed to take a daily dose of Liptor, will not fit in as a punishment for his first ever crime. As for deterrence, Mr. Fai will indeed not repeat his mistake where he ends spending later years of his life in jail when he can see his son graduating from Medical School, getting married and fulfilling his father's dream; thus, I would humbly request your honor, and beg exercise of discretion, to render as lenient as possible sentence in Dr. Ghulam Nabi Fai's case.

I thank you and immensely appreciate your time and consideration in this matter.

Respectfully,

Ejaz A. Sabir, Esq.

# TEHREEK -E- KASHMIR UK



Kashmir House, 401 Alum Rock Road, Birmingham B8 3DT. United Kingdom
Tel: 0121 326 6557 Fax: 0121 246 2453 - E-mail: tehreekekashmir@401centre.com

Date: 4 February 2012

The Honourable Liam O' Grady
U.S. District Court
401 Courthouse Square
Alexandria VA 22314

Dear Judge O' Grady

My name is Mohammed, president of Tehreek -e- Kashmir UK. Tehreek -e-
Kashmir is an organisation that campaigns for the right self determination for
the people of Kashmir in accordance to the UN resolutions and the human
rights violations in Kashmir. I came to the UK in 1966. I currently have my own
catering business.

I write to you in relation to Dr Syed Ghulam Nabi Fai. I have the pleasure of
knowing Dr. Fai since 1985 when we met at a convention he attended
organised by Tehreek –e- Kashmir UK in Birmingham UK. I was very
impressed in Dr. Fai's commitment and loyalty to the Kashmir cause. Dr Fai is
not allowed to go back to see his family in Kashmir. Dr Fai is very committed
to the Kashmir cause and left his home land to help the people of Kashmir
through political and diplomatic means. He organised various conferences
around the world in which I had the pleasure of attending in Capital Hill,
America. Dr. Fai also arranged my meeting with the US State department In
America.

When I first met Dr. Fai he was very pleasant and humble, and to this day Dr.
Fai is a man who shows the utmost respect to myself and all those he meets.

I have spoken to Dr. Fai in times of hardship and he has always been very
supportive and always sees the positive in any situation. During difficult times
I have almost always seek advice fro Dr. Fai.

I am very fortunate to have met Dr. Fai and his family. Dr Fai is man of great
character has always acted lawfully in whatever he does.

I hope you will consider my letter

Your sincerely

Mohammed Ghalib
President



**POLICY ARCHITECTS INTERNATIONAL**
11632 Sourwood Lane, Reston, VA 20191-3043
TEL: 703-620-1324; 703-476-6562
E-mail: polarch@verizon.net
Website: www.policyarchitects.org

January 10, 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, Virginia

RE: Dr. Syed Ghulam Nabi Fai

Dear Judge O'Grady:

I am writing to you on behalf of Dr. Fai. But permit me first to introduce myself. I am Rodney W. Jones, currently president of Policy Architects International, a consulting firm. I hold a PhD in political science from Columbia University, and began my career as a college professor. Most of my career has been in the policy community here in the Washington, DC area. I have served in think tanks (e.g., CSIS and, CEIP) and also as a special government employee in the USG, when I was part of the US-Soviet START Treaty negotiations. I was born in India (of American parentage) and have had a long association with South Asia. The security issues between India and Pakistan, including Kashmir, have been part of my scholarly and policy-oriented repertoire, I have frequently traveled in that region as a professional, and I am well published and known to be one of our experts on South Asia. I am also a founding member of the Kashmir Study Group, consisting of retired American diplomats, scholars and other professionals.

It is in this capacity as an expert on South Asia, and with knowledge of the Kashmir dispute, that I first got to know Dr. Fai personally some 10 years ago, following his invitation to me to be one of the speakers at an annual international conference on Kashmir -- organized by the Kashmiri American Council on Capitol Hill. I may have served as an American speaker at such conferences 5 or 6 times since. At the associated dinners and also on one occasion at Dr. Fai's residence, I got to know Dr. Fai, his wife and family, and a few others in his circle informally.

I am aware that Dr. Fai has been charged with a federal tax offense. Having first heard of court proceedings from the press, I was greatly surprised. All of my interaction with Dr. Fai indicated to me that he is an honorable, upstanding, and professionally learned person with a good family, and well respected in Washington DC circles for his advocacy of finding a solution to the Kashmir dispute. His dealings with me have always been open and impeccable, and without any aura of political agendas other than his search for a just outcome for the people of Kashmir -- and quite naturally so, since Kashmir is his original home and Kashmiris have endured great suffering.

Dr. Fai is a soft-spoken and earnest person who relies on reason. He is positive in spirit, courteous to a fault, and both warm and affirmative in human relations. He is not in the slightest tendentious or given to grandstanding. I never myself encountered anything devious in his manner, approach, or behavior. I believe he is a person of good character and will shun any further offense going forward. In light of these considerations and also of his family's needs, I would pray you exercise leniency on Dr. Fai in your judgment of the case.

Sincerely yours,

Rodney W. Jones
President



**WESTERN**
**ILLINOIS**
**UNIVERSITY**

January 23, 2012

The Honorable Liam O'Grady
U. S. District Court
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

I am Mohammad A. Siddiqi. I have been teaching at Western Illinois University, Macomb, Illinois since 1987 and serving as director of the Journalism Program here since 2006. I am president of the Islamic Center here in Macomb and also serve as member of the Board of Trustees of the Council for a Parliament of the World Religions (CPWR) since 2010.

I have known Dr. Ghulam Nabi Fai since early 80s when he was pursuing his Masters degree in Islamic Studies at Aligarh Muslim University in India where I was also a student in the Department of Physics. Later, we were together in Philadelphia and lived in the same apartment complex for four years. Dr. Fai was completing his Ph. D. in the Department of Religion at Temple University and I was pursuing my doctoral degree in the School of Communication and Theater. We were both actively involved in the interfaith programs and other extracurricular activities of Mutual interest. I always admired his dedication, sincerity and hard work as National President of the Muslim Students Association of the U. S. & Canada.

I am aware of the offense for which Dr. Fai has been charged. However, I was surprised and shocked to learn about it. Having known him for more than three decades, I am still wondering how he could make such a mistake. Dr. Fai has spent his entire life serving the people of Kashmir in their struggle to gain freedom. He is internationally known and respected for his steadfastness in this cause, his soft spoken manners and his gentle demeanor. People may disagree with him but they cannot disrespect him. I have found this to be true with both his friends and foes. He is an excellent father of two enterprising children and a dedicated companion of his wife.

Your Honor, I appeal to you for leniency for Dr. Fai so that he may continue his lifelong work to democratically fight the cause of Kashmiri people in a peaceful manner. I thank you very much for reading this letter and for considering my request.

Sincerely and respectfully

Mohammad A. Siddiqi, Ph. D.
Professor of Journalism and Public Relations
Director of Journalism

Department of English and Journalism
College of Arts and Sciences, Simpkins Hall 124, 1 University Circle, Macomb, IL 61455-1390
Tel 309.298.1103   Fax 309.298.2974   www.wiu.edu/english

# KASHMIR MEDIA SERVICE

House No. 1008, Street 93, I-8/4, Islamabad
Ph: 051- 4435548-49, Fax: 051-4861736
e-mail: info@kmsnews.org
Website: http://www.kmsnews.org

5 February 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA 22314

Dear Judge O'Grady:

It is humbly submitted that I am the Executive Director of Kashmir Media Service- an organization based in Islamabad and dedicated to the objective reporting and conducting research on different aspects of the life in Jammu and Kashmir. This is a news and research organization about Kashmir. I am a law graduate and have practiced law in Srinagar, the capital city of Jammu and Kashmir, for eight years.

I have known Dr Ghulam Nabi Fai since 1975, when I was the chief editor and he the manager of a Srinagar based daily Urdu newspaper, Azan. Dr Fai pursued his educational career in India, Saudi Arabia and the United States and I used to meet him during these periods of time quite often.

Both of us belong to the part of Jammu and Kashmir, which is occupied by India and have been jointly engaged in the struggle for the liberation of the territory. I have always found Dr Ghulam Nabi Fai a committed and hard working person in his pursuit of a conducive atmosphere to resolve the Kashmir dispute on permanent basis. My personal experiences with him stand testimony to the fact that he is a person with considerate, gentle and compassionate personality.

Dr Ghulam Nabi Fai has been very rigorously working in the United States for center staging the Kashmir dispute at the global level and I was very surprised as well as grieved to know that a case has been instituted against him in a court in Virginia that is in progress.

I, as a person who knows Dr Ghulam Nabi Fai very closely request your honor to remain lenient while deciding the case against him in view of the fact that he has been working and is expected to work in the future for the resolution of the Kashmir dispute that is a sacred cause for millions of the people living in Jammu and Kashmir, a disputed territory in South Asia.

I thank you very much for considering my submissions.

Regards

Shaikh Tajammul-ul-Islam
Executive Director, Kashmir Media Service Islamabad
Phone: 0092 3008506255 (Mobile); 0092 51 4448944 (Office)



# VALLEY MEDICAL CLINIC

Date:

January 30, 2012

The Honorable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria , VA 22314

Your Honor,

    I am a physician by profession, having practiced in internal medicine in the Los Angeles area for the past 30 years. I am also a father of three, and in my spare time I volunteer at two local schools, where I teach children about the negative health effects of tobacco and drug use.

    I have known Dr.G.N. fai since 1990, having met him around the time Kashmir rose to demand its fundamental rights. Since then I have been in touch with him through phone and teleconference conversations, and have also met with him at least once a year in seminars relating to human rights issues of Kashmir.

    Dr. Fai is first and foremost, a gentleman and scholar, and firm believer in peaceful coexistence. He believes Kashmir's problems can only be settled by dialogue, and dialogue alone. Aditionally, he was educated in America and places great faith in American values as they relate to international dispute resolution.

    Dr. Fai is also an untiring activist, and has logged thousands of miles traveling every month giving lectures and attending meetings in many states of the U.S., England, Switzerland, and Asia. We have spoken on many occasions as he would spend countless nights in the airport lounges. Although he was largely succesfull in his efforts, he did have his share of disappointments, and ultimately, this struggle took its toll on him.

    Your Honor, I believe what transpired in Dr.Fai's case was definately an unintentional lapse of judgement, and not a clear reflection of his true character. I was very saddened to learn of the situation and know that he has already suffered a great deal as a result of it. He will continue to suffer he won't be able to promote Kashmir cause, which he loved passionately. That is more than incarceration for my friend. Please accept this letter in support of granting leniency to Dr. Fai in this matter. Thank you your Honor for your patience.

Sincerely Yours,

H. Parray, M.D

## H. PARRAY, M.D.

418 San Fernando Mission, San Fernando, Ca. 91340 • Phone: (818) 365-5661 (818) 894-3622 Fax: (818) 365-4233



London ████ United Kingdom

20th January 2012

The Honourable Liam O'Grady
U.S. District Court
401 Courthouse Square
Alexandria, VA 22314, USA

*Dear Judge O'Grady,*

<u>Syed Ghulam Nabi Fai</u>

I am writing to you in respect of Syed Ghulam Nabi Fai, who, I understand has pleaded guilty to conspiracy to falsify and conceal matters which he should have disclosed in relation to the computation and collection of revenue. He has also pleaded guilty to endeavouring to impede the administration of the tax laws. As I understand the situation, this offence has arisen, not for Dr Fai's personal gain, but in his capacity as Executive Director of the Kashmir American Council, a not-for-profit organisation based in Washington DC whose principal activity is to highlight the cause of the Kashmiri people living in the state of Jammu and Kashmir in South Asia, who are fighting for their political and human rights.

As a writer and commentator on Indo-Pakistani relations, I have specialised understanding of the Kashmir issue and the work which Dr Fai, an American citizen of Kashmiri origin, has undertaken. In the context of my own work, I first met  Dr Fai, at a seminar on Kashmir in February 2000 in Islamabad, Pakistan. Since that time I  have frequently  sat on the same panel with him at seminars held in Geneva, Brussels, Los Angeles and  London, where he is  regarded as  a much respected commentator and advocate of the rights of the inhabitants of the state of Jammu and Kashmir.    I also know that in addition to the locations I have mentioned and where I have been present, a considerable amount of Dr Fai's time over the past twenty years has been  spent travelling to capital cities throughout the world to highlight the Kashmir issue. In recent years I have  been a participant in the annual conferences which he, as Executive Director of the Kashmir American Council, regularly organized in Washington, DC, USA. On two occasions I produced a report on the conference for dissemination in local newspapers. Throughout my association with Dr Fai, I have found him to be  an industrious and hardworking individual, committed to publicising at the highest level  the situation in Jammu and Kashmir, whilst maintaining a modest lifestyle for himself and his family.

It would therefore seem that the crimes of which he stands accused arose not from any  desire for personal advantage but from his wish to  promote a cause,  in which he believes passionately - both on a humanitarian and at a political level.  I would, therefore, on his behalf request leniency so that he will be in a position to  continue his work at the same time as being able to undertake his family responsibilities looking after his wife and children.

*Yours sincerely,*

Victoria Schofield        *Victoria Schofield*        .

Dated 25th January 2012

The Honorable Liam O'Grady
U.S. District Court
Alexandria, VA  22314

Dear Judge O'Grady:

Encouraged by your reputed sense of judgement and magnanimity, I Farooq Siddiqi, a citizen of Canada and a working Licensed Professional Engineer in the Province of Ontario Canada would humbly state that while I Live in Canada, my heart always cries out for those people in Kashmir, who have suffered at the hands of Indian army`s relentless brutality inflicted on innocent people only because they want to live in peace with justice and freedom as guaranteed by the universal declaration of human rights to which India is a signatory at UN.

I am amongst those who have physically suffered through incarceration and interrogation at the hands of the occupational forces in Indian held Kashmir, place where I was born and raised.

It is in this context that I am writing to your honor that I have known Dr. Fai raising his voice against the injustices done to people of Kashmir in different forums that make the difference in the human life on this planet, be it UN human Rights Commission in Geneva, New York or Halls of United States Congress or European Union's Parliament.

While I do not condone the guilt that he has pleaded, but I admire his efforts in making the echelons of power centers of world listen to the factual human right abuses committed against less fortunate Kashmiri people. His dedication towards a cause to alleviate the sufferings of people of Kashmir is noble and righteous in essence. His handling may be flawed but his intentions to seek end to human sufferings may not be.

I have known Dr. Fai since 1996 and have had opportunity to share some platforms as panellist on different aspects of human right abuses during which we developed a working relationship for settlement of Kashmir conflict peacefully through dialogue and reconciliation.

During the period that I have known Dr. fai, I found him a thorough gentleman in his dealing with me on personal level as well as on the issue of mutual interest predominantly the issue of peace and human rights in Kashmir. I was surprised and shocked and constrained to learn about his functionality for which he has pleaded guilty.

He is a man who has not been allowed to go back to the place where he was born; a man in exile along with his family has suffered the pain of being away from his near and dear ones outside his immediate family in Washington.

A man dedicated his life to a virtuous cause has erred in his path to achieve good for others than himself may deserve a lenient view from your esteemed self. Justice will have served itself if nobility of the cause for which Dr. Fai dedicated his last 25 years is also taken in account while delivering your honors Judgement.

I remain truly yours

Farooq Siddiqi. P.Eng

Brampton Ontario,

Canada-



Ghulam Jeelani Wani, ██████████anabiya, Bahrain

31 January 2012

To:   **The Honorable Liam O'Grady**
      U.S. District Court
      Alexandria, VA 22314

Dear Judge O'Grady,

I am about 57 years old currently living and working as a senior bank executive in Bahrain. I graduated in Economics in 1977 and have been working as a banker since 1979, having lived and worked in the process in several countries including India, Canada, Indonesia, Bangladesh, Saudi Arabia, Kuwait and Bahrain. My wife and three children live, work and study in Canada as Canadian citizens.

I am from Jammu & Kashmir, India, the same province from which Dr. Syed Ghulam Nabi Fai hails from. Due to our common roots and his interest in Kashmir affairs, I came to know of Dr. Fai in early eighties and later also got to know him personally when I was working in Saudi Arabia where he used to visit frequently to meet the various visiting political figures from Kashmir, India and Pakistan. In early nineties, I visited the U.S. for the first time and was hosted by Dr. Fai and his family in their home. I got to know him then even more closely as we together visited the U.N. headquarters and the chambers of some Ambassadors, U.S. Senators and the House members. In all those meetings during which Dr. Fai vigorously pleaded the case for Kashmir and her people of all religions and races, I got to witness his sincerity of purpose.

I am aware of and surprised by the charge against Dr. Fai heard in your honorable court. Given Dr. Fai's good character and humble life style as I have known these personally, I can only assume that there must have been some unintended mistake on his part. This is a man who has not been able to visit his homeland for decades even when his parents died there. He is a perfect example of total dedication to the cause of Kashmir (seeking the Right of Self Determination for the people of Jammu & Kashmir as per the Resolutions of the United Nations) without any self interest or any personal gain. He is highly educated (having earned his PhD degree from a U.S. university decades ago) and could have joined any prestigious institution in the U.S. or elsewhere and earned a decent living. Instead, he chose to live a life of meager means for the cause he passionately believes in and lives by.

In view of the above, I would request your honorable self to kindly exercise leniency in passing judgment on his mistake so that he as a good citizen of the U.S. could continue his good work for the people of Jammu and Kashmir who have otherwise few people to plead their case.

Thank you for considering my request.

Yours sincerely,

Ghulam Jeelani Wani
Bahrain

# ABDUL MAJID ZARGAR

### B.Sc, F.C.A

3RD FLOOR HOTEL SHERAZ BUILDING,
LAMBERT LANE, RESIDENCY ROAD,
SRINAGAR, KASHMIR.
E-mail:amzargar1@indiatimes.com
Ph:(R) +91 194 2311340
   (M) +91 94194 00135
   (O) +91 194 2479447/ 2484808

President:
Income Tax Bar Association, Srinagar
Association of Chartered Accountants
Of Kashmir.
Executive Member:
Kashmir Chamber Of Commerce & Industry:

Date: 25-01-2012

Respectful Judge Liam O'Grady
U.S. District Court
Alexandria, VA 22314

May it please your Honor,

I am a native of Jammu & Kashmir. I am a practicing Chartered Accountant (Certified Public Accountant in your Country) and president of Association of Chartered Accountants of Kashmir. For four years 2005-2008, I was elected as president of Kashmir Income Tax Bar Association. I am also an Executive Member of Kashmir Chamber of Commerce & Industry and head of its "Banking & Taxation" committee.

At the outset I would like to convey my profound respect & confidence in the American Judicial system which stands tallest for upholding principles of natural justice, equity & fair-play.

As you must be aware that Jammu & Kashmir ("J&K") is a place which at present is ruled in parts but claimed in full by two Countries namely India & Pakistan. It was year 1948 when the people of this nation were granted a right of self determination by virtue of a resolution passed by United Nations to choose, as to which Country out of the above two, they would like to accede to, following partition of the sub-continent in 1947. Your great Country is a lead co-sponsor of that resolution passed by United Nations.

Due to failure of the two countries to implement the above resolution till date, the people of J&K have been suffering due to political uncertainty and grave Human rights violations. Moved by their miserable plight, some natives living in various Countries across the globe have started an international campaign aimed at finding a peaceful solution to the problem. Mr. Fai, whom I know since 1968 when we were school going students, is one such person who, while living in your Country worked with a missionary zeal, bringing people of the two countries together to thrash out a common acceptable solution.

But while realizing his objective, this ambassador of peace appears to  have committed a mistake of not complying with US Laws for which he is being tried in your Court of law. I understand that the violation committed by Mr. Fai is purely of technical nature. In view of this I beg of your Honor to kindly take a very lenient view in the matter and set him free. Any other action will put him & his family into a lot of misery & agony.  And the purpose of American Justice will be better served when people across the world will come to know that while Mr. Fai may have been poor in his judgment & action, the justice was quite rich in delivery.

With high regards,

(Abdul Majid Zargar)




To

The Honourable Liam O'Grady

U.S. District Court

Alexandria, VA 22314


Dear Judge O'Grady

My name is Zaffar Ahmad, resident of London United Kingdom, and currently working as Director of Management & Business Development Centre, a UK & European joint organisation working for the development of communities, small & medium enterprises in West Midlands, UK.


I have personally known Dr Fai for over a decade, in fact it is very difficult for me to recollect the exact date/year when I first met him. I have known Dr Fai both as a good friend, as well as a well-respected representative of Kashmir who has championed the cause of Kashmiri people on an international level, not just a political cause but other causes including education, equal rights, women's rights to name few.


Over the last few weeks it has been very challenging for me to decide which one of the events should I narrate in my letter to illustrate the nature, capabilities and character of Dr Fai, an incident that would be true to his nature, providing a just view of his good character that I know of. Reminiscing the times that I have spent with Dr Fai, lot of individual events was I able to recollect, events that in their individuality provide a good view of one or two of his characters each, however non would be just, non that is able to give a complete picture of his character, however I believe my last meeting with Dr Fai has printed a memory in my mind that will last forever, least because of the event itself more because of the reason and the decisions Dr Fai made during this event.

During mid-last year on his visit to UK, Dr Fai requested to use a phone to make call to US, he was insistent that he uses a UK base phone, I happily offered my phone for him to make a call, once he had completed the call I asked him what it was about, to which he replied it was a

**Zaffar Ahmad**

Greater London

UK

matter of high importance and urgency that he provided the requested information, it was very important that he advised the receiver of the call his whereabouts so that they are aware of his location.  Over the period it was evident that the call was to US law agency and he wanted to inform them that he was out of the country and would deal with the matter as soon as possible, to ensure he dealt with the matter, Dr Fai cancelled his further engagements in UK and made plans to head back to Washington D.C.. In the late evening same day I dropped Dr Fai to his hotel, following our good bye I waved to Dr Fai from my car and I could see a look on his face, a look that I had not seen before during his previous visits, a look that said to me we may not see each other for a while.   I believe that if Dr Fai was of ill-nature or bad character, he while being outside US had a chance to defy the US law, he could have chosen not to respect the call and stay outside the country like many others but he chose not to, he chose to cancel all his further engagements and go back to his country to ensure he could deal with the matter personally and provide all the necessary assistance.  In deed a mistake has been made, a law has been broken, however let's  forget Dr Fai's services to the country, his contribution to this world, his exemplary work in field of Human Rights, I believe if Dr Fai is given a chance he will surely be grateful and ensure such a mistake is not repeated again, however punishing him will definitely impact the thousands of voices he represents both in the valley as well as outside,  let's not forget "To err is human, to forgive is divine".

If there is any other information or assistance I can provide, please do not hesitate to contact me.

Regards

Zaffar Ahmad.